FILED
DES MOINES, IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA 02 MAR -5 AM 8: 57
CENTRAL DIVISION

SOUTHERN DISTRICT OF IA.

| | |
|---|---|
| SHARON ARMENT, JOSE LUIS AVALOS, JUDY BACKOFF, WAYNE BELL, BOUSAY BOUAPHAPHAN, JUDY A. BRINEY, DAVID CHARLIER, DEAN CHILDS, JOHN W. COLE, AARON COOPER, RICK COYLE, ANGELA M. CURTIS, RONDA DAVIS, CHRIS EGLESTON, SHERRY L. EGGLESTON, BRIAN EWALT, FRED L. FITCH, COLBY FONTINEL, ZAIDEE I. FORBES, BETTY FULLER, DALE G. GALLENTINE, MICHAEL J. GALLENTINE, AIDA GALVEZ, EDWIN GAY, JOSE GOMEZ, MARSHA HANEY, HARLAN HAWKINS, SUSAN D. HEIL, KARY HEIRICHS, DEAN A.HENNICK JOHN MICHAEL HOLDEN, SCOTT T. HOLM, RALONE JIMENEZ, GERALD D. JONES, JACQUELINE KARSTELL, MIKE KARSJEN, SHERRY V. KESL, DEANE R. KRIEGEL, ADAM LEVIS, BRUCE A LEVIS, JEFF LEWIS, JEFFREY G. LONG, CRISSY MANCILLAZ, BRADLEY METCALF, ADAM MILLER, PHYLLIS A. MILLER, RAYNARD E. MILLER, JR., ROBERT MILLER, GEORGE MOHREED, JR. MARILYN MOONEY, JOSH D. OVERSTAKE, BOB PRATHER, LARRY PRITCHETT, DAN PROPST, JANET PRISKE, DONALD PRITCHETT, ROGER REEVES, MARTHA D. RHODES, DENISE RIBBY, JASON RICE, MICHAEL RALPH RICHESON, DON L. ROUGHTON, JOHN B. SCHATZMAN, GLORIA JEAN SCOVILL, KHAMSOUK SENETHAVYSOUK, TIM KINNER, LARRY SIECK, HARLAN SIEMENS, STEVEN SIMPSON, MARY SINIBALDI, TED L. SMITH, SR., JOHN LEE SOTYN, DAVID STARN, DONALD B. STATE, MARY LOU STEWART, MIKE STEWART,  RANDY STONEWALL, JAMES L. SULLIVAN, ROBERTA R. TICE, JANIE | No.: 4:02 - CV - 40121 COMPLAINT |

PAXTON VANDE KAMP, NATHAN
WALTON, BILL J. WARREN, LANA                    )
WEATHERLY, JAMES A. WEST,
KIMBERLY WHITE, CRAIG WOLKIN,                   )
RON YOEMANS, CRAIG C. ZIEMKE,

        Plaintiffs,                         )

v.                                             )

KIOWA CORPORATION,  GREGORY                     )
BROWN, and BOB ANDERSON,
                                               )
        Defendants.

---

## JURISDICTION

1.  The Federal Court has jurisdiction over this matter pursuant to 28 USCS
    §§1331 and 1367.

2.  Venue is proper in the United States District Court for the Southern
    District of Iowa because all acts which are the subject matter of this
    complaint have occurred in the District.

## PARTIES

3.  The Plaintiffs are residents of Iowa and were formerly employed by the
    Kiowa Corporation at its facility in Marshall County, Iowa.

4.  Defendant Kiowa Corporation is an Iowa corporation that was doing
    business in Marshall County, Iowa.

5.  Defendant Gregory Brown is a resident of Marshall County, Iowa,
    President, Chief Executive Officer and principle owner of the Kiowa
    Corporation.

6.  Defendant Bob Anderson is a resident of Marshall County, Iowa, and was

the chief accountant for the Kiowa Corporation.

## CONDITIONS PRECEDENT

7.    Plaintiffs have exhausted all contractual and administrative remedies available to them and/or any further attempt to exhaust contractual or administrative remedies would be futile.

## BACKGROUND FACTS

8.    The Plaintiffs were employed by the Defendant, Kiowa Corporation, the terms and conditions of which were governed by a Collective Bargaining Agreement, a copy of which is attached, marked as Exhibit A, and by this reference incorporated herein.

9.    In accordance with this Agreement, Plaintiffs were entitled to benefits and wages including but not limited to bonus pay, vacation pay, and health care benefits.

10.    The specific terms of their health care benefits are set forth in a written document named "Health Care Plan for Kiowa Corporation", a copy of which is attached, marked as Exhibit B, and by this reference incorporated herein.

11.    Beginning in July 2001, and continuing through the present, medical expenses covered by the Plan have not been paid.

12.    In November 2001, Kiowa Corporation ceased doing business and has since refused to pay the Plaintiffs their accrued bonus pay, vacation pay, and health care benefits.

## ERISA CLAIM

13.   Plaintiffs are participants and/or beneficiaries of a health care plan established pursuant to the Employment Retirement Income Security Act.

14.   Defendants Kiowa Corporation, Greg Brown, and Bob Anderson are fiduciaries and/or non-fiduciaries who knowingly participated either directly or through their agents or conspired with fiduciaries to:

a)   breach the duties imposed by the Employment Retirement Income Security Act, and to

b)   deny Plaintiffs benefits and rights under the terms of their health care plan.

WHEREFORE the undersigned respectfully requests that the Court enter an Order to enforce the Plaintiffs' rights under the terms of the aforementioned Health Care Plan, to hold the Defendants liable for such other equitable or remedial relief as the Court finds appropriate for any losses resulting from any and all breaches of duty imposed by the Employment Retirement Income Security Act as well as attorney fees, costs and any other relief as deemed equitable.

CHAPTER 91A CLAIM

15.   Defendant Kiowa Corporation and Defendants Greg Brown and Bob Anderson conspired and/or knowingly participated either directly or through their agents to violate Iowa Code Chapter 91A by failing to pay Plaintiffs' wages as defined under Iowa Code Chapter 91A.7 and violated Iowa Code 91A.5 by intentionally diverting and withholding portions of the Plaintiffs' wages without authorization.

WHEREFORE the undersigned respectfully requests that the Court enter an

Order requiring the Defendants to reimburse Plaintiffs for unpaid wages, liquidated damages, court costs and attorney fees as well as any other relief deemed equitable on the premises.

### INTERFERENCE WITH BUSINESS RELATIONS CLAIM

16. At all times material hereto there existed a valid contractual relationship between the Plaintiffs and the Defendant, Kiowa Corporation.

17. Defendants Gregory Brown and Bob Anderson had knowledge of this contractual relationship and intentionally interfered with this relationship by diverting funds meant to be withheld from the Plaintiffs' wages for the purpose of securing health care benefits causing the Plaintiffs to lose said benefits.

18. The conduct of the Defendants constituted a willful and wanton disregard for the rights of the Plaintiffs.

19. The Defendants' conduct resulted in damage to the Plaintiffs entitling them to compensatory damages, actual damages, and punitive damages.

WHEREFORE the undersigned respectfully requests that the Court enter an Order awarding the Plaintiffs damages and costs.

Respectfully submitted,

MARK T. HEDBERG PK 483767367
840 Fifth Avenue
Des Moines, IA 50309
Tel: 515/288-4146
Fax: 515/288-3320
ATTORNEY FOR DEFENDANT

Original filed.

# AGREEMENT

BETWEEN

# KIOWA
# CORPORATION

OF

MARSHALLTOWN, IOWA

AND

THE INTERNATIONAL UNION,
UNITED AUTOMOBILE,
AEROSPACE AND
AGRICULTURAL WORKERS OF
AMERICA, LOCAL NO. 893

EFFECTIVE DATE
JUNE 9, 2001




**EXHIBIT**

tabbies'

# CONTRACT INDEX

Sections                                                          Page N

## ARTICLE I

**Recognition: Non-Discrimination** ...........................
1       Employee Recognition .................................................
1       Union Recognition  ...................................................
2-3     Non-Discrimination  ..................................................

## ARTICLE II

**Rights and Obligations of Parties** .......................
1a      Company Rights  ......................................................
1b      Modification of Shop Rules  .........................................
2a      Non-Strike Clause  ...................................................
2b      Non-Lock-Out Clause  ................................................
3       Responsibility of Team Leader and Designee  ..............
4       Subcontracting Work  ................................................

## ARTICLE III

**Bulletin Boards**  ......................................................
1       Posting of Union Materials ..........................................
2       Restrictions of Materials Posted  ...............................

## ARTICLE IV

**Leave of Absence**  ...................................................
1       Personal Business  ...................................................
2a      Union Delegations  ...................................................
2b      Committee Work  .....................................................
3       Union Positions  ......................................................
4       General Provisions  ..................................................
5a      Low-Seniority and Incapacitated Return to Work  .......
5b      Return from Illness  ..................................................
5c      Failure to Return  .....................................................
5d      Early Return  ...........................................................
5e      Presentation of Acceptable Dr. Excuse  ...................
6       Leave to Hold Public Office  ......................................

## ARTICLE V

**Safety and Sanitation**  .............................................
1       General Statement  ..................................................
2       Safety Officers  .......................................................
3       Safety Committee  ...................................................
4       Safety Grievances  ..................................................

– I –

| Sections | | Page No. |
|---|---|---|
| | **ARTICLE VI** | |
| | **Union Representation and Grievance Procedure** .. | 7 |
| 1 | Recognition of Stewards and Shop Committee ......... | 7 |
| 1c | Responsibilities of Parties ...................................... | 8 |
| 2 | Definition of Grievance and Timetable .................... | 8 |
| 3 | Example of Grievance Procedure ............................ | 9 |
| 4 | Discharge or Suspension Procedure ...................... | 10 |
| 5 | Grievance Vs. Plant Operation ............................... | 11 |
| 6 | Pay for Stewards and Shop Committee ................... | 12 |
| | **ARTICLE VII** | |
| | **Seniority** ............................................................. | 12 |
| 1 | Types of Definitions ............................................... | 12 |
| 1d | Trial Period ............................................................ | 13 |
| 2 | Probationary Period ............................................... | 13 |
| 3 | Preferential Seniority ............................................. | 13 |
| 4 | Seniority, Qualifications and Ability ....................... | 14 |
| 5a-d | Job bid Posting ...................................................... | 14 |
| 5e | Return of Bidder to Previous Job ........................... | 15 |
| 5f | Temporary Assignments ......................................... | 15 |
| 5g | Bid Eligibility .......................................................... | 15 |
| 5h | Bid of Proxy ........................................................... | 16 |
| 5i | Bidding of Temporary Vacancy ............................... | 16 |
| 5j | Bidding out of Die Cast .......................................... | 16 |
| 6b-d | Layoff Procedure ................................................... | 16 |
| 6c | Recall and Union Notification of Errors .................. | 17 |
| 6d | Layoffs of 3 Days or Less ...................................... | 18 |
| 6e-f | Retention of Seniority During Layoff ...................... | 18 |
| 6g | Union Notification of Layoffs or Recalls ................. | 18 |
| 6h | Voluntary Layoffs ................................................... | 18 |
| 7 | Termination of Seniority ......................................... | 19 |
| 8 | Seniority List ......................................................... | 20 |
| 9 | Shift Preference and Trading of Shifts ................... | 20 |
| 10 | Returning Veterans ................................................ | 21 |
| 11 | Incapacitated Employees ....................................... | 21 |
| 12 | Company Doctor, Second Opinions, Third Doctor ...... | 21 |
| 12 | Employees Transferred Out of Unit ........................ | 22 |
| | **ARTICLE VIII** | |
| | **Hours of Work and Overtime** ............................... | 22 |
| 1 | Definition of Work Day and Work Week .................. | 22 |
| | Shift Hours ............................................................ | 22 |
| 1d | No Guarantee of Work Hours ................................. | 23 |
| 1f | Change of Shift Without 24 Hours Off .................... | 24 |
| 2 | Overtime Pay ......................................................... | 24 |

| Sections | | Page |
|---|---|---|
| 3 | Assignment of Overtime ......................................... | |
| 4a | Guarantee of 4 Hours Pay ..................................... | |
| 4b | Call Back ............................................................... | |
| 5 | Break Periods ........................................................ | |
| | **ARTICLE IX** | |
| | **Holidays** .............................................................. | |
| 1 | Holidays Observed ................................................ | |
| 2a | Eligibility Requirements ......................................... | |
| 2b | Rate of Pay ............................................................ | |
| 2c | Pay for Christmas Holidays ................................... | |
| 3 | Layoff and Holiday Pay .......................................... | |
| 4 | Disability and Holiday Pay ..................................... | |
| | **ARTICLE X** | |
| | **Vacations** ............................................................ | |
| 1 | Scheduling of Vacations ........................................ | |
| 2 | Eligibility for Vacations .......................................... | |
| 3 | Non-Accumulation, Selling Back & | |
| | Company Scheduling | |
| 4 | Hours of Vacation Vs. Years of Service ................. | |
| 4c | Rate of Pay for Vacation Hours ............................. | |
| 5 | Timetable for Vacation Pay .................................... | |
| 6 | Termination and Vacation Pay ............................... | |
| 7 | Snow Day .............................................................. | |
| | **ARTICLE XI** | |
| | **Wages** ................................................................. | |
| 1a | General Increases ................................................. | |
| 1c | Die Cast Longevity Pay ......................................... | |
| 1e | Journeyman's Pay .................................................. | |
| 2a | Automatic Increases .............................................. | |
| 2b | Maintenance Training Pay (Also see Appendix D) ...... | |
| 3 | Merit Increases ...................................................... | |
| 4 | Incentive System ................................................... | |
| 5 | Shift Premium ........................................................ | |
| 6a | Pay Schedule for Transfers ................................... | |
| 6b | Pay Schedule for Temporary Transfers .................. | |
| 6c | Pay Schedule for Trainers ..................................... | |
| 7 | Pay for Trip to Doctor ............................................ | |
| 8 | Wash-Up ................................................................ | |
| 9 | Funeral Pay ........................................................... | |
| 10 | Group Insurance .................................................... | |
| 10 f | Retiree's Health Insurance .................................... | |
| 11 | Pension Plan ......................................................... | |

– II –   – III –

| Sections | | Page No. |
|---|---|---|
| 11d | Life Insurance for Retirees | 41 |
| 12 | Attendance Bonus | 41 |
| 13 | 401K Plan | 41 |

### ARTICLE XII

| | Skilled Trades | 42 |
|---|---|---|
| 1 | Definition of Skilled Trades | 42 |
| 2 | Apprenticeship Program | 42 |
| 3 | Preferential Seniority | 42 |
| 4 | Participation in Training Programs | 42 |
| 5 | Reimbursement for Broken Instruments | 42 |

### ARTICLE XIII

| | Check-Off | 43 |
|---|---|---|
| 1a | Method of Deduction | 43 |
| 1b | Reinstatement of Employees Transferred Back Into Unit | 43 |

### ARTICLE XIV

| | General Provisions | 43 |
|---|---|---|
| 1 | Pay Day | 43 |
| 2 | Jury Duty | 43 |
| 3 | Written Reprimand | 43 |
| 4 | Vocational Students | 44 |
| 5 | Furnishing of Contract Books | 44 |
| 6 | Gender Application | 44 |
| 7 | Reporting of Absences | 44 |

### ARTICLE XV

| Duration of Agreement | 44 |
|---|---|

### APPENDIX A

| Number and Assignment of Stewards | 45 |
|---|---|

### APPENDIX C

| Wage Brackets | 46 |
|---|---|

### APPENDIX D

| Maintenance Training – Wage Progression | 49 |
|---|---|

### APPENDIX E

| GNC Technicians | 49 |
|---|---|

### APPENDIX G

| Assembly Jobs | 50 |
|---|---|

# AGREEMENT

THIS AGREEMENT made and entered into as of the 9th day June, 2001, by and between KIOWA CORPORATION , Marsha town, Iowa, Hereinafter referred to as the "Company", and "TI INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPA( AND AGRICULTURAL IMPLEMENT WORKERS OF AMERIC and its Amalgamated Local No. 893 (Kiowa Unit), hereinaf referred to as the "Union". Throughout this Agreement, whe reference is made to mutual agreement of parties, parties shall defined as above.

## WITNESSETH:

WHEREAS, it is in the intent and purpose of the Company a the Union to establish and promote harmonious and cooperati relations between the Company, the Union and the employe covered by this Agreement; to provide procedures for the peace and equitable adjustment of grievances; to prevent strike slowdowns, work stoppages, lockouts, and other interferences w operations during the term of this Agreement; and to set forth t entire agreement of the parties regarding wages, rates of p hours of employment and other conditions of employment.

The Team Concept shall be a mutual trust of Union and Co pany including employee involvement, on the job trainin strengthening customer relations, improving quality and t advancement of job security for all Kiowans which the parties ho will be the direct result of satisfying the existing and new custom in an increasingly competitive international marketplace.

NOW, THEREFORE , IT IS AGREED AS FOLLOWS:

## ARTICLE I

## RECOGNITION: NON-DISCRIMINATION

SECTION 1. The Company hereby recognizes the Union the exclusive bargaining agency, for the purpose of collective b gaining with respect to wages, rates of pay, hours of employm and other conditions of employment for all the Compan production and maintenance employees in the bargaining uni its Marshalltown, Iowa, plant established in NLRB Case No. RC-5961, on June 24, 1964, but excluding office and cleri employees, professional and managerial employees, guards watchmen and supervisory employees, as defined in the Natic Labor Relations Act, as Amended. Throughout this Agreeme

whenever the terms "employee" or "employees" are used, they shall refer to employees within the bargaining unit, unless otherwise noted.

**SECTION 2. (a)** There will be no discrimination against, interference with, or restraint or coercion of any employee by the Company because of an employee's membership in the Union or because of his activities on behalf of the Union that are lawful and not in violation of this Agreement.

**(b)** Neither the Union, nor its representatives, nor the employees represented by the Union will discriminate against, interfere with, intimidate or coerce any employee because of such employee's exercise of his right to join or refrain from joining the Union, or to engage or refrain from engaging in Union activities, under Federal or State law.

**(c)** The Union, its representative and the employees represented by it will not engage in solicitation for Union membership or collection of Union dues, initiation fees or assessments during working hours and will not engage in any other Union activities during working hours, except as provided for by law or by the terms of this Agreement.

**SECTION 3.** There will be no unlawful discrimination by the Company or the Union against any employee or applicant for employment on account of race, color, creed, sex, handicap, religious beliefs, national origin or age.

## ARTICLE II

### RIGHTS AND OBLIGATIONS OF PARTIES

**SECTION 1. (a)** The Company shall manage the plant and direct the working forces. The management of the plant includes, but is not limited to, the right to plan, direct and control plant operations; to hire, promote, demote or transfer employees; to suspend, discharge or otherwise discipline for proper cause; to lay off or relieve employees from duty because of lack of work; to promulgate and enforce shop rules not inconsistent with the terms of this Agreement, and to introduce new or improved production methods or facilities or to change existing production methods or facilities. The provisions of this section shall not be applied in a manner inconsistent with any of the other provisions of this Agreement, and shall not be applied to discriminate against any employee.

**(b)** Before changing, adding or deleting any shop rules, the Company must give advance notice to the Union and discuss the matter before placing any new or changed shop rules in effect. When an employee is disciplined for alleged violation of a shop

rule, a grievance may be filed on the issue whether the empl was disciplined for proper cause.

**SECTION 2. (a)** During the term of this Agreement, neithe Union, nor any of its representatives, nor any of the employee presented by it will instigate, condone, sponsor or participate ii strike, slowdown, work stoppage or other interference with pr tion. Any employee engaging in such activity during the term c Agreement will be subject to disciplinary action, including charge. The Union agrees that it will promptly take all reason steps to induce employees in the bargaining unit who are eng in conduct violative of this provision to cease such violations will fully cooperate with the Company to end such violations.

**(b)** The Company agrees that, during the life of its Agreen it will not engage in any lockouts of its employees because labor dispute with the Union or its employees.

**SECTION 3.** The Company and the Union subscribe t principle that a team leader or his designee's primary duty supervise the work of those under his jurisdiction. Team leade his designee will not perform production or maintenance wo the type performed by employees in the bargaining unit; prov however, that nothing herein shall be construed to prever performance of such work by team leader or his designee i instruction or training of employees; in the starting up of new in unforeseen or emergency situations; in assisting an employ making set-ups; in developing new processes or products; a determining the cause of trouble on an operation and assistin employee to restore the operation to efficient production.

**SECTION 4.** The Union recognizes the Company's rig subcontract work. Provided, however, that circumstances v such subcontracting will cause a reduction in the work force Company will advise the Union of such subcontracting practical to do so. The same type of notification will be given f return of subcontracted work. The Company shall not be obli to pay any employee due to a violation of this paragraph.

## ARTICLE III

### BULLETIN BOARDS

**SECTION 1.** The Company agrees to provide, in each ca area, a bulletin board for the purpose of posting notices of I meetings, of the results of Union elections and of other o business.

**SECTION 2.** Any officer of the Union may post any I

notice provided it has been approved by the Personnel Manager or his designee and by the Union president or his designee. The Union and the Company will furnish each other with lists of individuals authorized to approve such notices for posting. The Union shall be responsible for removing material from the bulletin boards.

**SECTION 3.** There shall be no posting of any advertising or political matter on the bulletin boards or elsewhere on Company premises. The Union, however, shall have the right to distribute handbills, notices, Union pamphlets or other Union literature and to take up collections at the exit doors, at the end of a work shift. A maximum of four (4) employees will be allowed to punch out three-tenths (3/10ths) of an hour early to take up such collections or make such distributions.

# ARTICLE IV
## LEAVE OF ABSENCE

**SECTION 1. (a)** A leave of absence for personal reasons will be granted by the Company, upon advance request of an employee for good sufficient reasons and at the convenience of the Company. Requests for leaves of absence shall be submitted in writing to the employee's team leader or his designee and forwarded by him to the personnel director for approval. In the event of an emergency, leaves of absence may be granted by the personnel director upon the oral request of the employee.

**(b)** When the Company grants a personal leave of absence, it will specify, in writing to the employee, the period of time for which the leave is granted which shall not exceed two weeks, and the Company will give the Union a copy of all leaves of absence. If it becomes necessary that the leave be extended beyond said two week period, the employee must apply for an extension of such leave, prior to the expiration of the original leave of absence.

If the extension is not granted, the employee will be entitled to a reasonable period of time to return to Marshalltown and the plant.

**(c)** A leave of absence will not be granted nor extended for a period of time which exceeds the employee's plant seniority at the commencement of such leave.

**SECTION 2. (a)** Leaves of Absence for Union Delegates. When arrangements are made at least one (1) week in advance, if possible, a leave of absence will be granted to employees who are selected as delegates representing Local 893, Kiowa Unit, for the purpose of attending regional or national conferences of the Union, or for the purpose of attending schools for Union representatives,

– 4 –

conducted by the Union, or for the purpose of attending sim official Union functions. Such leaves will be granted to not m than four (4) employees at any one time, and the total allowa time for leaves of absence under this Section shall not exceed days in any one calendar year.

**(b)** Leaves of Absence for Union Committee Work. Wh notification is given at least one (1) week in advance, if possibl leave of absence will be granted to employees who are designa as members of standing committees of Amalgamated Local 893 the purpose of permitting such employees to attend meeting such committees. A reminder by the employee or employee the intended absence must be given to the employees' team lea or his designee not later than 24 hours prior to the shift on wh the absence is to occur and if such 24-advance notification is given, the leave of absence will be not granted.

**SECTION 3.** Leaves of Absence for Union Positions. U written request from the International Union, the Company grant a special leave of Absence to not more than one employee at any one time who accepts a full-time job with Local or International Union. Such special leave of absence wil for a maximum period of one year, and will be renewed for a tional periods not to exceed one year upon written applicatio the Company by the Union prior to the expiration of the orig leave or of any extension thereof.

**SECTION 4.** General Provisions on Leave of Absence. (a leave of absence will not be granted for the purpose of allowing employee to enter the employ of another employer, to seek o employment, or to enter into or engage in self-employment. ceptance of any type of employment for wages or profit durin leave of absence will be proper cause for discharge.

**(b)** An employee who gives the Company a false reaso order to obtain a leave of absence will be subject to discharge.

**(c)** All leaves of absence under this article will be without from the Company.

**(d)** The seniority rights of employees on leaves of absence be determined in accordance with Article VII of this Agreement.

**SECTION 5.** Returning from Leaves of Absence. (a) employee returning from leave of absence will return to the sa classification or the job that he was occupying at the time he v on leave of absence, provided that:

(1) If, due to a work force reduction, he does not have s cient seniority to return to such classification, then may exercise his seniority on the same basis as

– 5 –

employee laid off from his classification.

(2) If he is not physically able to resume the duties of said classification, the Company will assign him to other available work that he is able to perform, and he will be returned to his regular job classification when it is determined that he is again physically able to perform the work of that classification.

**(b)** An employee returning to work after a serious illness or injury may be required by the Company to undergo a medical examination to determine whether he is physically qualified to return to work. A copy of the medical report may be furnished directly by the examining physician to the employee's personal physician upon the written authorization of the employee and his personal physician. In the event the employee and his personal physician do not agree with the conclusions reached by the examining physician designated by the Company, the employee and the Company shall mutually select a third physician to examine the employee, and the conclusions reached by the third physician shall be binding and conclusive upon the question of whether the employee is physically qualified to return to work. The fees and charges of the third physician shall be divided equally between the Company and the employee.

**(c)** Failure of an employee to return to work at the end of an authorized leave of absence period or extension thereof will automatically terminate the employee's seniority and employment relationship with the Company, unless the employee can establish a satisfactory reason for not returning to work when expected.

**(d)** An employee on leave of absence may return to work prior to the expiration of his leave of absence. Such employee shall give the Company as much advance notice as possible of his early return to work.

**(e)** In order to be recognized, an acceptable doctor's excuse must be presented to the Company immediately upon an employee's return to work.

**SECTION 6.** Leave of Absence for Public Office. The Company will grant a leave of absence for a maximum period of two (2) years to an employee selected or appointed directly by the President of the United States, or a member of the United States Congress, or Governor of Iowa, to a full-time, major Federal or State public office. Such leave of absence will be renewed for an additional period of not more that two (2) years upon written application to the Company by the employee prior to the expiration of the original leave of absence. Further extensions of such leave

may be granted upon mutual agreement by the Company, Union and the employee. An employee on leave of absence public office shall retain the seniority which he had accumulated the time the leave commenced, but shall not accumulate additional seniority during the period of such leave.

## ARTICLE V

### SAFETY AND SANITATION

**SECTION 1.** General. The Company will continue to ma reasonable provisions for safety and health of its employees dur their hours of employment. The Company and the Union cooperate fully for the purpose of maintaining as high a level plant safety and sanitation as possible.

**SECTION 2.** Safety Officers. The manager of personnel sh be the safety officer for the Company and there shall be one Union safety officer from each shift. Union safety officer or designee shall confer with the safety officer or his designee for Company when he is present in the plant and otherwise, they sh confer, as the need arises, with the team leader or his designee any area in which a safety, health or sanitation problem exists.

**SECTION 3.** Safety Committee. **(a)** There shall be a Saf Committee for the purpose of auditing periodically the saf conditions throughout the manufacturing areas of the plant. T committee shall consist of the Personnel Manager, or whome he shall designate, and the day shift Union safety officer.

**(b)** The Safety Committee shall inspect all parts of t manufacturing area of the plant once each month. They shall do according to the Safety Committee Procedure Manual made a p of the Appendix to this Contract.

**SECTION 4.** In the processing of any grievance filed involvi plant safety, health or sanitation, either party may consult with t Company safety officer, or designee, or the appropriate Uni safety officer, or designee, or both, and may request the preser of either at any step of the grievance procedure.

## ARTICLE VI

### UNION REPRESENTATION AND
### GRIEVANCE PROCEDURE

**SECTION 1. (a)** For the purpose of handling grievances, in accordance with the procedure set forth in this article, and for the purpose of such other Company-Union meetings and discussions as are either called by this Agreement or as may be arranged by mutual consent of the Company and the Union, the Company will recognize Department Stewards, Division Stewards, Time Study Stewards and a Shop Committee of not more than four (4) employees, in the number and for the areas set forth in Appendix A.

**(b)** Department Stewards and Division Stewards will be recognized as such only as long as they are permanently assigned to work in the area of their jurisdiction, in the event of their permanent transfer out of the area of their jurisdiction by bid, displacement or other contract procedure, they will be required to resign their office and the Union may designate their successors. Stewards elected from Service Departments will represent the area from which they were elected. The job duties of a Service Department Steward or Machine Shop Steward, however, may require that employee's presence anywhere in the plant. If such an employee is working out his area of steward representation and the need for a steward arises, the employee shall be returned to his area of representation in accordance with Article VI, Section 5.

**(c)** The Company will furnish the Union with the names of the team leader or his designee, together with a designation of the areas of their jurisdiction; and the Union will furnish the Company with the names of the corresponding department stewards and division stewards, as well as the names of the shop committee and the local union officers. It will be the responsibility of each party to keep the other informed of all changes in these designations by posting listings of such individuals on the bulletin boards.

**SECTION 2.** A grievance is a difference of opinion between the Company and an employee or a group of employees, or between the Company and the Union, with respect to the meaning, interpretation, or application of any term or terms of this Agreement. A grievance must be presented to the Company not more than three (3) working days after occurance of the event giving rise to the grievance, or it shall be considered waived,

unless a different time limit is specifically provided for in t Agreement for a particular type of grievance.

**SECTION 3. (a)** Grievances will be handled in accordance v the following procedures:

### Step 1

Any alleged violation of the contract shall first be taken up orally by the Employee, Department Steward, Divisional Steward, and Team Leader, or his designee, of the employee. If the grievance is not settled on an oral basis, the Divisional Steward shall reduce the grievance to writing, review the same with the aggrieved employee, obtain the employee's signature thereon and within one (1) working day after receiving the Company's oral answer to the grievance, present the written grievance to the Team Leader who will forthwith record his answer thereon and promptly transmit the grievance to the Chairman of the Shop Committee and the Controller or such other Company Representative as may designated whereupon the grievance shall be considered at the next regularly scheduled Step 2 meeting.

### Step 2

The grievance will be considered at Step 2 between the Shop Committee and the Controller and/or such other Company representatives as he may designate. The Shop Committee and the Controller or his designee shall meet on the second and fourth Thursdays of each month in an office designated for such meetings for the purpose of considering grievances appealed from Step 1 and such other matters as either of the parties desires to discuss, provided that if there are no matters to be discussed, the Controller and chairman of the Shop Committee may contact each other and arrange for a cancellation or postponement of such meeting and pro vided further, that if either party desires to discuss matters other than grievances they shall exchange a list of such other matters not less than two (2) days in advance of the scheduled meeting in order to provide adequate time fo preparation and intelligent discussion of such matters. Within three (3) working days after the Step 2 meeting, the Controller, or another Company representative authorized by him to do so, shall give his written answer to the griev-anc to the chairman of the Shop Committee, or in his absence, to

another member of the Shop Committee. If the Company's written answer in this Step does not settle the grievance, it shall be taken up within ten (10) working days after the Company's written answer in this step has been given to the Union.

### Step 3

Between an international representative of the Union or his designee and the Shop Committee for the Union and the President and/or such other Company representatives as he may designate for the Company.

### Step 4

Within five (5) working days following the meeting in Step 3, the Company shall submit to the Union its written answer to the grievance. Within five (5) working days after the receipt of the Company's written answer, the Union may notify the Company in writing of its desire to submit the grievance to arbitration. If the parties fail to agree upon an arbitrator within five (5) working days after written notice of desire to arbitrate has been given, the parties shall jointly request the Federal Mediation and Conciliation Service to submit a list of five (5) names. Each party shall within ten (10) working days after receipt of such list from the Federal Mediation and Conciliation Service, alternately strike names from such list until only one name remains, and the remaining name shall be that of the arbitrator. The arbitrator shall have authority only to interpret and apply the provisions of this Agreement, and to decide the particular grievance submitted to him. He shall not have authority to add to, to delete from, or in any way modify, alter, or amend the provisions of this Agreement. The fees and expenses of the arbitrator will be shared equally by the Company and the Union.

**SECTION 4.** An employee shall be discharged or otherwise disciplined only for proper cause. Before an employee, who has been suspended or discharged, is required to leave the plant, his divisional steward shall be summoned for the purpose of being notified of the suspension or discharge and for the purpose of hearing the employees statement of his position. It is understood that this meeting does not constitute a Step in the grievance procedure. Any grievance involving the suspension or discharge of an employee must be filed in writing

– 10 –

within three (3) working days after the suspension or occurs. This section shall not be applicable in th suspension or discharge of a probationary employee.

**SECTION 5.** Both parties agree that grievance handled so as not to disrupt plant operations and so a the least possible loss of work time. Any Union represen wishes to leave his work for the purpose of handling a gr accordance with the grievance procedure set forth ab first notify and obtain the permission of his team lea designee; and, if handling of the grievance requires the resentative to go into a department other than his own follow the same procedure with the team leader or his d such other department. Union representatives who are p leave their work for the purpose of discharging their under the grievance procedure must clock out when le clock in upon returning to work. It is understood and a permission to leave their work for the purpose of perfor functions under the grievance procedure will not be denied to Union representatives. It is further under agreed that this privilege will not be abused and that Un sentatives will continue to work at their regular jobs except while performing their duties as Union representa

To clarify the intent of the parties with respect to the of stewards to process grievances –

(1) Stewards will be allowed time to write up grievanc of their allowed time off for Union business durir hours.

(2) The employee's request for a steward will be hono on two conditions -

   (a) The urgency of the incident.

   (b) The urgency of the job which the steward is Urgency of incident-in matters of safety or if th out or if for other reasons the conditions und sion will not exist, stewards will be made av Urgency of Steward's Job-if the steward is en job which must be continued to be performe delivery schedules or to keep other operations no relief operator is available, he will continue his job unless the urgency of the incident as d Subparagraph (a) above requires immediate a any case, the steward will be made available hours after the request but not later than the shift.

(3) When the steward cannot be made available

– 11 –

request of the employee, the team leader or his designee involved will notify the employee and the steward of the time it is anticipated that the steward will be able to handle the grievance.

SECTION 6. Up to a maximum of 80 hours per month in the aggregate, the Company will pay department stewards, division stewards, time study stewards and Union safety officers for working time lost in handling grievances and will pay members of the Shop Committee for working time lost in attending meetings with Company representatives in Step 2, 3 and 4 of the grievance procedure and in attending meetings with Company representatives called by the Company up to a maximum of 54 hours per month for the entire Shop Committee. All payments made by the Company under this section will be at the employee's base hourly wage for non-incentive workers and at the employee's average earnings rate for incentive workers. A record will be kept by the Company of the time spent by Union representatives handling grievances and in attending meetings with Company representatives called by the Company and once each month the Company shall advise the Union of the time so spent.

## ARTICLE VII

### SENIORITY

SECTION 1. Types of Seniority. (a) Each employee, who has passed his probationary period, will be credited with both plant-wide and departmental seniority.

(b) An employee's plant-wide seniority is his length of continuous service with the Company, dating from his last date of hire by the Company, except as otherwise provided in Section 2 of this Article.

(c) An employee's department seniority is his length of continuous service in one of the departments of the Company listed in Appendix B of this Agreement. An employee cannot hold departmental seniority in more than one department at any one time; if he moves permanently, by job bid or permanent transfer, from one department to another, he shall, after actually performing work for the period of time set forth below, lose his departmental seniority in the department that he leaves, and his department seniority in the department to which he moves shall be equal to his plant-wide seniority.

– 12 –

(d) An employee who is permanently transferred from one partment to another must actually perform work in the new de ment for the trial period of time indicated before he acquires se ity in that department.

| Department | Trial Perio |
| --- | --- |
| Tool Room & Maintenance Personnel ......... | 40 days of wo |
| Cast & Trim ................................................. | 40 days of wo |
| Cast & Trim Work Flow Coordinator ........... | 40 days of wo |
| Machine Shop Work Flow Coordinator ........ | 40 days of wo |
| Inspection ................................................. | 40 days of wo |
| The CNC Technician classifications and the Assembly classification within the Machine Shop ................................... | 40 days of wo |
| All other departments ................................. | 20 days of wo |

By Mutual agreement of the parties, the Trial Period ma extended.

Temporary assignments out of a department shall not affec employee's departmental seniority. An employee transferred o his department due to a work force reduction shall continue to departmental seniority in his new department equal to the de mental seniority he held in the department from which he tr ferred.

SECTION 2. Probationary Period. Newly-hired employees, employees rehired after their seniority has been broken for reason will be considered probationary employees and wit seniority rights until they have completed 80 days of work. Suc days of work may be accumulated during the period of two consecutive years unless broken by any of the causes set for Section 7 of this article. Upon completion of the probatio period, they will be credited with plant-wide seniority dating ba their original date of hire, No grievances may be filed regardin discharge or layoff of a probationary employee, except where alleged that the discharge or layoff was for Union activities mutual agreement of the parties, the Probationary Period ma extended.

SECTION 3. Preferential seniority. Department stewards, study stewards, division stewards, and members of the S Committee will be regarded as having a preferred seniority s as long as they are serving the Union in such official cap which may be used in cases of layoff or work force reduc These employees shall not be transferred to another shift so as they are serving the Union in such official capacity. Prov

– 13 –

they have the qualifications and ability to perform the work available, then: (1) Department stewards will be the last employees to be laid off from their areas of representation and their shift; (2) Division stewards will be the last employees to be laid off from their areas of representation and their shift; (3) Members of the Shop Committee and two time study stewards will be placed onto the first shift and will be the last employees to be laid off from the Plant. The Company will have the right to designate fourteen (14) employees who, at any given time, shall be regarded as having a preferred seniority status, in cases of lay-off or work force reduction provided such designated employees have at least six(6) months plant-wide seniority. The Company shall have the right to change from time to time the designation of the employees who will have preferred seniority.  The Company shall provide the Union with a list of preferred employees.

SECTION 4. Seniority, Qualifications and Ability. In all cases of lay-offs, transfer in lieu of lay-off, recall and promotion within the bargaining unit, where the ability and qualifications to perform the work of the employees involved are relatively equal, seniority (departmental or plant-wide, as the case may be) shall be the governing factor. It is understood and agreed that whenever the application of seniority is hereinafter referred to in this Article, such application is subject to the provisions of this Section 4.

SECTION 5. Fillings of Vacancies. (a) All job vacancies as reflected in Appendix C hereto shall be posted for bids, to be filled in accordance with the procedures hereinafter set forth in this Section 5.

(b) When a job vacancy is to be filled in any department, the vacant job shall be posted throughout the plant for a period of three (3) working days and any employee in the plant may apply for the vacant job within this three (3) day period by filling out a job bid form and turning it in to Human Resources; and, subject to Section 4 of this Article, the vacancy will be filled on the basis of plant-wide seniority. If there are no applicant or no qualified applicants for a job vacancy that has been posted, the Company may fill the vacancy by offering it to other employees or by hiring a new employee; pro-vided, however, if the Company decides to train an unqualified person for the job vacancy, the unsuccessful bidder with the most plant-wide seniority will be selected for such training.

(c) No job posting shall be required when the vacancy can be filled by the recall of an employee under Section 6 of this Article.

(d) The filling of any vacancy through the procedure set forth in (b) of this Section shall not obligate the Company to post more than two (2) additional vacancies resulting from the filling of the

first posted vacancy; and any additional vacancies, in exce two (2), resulting from the filling of the first posted vacancy, m filled in any manner determined by the Company. Pendin filling of a vacancy through the procedure set forth in (b) o Section, the Company may fill the vacancy by temporary as ment. It is agreed that an employee who is awarded a job (b)of this Section will be promptly notified of his successful bid his name and the names of all other bidders will be posted a same locations at which the vacancy was posted within fiv working days after the job has been awarded. The succe bidder will be transferred to such job as soon as is reaso possible, but in any event within one month following the awa the job to him.

(e) Any employee who applies for and receives a vacar under (b) of this section may, within the applicable trial perio set forth in Section 1 (c) of this Article, be returned to his previous job under the following conditions:

1)  If the employee requests to be returned he/she must s such request in writing to the Company within one (1) week c transfer.

2)  If the Company determined that such employee doe have the necessary qualification and ability to perform the involved.

Any such action by the Company will be subject to the griev procedure. In the event of such reassignment to the emplo last previous job, employees who have been transferre assigned to fill such job, shall, in turn, also be returned to thei previous job. Any employee retrained on the job to which he bid will be eligible for a merit increase following completion c applicable trial period.

(f) Prior to the completion of the job posting, bidding selection process described above in this Section 5, the Com may temporarily assign an employee to fill the vacancy or may a new employee for such purpose, and when the vacancy is by the job bidding procedures, the temporarily assigned emp shall be returned to his permanent assignment, and if a employee was hired, such new employee may be placed c open end job in the plant.

(g) An employee will not be eligible to bid for and receive than one (1) posted vacancy in any six-month period bu employee who, after successfully bidding and transferring posted vacancy, is returned by the Company during the appli trial period to his last previous job, as provided in Section

shall not have such bid counted as one of his permissible bids.

(h) Any employee, who because of illness, injury, leave of absence or vacation, is temporarily absent from the plant during the period the vacancy is posted, may bid through his department steward; but such employee will be awarded the job only if he or his department steward advises the Company that he will be back at work no more than two (2) weeks after the end of the posting period, and only if he actually returns to work within such two (2) week period.

(i) When it is known that the regular holder of a job will be away for a definite period of not less than four (4) weeks, the job will be posted as temporary vacancy, and the Company will first consider the senior bidder who is in the same job classification on a shift other than the one which the vacancy occurred; and if there are no such bidders, other bidders will be considered on the basis of their plant-wide seniority, subject to Section 4 of this Article. Such jobs, when posted, shall be designated as temporary vacancies, and successful bids shall not be counted as a bid for purposes of Section 5 (g) of this Article. The rate payable to the employee awarded the temporary vacancy shall be governed by Section 6 (b) of Article XI of this Agreement. In the event there are no bidders, the Company will assign to the temporary vacancy the least senior employee then available.

(j) Employees who are hired or receive a job bid as die cast machine operators. Bids for either permanent or temporary vacancies outside the die cast machine operator classification will not be considered or permitted until the employee has completed at least one (1) year of employment with the Company as a die cast machine operator.

SECTION 6. Lay-off and Recall Procedure. (a) When for any reason, including, without limitation, technological changes or the introduction of new equipment, work in a department becomes slack to the point that it is necessary to reduce the work force in the department the following procedure will be observed, subject to the provisions of Section 3 and 4 of this Article:

(1) Probationary and part-time employees will be laid off first.
(2) If further reductions in the department are necessary, they will be made on the basis of departmental seniority; and the employees remaining in the department after such reductions will be reassigned within the department, to the extent necessary to perform the work available, on the basis of their departmental seniority.

— 16 —

(b) An Employee displaced from his department under (a this Section shall be assigned, on the basis of his plant-w seniority, to another job in another department in the plant, sub to the provisions of Section 3 and 4 of this Article, in the Follow order.

(1) To a job classification which he has previously p formed as a permanent and regular assignment i which he is qualified to perform, in which event he s displace the employee with the least plant-wide senic then working in such job classification (in applying clause, an employee assigned to the Cast & T Department shall be deemed qualified to perform job in the Trim Department, even though he has not p iously performed work in that department as a perman or regular assignment);

(2) To available work which he can perform and which d not require the displacement of another employee;

(3) To a job held by the employee with the least plant-v seniority then working in the plant whose work h qualified to perform.

(4) Not withstanding Subparagraphs (1), (2) and (3) ab no employee shall be assigned to operating a die machine unless he has previously operated a die machine as a permanent and regular assignment an still qualified to operate the same or unless he repla a probationary employee.

If an employee does not have sufficient plant-wide seniorit does not have the necessary qualifications to be entitled to a under the procedure outlined in this subsection, he will be laic from the plant.

(c) Following a layoff, employees will be recalled to their re lar job classification in the reverse order in which they were lai from such job classification. Provided however, employees decline recall to a non-regular job classification within their reg department and these employees will continue to be eligible recall to their regular job classification on a departmental senic basis. If their decline results in a less senior employee be recalled from layoff and a more senior employee being laid o other contractual procedure, then they may not decline. For application of this paragraph, a non-regular job classification classification within the department to which the employee hold departmental seniority but not the classification from which he laid-off.

— 17 —

The Union will provide five workdays from the time the Union first notified the Company, in writing, for the Company to correct any error which may result from the application of this paragraph (c), during which no pay-back action will be sought. If the error isn't corrected within five workdays, the Company could be held liable for possible back-pay from the 1st day of the error being made.

An employee, however, may elect to remain in the job classification to which he was assigned as a result of a layoff, rather than to return to his former job classification. If this option is selected, the employee shall have no further recall rights to his former job classification.

**(d)** With the exception of employees who have preferential seniority status under Section 3 above, the lay-off procedures set forth in this Section 6 shall not be applicable to lay-offs of three (3) working days or less.

**(e)** Employees laid-off and desiring to retain their seniority rights must keep their address known to the Company. Upon being notified by certified mail to report to work, employees shall notify the Company of their intentions within twenty-four (24) hours and shall report for work within a period of five (5) working days after the receipt of the recall notice unless the employee can establish a satisfactory reason, such as illness or injury, for not returning to work within such five (5) day period; or unless the employee has taken other full-time employment during the lay-off, in which event, upon furnishing to the Company a written request from such other employer and in order to permit the employee to temporarily continue such other employment, the employee need not report for work until the expiration of ten (10) working days after the receipt of recall notice.

**(f)** Employees on layoff must keep the Company advised as to any change of address.

**(g)** The Company shall notify the Union of the names of the employees to be laid-off or recalled as soon as the same are known to the Company, but, in any event, not later than three (3) working days preceding a lay-off and not later than three (3) working days following the mailing of the recall notice.

It is understood and agreed that there shall be no grievance filed by an employee or the Union in connection with any lay-off or recall unless a grievance is presented to the Company; (i) within five (5) working days following notification to the employee of his layoff and receipt by the Shop Committee of a list of employees to be laid off, and (ii) within five (5) working days following receipt by the Union of a list of employees to be recalled.

**(h)** Voluntary layoffs will be granted by the Company to employees when there is a reduction in work force which results in layoff from the plant. Those voluntary layoffs will be made in accordance with plant-wide seniority and will not exceed the number being laid off from the plant. All requests for voluntary layoffs will be made to the Personnel Department. The Company may reject requests for voluntary layoffs.

If an employee chooses voluntary layoff from the plant, he will not lose his seniority rights or standing.

The Company will not contest the unemployment compensation claim of any employee who elects to take a voluntary layoff. An employee who elects to take a voluntary layoff will, after the expiration of the length of the layoff agreed upon by the Company and the employee at the time of layoff, return to the job previously held providing their seniority allows, or will be recalled to work as a laid-off employee according to plant-wide seniority.

All other terms and conditions of Article VII, Section 6 of our current contract agreement shall remain in force.

**SECTION 7.** Termination of Seniority. An employee's seniority and employment relationship with the Company shall be broken and terminated when the employee:

**(a)** Quits;

**(b)** Is discharged for proper cause:

**(c)** Retires;

**(d)** Is absent from work for three (3) consecutive working days without notifying the personnel department, or team leader or his designee, in which event he shall be voluntary quit unless he can establish a verifiable reason which is satisfactory to the Company for not so notifying one of such Company representatives. The employee will be responsible to provide such verification, provided, however, that the Company passing upon such reasons, will not be arbitrary and capricious;

**(e)** Fails to return to work, when recalled to work from lay-off, within the applicable time period as provided in Section 6 (e) of this Article VII, unless the employee can establish a satisfactory reason for not so returning to work;

**(f)** Overstays an authorized leave of absence or vacation period, unless the employee can establish a satisfactory reason for not returning to work when expected;

**(g)** Is laid off for a period of time longer than the amount of plant-wide seniority at the time his absence began, but not less than three (3) months or more than fifteen (15) consecutive months;

(h) Is absent from work due to illness or injury for a period of twenty-four (24) consecutive months or the length of plant-wide seniority, whichever is less.

**SECTION 8. Seniority List. (a)** Once every three (3) months, the Company will furnish the Shop Committee with a seniority list in four (4) copies, showing each employee's plant-wide seniority and departmental seniority. Such list shall be posted on the Company bulletin board. Once every month, the Company will furnish the Shop Committee with a list of those employees who have been hired and those whose service has been terminated since furnishing the last seniority list. In the event of a lay-off, the Shop Committee will also be furnished with a current seniority list at the time it is notified as to the names of the employees to be laid off.

**(b)** If two or more employees have the same seniority date, their seniority will be determined by alphabetical order, alternating from A to Z on the odd calender years and Z to A on the even calender years. Alternating will take place January 1 of each year.

**SECTION 9. Shift Preference. (a)** Subject to the Company's right at all times to have all shifts manned by qualified and experienced personnel, employees may exercise their seniority in selecting the shift on which they shall work, provided they are qualified and customarily do the work to be performed. Shift changes resulting from exercising of seniority shall occur on the Monday following a five (5) day notification to the employee with the lesser seniority unless the five (5) day notification is waived by the employee with the lesser seniority. No overtime payment will be made to either employee as a result of this change of shifts. A change of shifts will be allowed only two times during any twelve (12) month period; provided, however, that an employee who is transferred by the Company to a different shift may, at such time as, in the opinion of the Company, efficiency of operations on the new shift will allow, return to his regular shift without such return constituting one of his permissible shift changes. If however, the Company offers to return the employee to his regular shift and such offer is declined, any subsequent shift change at the election of the employee will constitute one of his permissible shift changes.

It is understood that, if agreeable to all parties (the Company and each individual concerned), the temporary trading of shifts will be allowed for a period not to exceed two (2) weeks, but in no event shall any employee work or be allowed to work two (2) consecutive shifts, nor shall an employee be entitled to any over-time compensation as a result of this provision.

**(b)** When a new shift is scheduled or a new operati[on is] scheduled on an existing shift, the Company will assign the senior qualified operators in the required job classification to [such] shift or operation, provided that efficient operations on such [shift] will not be impaired.

**(c)** Die Cast machine operators who are displaced from [such] shift for the purpose of training or instructing new employees [shall] not later than seventy (70) working days after such transfe[r, be] returned by the Company to the shift from which transferred [unless] such operator shall be transferred from his regularly assigned [shift] for such period of seventy (70) working days more frequently [than] once within each twelve (12) month period commencing wit[h the] effective date of this Agreement.

**SECTION 10.** Returning Veterans. The seniority and r[e-em]ployment rights of employees who return to work after havin[g left] the employ of the Company to enter the Armed Forces o[f the] United States will be governed by the applicable Federal and [state] laws relating to this subject.

**SECTION 11.** Incapacitated Employees. The Company w[ill] sign an employee, who becomes unable to perform the re[gular] duties of his job assignment because of illness or injury [not] covered by Article XI, Section 7, to available work which [he is] physically able to perform. If no such available work can be f[ound] and if there is a probationary employee at work whose work ca[n be] performed satisfactorily by such incapacitated employee, the incapacitated employee may displace such probationary [em-] ployee. If no work can be found for the incapacitated empl[oyee] under the foregoing provisions of this Section, he may us[e his] plant-wide seniority to displace the employee with the least [plant-] wide seniority then working in the plant, whose work he is ab[le to] perform satisfactorily.

Should an employee have a bo na fide disagreement wit[h the] decision of the Company doctor, such employee may, withi[n five] (5) working days, at the employee's option and at his ow[n ex-] pense, notify the Company that he is seeking an opinion fro[m the] employee's own doctor, who shall be a licensed doctor of me[dicine] and immediately submit such doctor's opinion in writing t[o the] Company.

If there is a difference between the Company's doctor an[d the] employee's doctor, the Company and the employee shall at[tempt] to jointly select a third doctor to examine the employee. If [the] parties are unable to agree upon the selection of the third d[octor,] such selection shall be made by the Marshall County Me[dical]

Society. The decision of the third doctor selected under this paragraph will be binding on the parties. The parties will equally share the expenses of the third doctor. The purpose of this examination shall be to determine what the employee's work related capabilities are and the type of work the employee can be expected to perform with his physical limitations.

**SECTION 12.** Employees Transferred out of Unit. Any employee of the Company who was formerly in a job now covered by the bargaining unit, and who was promoted to a supervisory, salaried or other position in the plant outside of the bargaining unit, or any employee of the company who may in the future be transferred from the bargaining unit to a supervisory, salaried or other position in the plant outside the bargaining unit, and who is later returned by the Company to the bargaining unit, shall have his plant-wide and departmental seniority accumulated and reestablished without loss. Upon being returned to the bargaining unit, such employee shall return to the job classification in which he was working immediately prior to his transfer out of the bargaining unit, provided he is still qualified to perform the work of such classification and in such event he shall displace the employee with the least plant-wide seniority then working in such job classification; if he is not qualified to perform the work of such job classification, then he will be placed on available work which he can perform and which does not require the displacement of another employee, and if there is no such available work, then he will be placed on the job held by the employee with the least plant-wide seniority then working in the plant, whose work he is qualified to perform.

## ARTICLE VIII

## HOURS OF WORK AND OVERTIME

**SECTION 1.** Work Day and Work Week. **(a)** The work day shall be the 24-hour period beginning with the employee's regular scheduled shift starting time. The employee's regular working hours shall consist of eight (8) consecutive hours and ten (10) minutes.

Subject to the right of the Company to effect changes in schedules shift hours when operating requirements make it necessary, the regular shift hours shall be as follows:

(1) First shift hours shall be from 7:00 A.M. to 3:10 P.M.
Second shift hours shall be from 3:00 P.M. to 11:10 P.M.
Third shift hours shall be from 11:00 P.M. to 7:10 A.M.

(2) Each shift shall include two ten (10) minutes rest periods and One twenty (20) minutes lunch period. The first ten (10) minutes of the lunch period will be unpaid. Lunch periods are scheduled as follows:

First Shift        11:30 A.M. to 11:50 A.M.
Second Shift     7:30 P.M. to 7:50 P.M.
Third Shift       3:00 A.M. to 3:20 A.M.

(3) Whenever additional hours are scheduled on any opera in excess of the scheduled hours provided for above, in subparagraph (1) the Company and the Union will mutua agree as to the hours to be worked by each shift, and the times of lunch breaks and rest periods.

(4) In the aluminum and zinc die casting operations, the s starting and quitting times shall be the same as provided above, but the Company may establish varied and staggered rest periods and lunch period applicable to su operations.

(5) The shift hours, lunch periods and rest periods for day s shipping and receiving clerks may be varied by the Co pany up to one hour from the normal time set forth above

**(b)** The work week shall be the seven (7) consecutive period beginning with the employee's regular scheduled s starting time on Day 1 and the employee's regular work week consist of four work days (the 24-hour period beginning with employee's regular schedule shift starting time, as defined Section 1 (a) of this Article VIII), Day 1 through 5. In the case employees whose first shift in their work week is scheduled begin on or after 11:00 P.M. on Sunday, such shift shall considered their Day 1 shift.

**(c)** Nothing in this Agreement shall be construed as a guar tee of hours of work per day or per week. It will continue to be policy of the Company to avoid, to the maximum extent consist with efficient operations, the scheduling of less than 40 hours work (inclusive of paid holidays) per week; and before institut any schedule of less than 40 hours per week for a continuo period in excess of two weeks' duration, the Company will disc with the Union the need therefore and the probable duration such schedule.

**(d)** In applying the terms of this Article, the work day and w as herein defined shall take precedence over calendar days a calendar weeks.

**(e)** When an employee changes shifts at the end of a w week and, as a result of such shift change, he has less than

hours off work between the end of one work week and the beginning of the next, the Company may either pay the employee the applicable overtime premium for those hours he works within the designated 24-hour period or may grant him compensatory time off during the second work week for such hours worked. This arrangement shall apply only when the employee notifies the Company in writing at least one day in advance of the end of the first work week that such a situation is going to arise.

**SECTION 2. (a)** Time and one-half will be paid for all work employees are required to perform in excess of 8 hours in their work day or 40 hours in their work week. For the purpose of this section, time lost from work due to vacations, bo na fide Union business or a workers compensation injury shall be considered as hours worked when determining whether or not 8 hours in a work day has been exceeded.

**(b)** There shall be no pyramiding or duplication of overtime payments, and no employee will be paid more than one overtime premium for the same hours worked.

An employee will receive the applicable shift premium according to the shift to which he is regularly assigned. Any work of at least one hour's duration performed at any other time during the work day will carry the applicable premium of the shift on which the work is performed or the employee will receive his regular shift premium for such work, whichever is the greater.

**(c)** All time worked on Day 6 shall be paid for at the rate of time and one-half.

**(d)** All time worked on Day 7 shall be paid for at the rate of double time.

**(e)** Employees who are required to work on any of the holidays listed in Article IX of this Agreement will be paid double time for such work, plus the holiday pay provided for in Article IX.

**(f)** If an employee works on a holiday, that employee will receive pay according to the guidelines of Article 8 Section 2(e), or that employee may receive the holiday pay at double time and observe the holiday at a later date.  He or she will receive one day off with 8 hours pay at the employee's discretion, subject to the approval by the Company upon the same notice requirements as apply to eight hour increments of vacation under Section 1 (3) of Article X.  At the time the employee is assigned, the employee must give written notice if he or she chooses to observe the holiday at a later date.  This day must be taken within 6 months of the holiday the employee worked.

**SECTION 3.** The following rules shall govern the assignme of overtime work:

(1) Except in emergency situations, the Company shall gi notice of regular scheduled Saturday overtime not la than the preceding Wednesday. Employees not giv notice by Wednesday may refuse to work Saturd overtime unless they are the least senior employ qualified to do the work to be performed.  At no time will any employee be forced to work three Sundays in a row.

(2) (a) Saturday overtime in each department will be assign on a descending seniority basis, by shift, amo qualified employees in the department who norma and customarily perform the type of work that is to performed during the overtime hours.

(b) In the event too many employees have been schedul to work on a Saturday and some need to be unsche led, the most senior shall be allowed to be unschec led. They shall be considered as worked and they not be rescheduled until the next cycle of senior reschedules them.

(c) When practical, the Company shall consider the des of the majority of the employees within a departm when establishing the hours of work to be perform during any one weekend. Whenever this is done, a v of the majority shall prevail, subject to approval of Pla Manager.

(3) When ten (10) or more employees in the area of a depa mental steward's jurisdiction are scheduled to work ov time, one of such employees shall be a departmen steward; and when twenty (20) or more employees in t area of a divisional steward's jurisdiction are scheduled work overtime, one of such employees shall be a divisio steward. No grievance shall be filed by an employee who not working overtime even though the departmen steward or divisional steward might be assigned work whi such employee normally performs. Departmental stewar will be allowed to substitute their alternates when crewi numbers require steward attendance.

(4) An employee who is on vacation or is absent on the Sat day at the time of their turn shall lose that turn until the ne cycle of seniority reschedules them.

(5) Overtime required during the regular work week shall performed by the person(s) who normally would assigned to the job(s) to be performed during regular wo

hours as much as possible. It is recognized that there will be occasions when it is necessary to replace a regular operator with a now regular operator in preparation for Saturday overtime.

(6) Emergency overtime on the day immediately preceding or immediately following a holiday will be first offered to those employees in the department who normally and customarily perform the type of work that is to be performed during the overtime hours. If a sufficient number of employees do not accept the offer of the overtime work, it shall then be assigned to management personnel, and if additional employees are still required to accomplish the work to be performed during the overtime hours, employees within the department will be assigned to work in the reverse order of seniority.

**SECTION 4. (a)** An employee who has worked on the previous work day and reports for work at his regular time on his regular shift when he has not been told the previous day not to report, shall be guaranteed, for that day, either four (4) hours of work or four (4) hours of pay, at his base hourly rate. The provisions of this Subsection shall not apply if work is not provided due to fire, flood, windstorm, power failure, or other emergencies or causes beyond the control of the Company or if the employee voluntarily leaves before completing four hours of work, or if the employee is disciplined for proper cause and sent home before completing four (4) hours of work.

**(b)** An employee who, after having completed his regular shift and having left the plant, without being notified that he is expected to report back that day, is called to perform additional work, shall be guaranteed a minimum of four (4) hours of pay at his base hourly rate, plus the applicable shift premium if he is a second or third shift person.

**(c)** The employee who is designated to be on-call for a holiday or weekend shall be guaranteed two hours of pay at base rate. If the employee is required to return to the plant as outlined in paragraph (b) above, these two hours shall become part of the four hours call-back pay.

**SECTION 5.** The Company shall schedule two break periods of ten minutes each during each work shift at a mutually agreed upon time. It is understood that all employees will receive their base hourly rates during these periods. Employees working overtime beyond their eight (8) hour shift will receive a ten (10) minute paid break period at the beginning of each two (2) hours of work thereafter.

–26–

## ARTICLE IX

### HOLIDAYS

**SECTION 1. (a)** The following calendars outline the thirt (13) days to be observed as paid holidays each contract year.

1st Year

| | | |
|---|---|---|
| Independence Day | Wednesday | July 4, 2001 |
| Labor Day | Monday | September 3, 200 |
| Thanksgiving Day | Thursday | November 22, 200 |
| Friday following Thanksgiving | Friday | November 23, 200 |
| Christmas Eve Day | Monday | December 24, 200 |
| Christmas Day | Tuesday | December 25, 200 |
| Christmas Shut down | Wednesday | December 26, 200 |
| Christmas Shut down | Thursday | December 27, 200 |
| Christmas Shut down | Friday | December 28, 200 |
| New Year's Eve Day | Monday | December 31, 200 |
| New Year's Day | Tuesday | January 1, 2002 |
| Good Friday | Friday | March 29, 2002 |
| Memorial Day | Monday | May 27, 2002 |

2nd Year

| | | |
|---|---|---|
| Independence Day | Thursday | July 4, 2002 |
| Labor Day | Monday | September 2, 200 |
| Thanksgiving Day | Thursday | November 28, 200 |
| Friday following Thanksgiving | Friday | November 29, 200 |
| Christmas Eve Day | Tuesday | December 24, 200 |
| Christmas Day | Wednesday | December 25, 200 |
| Christmas Shut down | Thursday | December 26, 200 |
| Christmas Shut down | Friday | December 27, 200 |
| Christmas Shut down | Monday | December 30, 200 |
| New Year's Eve Day | Tuesday | December 31, 200 |
| New Year's Day | Wednesday | January 1, 2003 |
| Good Friday | Friday | April 18, 2003 |
| Memorial Day | Monday | May 26, 2003 |

3rd Year

| | | |
|---|---|---|
| Independence Day | Friday | July 4, 2003 |
| Labor Day | Monday | September 1, 200 |
| Thanksgiving Day | Thursday | November 27, 200 |
| Friday following Thanksgiving | Friday | November 28, 200 |
| Christmas Eve Day | Wednesday | December 24, 200 |
| Christmas Day | Thursday | December 25, 200 |
| Christmas Shut down | Friday | December 26, 200 |

–27–

| Christmas Shut down | Monday | December 29, 2003 |
| Christmas Shut down | Tuesday | December 30, 2003 |
| New Year's Eve Day | Wednesday | December 31, 2003 |
| New Year's Day | Thursday | January 1, 2004 |
| Good Friday | Friday | April 9, 2004 |
| Memorial Day | Monday | May 31, 2004 |
| 4th Year | | |
| Independence Day (obs) | Monday | July 5, 2004 |
| Labor Day | Monday | September 6, 2004 |
| Thanksgiving Day | Thursday | November 25, 2004 |
| Friday following Thanksgiving | Friday | November 26, 2004 |
| Christmas Eve Day | Friday | December 24, 2004 |
| Christmas Day (obs) | Monday | December 27, 2004 |
| Christmas Shut down | Tuesday | December 28, 2004 |
| Christmas Shut down | Wednesday | December 29, 2004 |
| Christmas Shut down | Thursday | December 30, 2004 |
| New Year's Eve Day | Friday | December 31, 2004 |
| New Year's Day (obs) | Monday | January 3, 2005 |
| Good Friday | Friday | March 25, 2005 |
| Memorial Day | Monday | May 30, 2005 |
| | | |
| 5th Year | | |
| Independence Day | Monday | July 4, 2005 |
| Labor Day | Monday | September 5, 2005 |
| Thanksgiving Day | Thursday | November 24, 2005 |
| Friday following Thanksgiving | Friday | November 25, 2005 |
| Christmas Eve Day (obs) | Friday | December 23, 2005 |
| Christmas Day (obs) | Monday | December 26, 2005 |
| Christmas Shut down | Tuesday | December 27, 2005 |
| Christmas Shut down | Wednesday | December 28, 2005 |
| Christmas Shut down | Thursday | December 29, 2005 |
| New Year's Eve Day (obs) | Friday | December 30, 2005 |
| New Year's Day (obs) | Monday | January 2, 2005 |
| Good Friday | Friday | April 14, 2005 |
| Memorial Day | Monday | May 29, 2005 |

**Section 2.** (a) Employees who meet the following eligibility requirements will receive eight (8) hours pay at either their average earnings rate or at their base rate plus any applicable shift premium, in effect at the time of the holiday, whichever is higher, for each of the above-listed holidays, when not worked:

(1) The employee must have completed his probation period:

(2) The employee must have worked his entire scheduled work day the day before or the day after the holiday.

(3) If an employee is scheduled to work on a holiday and fails to work as scheduled, he will not receive holiday pay for that holiday, unless he can establish a satisfactory reason for his failure to work on such holiday.

**(b)** The term "average earnings" is defined as the employee's base rate plus incentive earnings plus any applicable shift premium. Average earnings will be computed on a quarterly basis as of the end of the pay period immediately preceding March 31, June 30, September 30 and immediately following December 31 and that average will apply during the following calendar quarter until a new average is determined.

**(c)** Payment for holiday pay due in respect of the Christmas time shutdown shall be made at the end of the employee's last scheduled work shift preceding the shutdown.

**SECTION 3.** Employees who are laid off or who are on leave of absence for union business under Section 2 and 3 of Article IV when one of the holidays listed in Section 1 occurs will be paid for such holiday pay if their lay-off or leave of absence began within ten (10) working days preceding the holiday. Employees on any other type of leave of absence shall not be eligible for holiday pay.

**SECTION 4.** An employee who has been absent due to sickness or injury for twenty (20) working days or less surrounding the holiday, but is covered under an excused absence shall qualify for pay under Article IX section 2(a), and worked the entire work day preceding his period of disability or works the entire first work day after the doctor's release, will be eligible to receive pay for that holiday in an amount equal to the difference between the regular holiday pay and the amount due him for that day under workers compensation or under the group insurance disability program. For any of the reasons listed below shall not make an employee ineligible for holiday pay:

--Injuries suffered on the job.

--Illness or injury suffered away from work and substantiated by medical evidence for a period not to exceed their eligibility for accident or sickness benefits.

--Death in the employee's immediate family. (bereavement)

--Jury Duty.

--Absence by Union Representative on official Union business authorized by the Chairman of the local Union, Unit 5.

--Absence excused in advance by the Company.

-- 28 --

-- 29 --

## ARTICLE X

### VACATIONS

**SECTION 1.** Paid vacations will be granted to employees on a staggered basis during the course of the year. Eligibility for and entitlement to vacation will be based upon the provisions of Section 2 and Section 4 (a) of this Article X. The following rules shall govern the scheduling of vacations:

(1) Subject to the final right of the Company at all times to schedule vacations in order to insure the continued and efficient operation of the plant, the Company will schedule vacations so as to give first preference to the most senior employees, provided their requests for vacations are submitted not later than April 1 of each year and provided the vacation requests are in weekly increments. Weekly requests submitted prior to April 2 will take precedent over requests of a short duration. All requests for vacations received thereafter shall be honored solely on the basis of the order in which submitted to the Company. In any event, requests for vacations must be submitted at least one week in advance of the period during which the vacation is to be taken. In the event that an employee should cancel vacation hours that had previously been granted, the Company shall offer those hours to the most senior employee who had previously been denied those exact same hours. A maximum of two employees shall be contacted and only those employees who had submitted their original vacation request in writing shall be considered.

(2) All vacation times of one week or longer must be approved by the Personnel Director at least one week in advance of the period in which the vacation is to be taken.

(3) An employee may take time off in increments of no less than 4 hours and have such time off applied as vacation time against the total amount of vacation for which he is eligible under Section 4 (a) of this Article X with the following provisions: The employee must obtain approval of such vacation arrangements from the Personnel Director as far in advance as possible, but such approval must be obtained no later than during the employee's last regularly scheduled shift prior to the shift on which vacation is to be applied; however, in unforeseen emergency situations which require the employee's absence, approval of such vacation arrangement may be granted by the Personnel Director as the

– 30 –

particular circumstance may warrant. Time taken off with the prior approval of the Personnel Director as herein vided may not be counted as vacation time.

**SECTION 2. (a)** To be eligible for full vacation pay and time of employee must have worked 1600 hours during the 12 mo period immediately preceding his/her anniversary date of the in which the vacation is to be taken. If an employee has wo less than 1600 hours during the 12 month period, he shall be vacation pay and receive time off in accordance with the follow schedule.

| Number of Hours Worked | Percentage of Vacatio Pay & Time O to Which Entitle |
|---|---|
| 1200 hours to 1,599 hours .............................................. | 75% |
| 800 hours to 1,199 hours ................................................ | 50% |
| 400 hours to 799 hours .................................................. | 25% |
| Less than 400 hours ...................................................... | Non |

All hours paid for by the Company plus any hours lost t work because of an approved absence for Union busines defined in Article IV, Section 2 (a) of this Agreement, and missed from work due to a work connected injury will, for purpose of this Section 2, be counted as hours actually worke the purpose of determining entitlement to vacation pay.

**SECTION 3.** Vacations must be taken in the year in which become due and cannot be accumulated from one year to the r Employees who are entitled to more than two (2) weeks of vaca may, at their option and with the Company's consent, receive (calculated in accordance with Section 4 (b) of this Article X) in of time off for any vacation entitlement in excess of two (2) we If an employee who has not used all of his vacation entitlemer the month preceding his/her anniversary date, the Company schedule the same for him for any time during the month prece his/her anniversary date.

**SECTION 4. (a)** Paid vacations will be granted in accorda with the following schedule to the employees who are on payroll and have at least one year continuous service with Company.

– 31 –

| Length of Continuous Service as of Midnight, on Their Anniversary Date in Which the Vacation is to be Taken | Hours of Vacation Pay |
|---|---|
| 1 Year to 3 Years | 40 |
| 3 Years to 5 Years | 80 |
| 5 Years to 8 Years | 100 |
| 8 Years to 12 Years | 120 |
| 12 Years to 20 Years | 140 |
| 20 Years and Over | 160 |

**(b)** An employee who is an incentive worker at the time his vacation is taken will have his vacation pay calculated by multiplying his average earnings rate times the number of hours of vacation pay to which he is entitled under (a) of this Section as modified by Section 2 of this Article X or under (b) of this Section, whichever is applicable. "Average earnings" is defined as the employee's base rate plus incentive earnings plus any applicable shift premium and will be calculated for the purpose of vacation pay as defined in Article IX, Section 2 (b). An employee who is a non-incentive worker at the time his vacation is taken will have his vacation pay calculated by multiplying his base rate plus any applicable shift premium in effect at the time the vacation is taken times the number of hours vacation pay to which he is entitled under (a) of this Section as modified by Section 2 of this Article X under (b) of this Section, whichever is applicable.

**SECTION 5.** Employees who will be on vacation for a period of at least one-week duration and who notify the Company at least one week in advance of the period in which the vacation is to be taken will receive their vacation pay on the regular pay day immediately preceding their vacation. All other pay will be paid following the vacation time off on the regular pay day for the week in which the vacation occurs.

**SECTION 6.** An employee whose employment is terminated for any reason prior to midnight, preceding his/her anniversary date, shall not be eligible for vacation pay in that year, except that an employee who retires or leaves the employ of the Company for health reasons which are substantiated by a certificate from the employee's attending physician, or who quits the employ of the Company upon at least ten (10) working days' advance notice or who enters the military service of the United States, and the estate of an employee who dies, shall receive vacation pay based upon the hours of work performed prior to an employees anniversary date, in accordance with the schedule set forth in Section 2 above.

**SECTION 7.** In the event that the Company determines a particular day to be a "Snow Day", any employee or group of

– 32 –

employees who can justify their inability to report to work due to inclement weather conditions will be granted a day of vacation or Attendance Bonus Day at the employee's discretion.

## ARTICLE XI
### WAGES

**SECTION 1. (a)** Effective Monday, June 9, 2001, and each year thereafter, there shall be wage increases as follows:

| | 6-11-01 | 6-10-02 | 6-9-03 | 6-14-04 | 6-13-05 |
|---|---|---|---|---|---|
| Die Cast Operator | 0.20 | 0.75 | 0.20 | 0.15 | 0.20 |
| Die Cast Lead Setup | 0.20 | 0.90 | 0.20 | 0.15 | 0.20 |
| Die Cast Setup | 0.20 | 0.90 | 0.20 | 0.15 | 0.20 |
| Melter | 0.20 | 0.75 | 0.20 | 0.15 | 0.20 |
| Accessories Attendant | 0.20 | 0.75 | 0.20 | 0.15 | 0.20 |
| CNC Operator | 0.30 | 0.20 | 0.25 | 0.20 | 0.25 |
| Wash Tumble Vibe | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| Maintenance Lead | 0.50 | 0.25 | 0.50 | 0.25 | 0.25 |
| Maintenance Tech | 0.50 | 0.25 | 0.50 | 0.25 | 0.25 |
| Shop Utility | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| Tool Maker | 0.50 | 0.25 | 0.50 | 0.25 | 0.25 |
| Tool Maker - Lead | 0.50 | 0.25 | 0.50 | 0.25 | 0.25 |
| Die Cleaner | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| Work Flow | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| Shipping | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| QA Inspector | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| Trim Operator | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| Trim Lead | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| Machine Setup Lead | 0.30 | 0.20 | 0.25 | 0.20 | 0.25 |
| Machine Setup | 0.30 | 0.20 | 0.25 | 0.20 | 0.25 |
| GMO | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| Assembler | 0.20 | 0.15 | 0.20 | 0.15 | 0.20 |
| Tool Grinder | 0.50 | 0.25 | 0.50 | 0.25 | 0.25 |

Note: Wage Brackets in Appendix C incorporate the first year increases.

Additionally, the Company will implement a "Longevity Program" for employees in the Die Cast classifications to encourage employees to remain in the Die Cast area. To qualify for the program, employees in the die cast classification must have worked continuously in that classification the preceding 12 months.

– 33 –

**(b)** Employees with 2 or more years of continuous seniority as of June 9, 2001, will be paid their longevity bonus as mutually agreed by the parties.  The calculation will be based on hours worked from the preceding year of their die cast anniversary date.

**(c)**  Die Cast Longevity Program.  Beginning June 10, 2002, employees in the Die Cast classifications will be paid a "Die Cast Longevity" bonus on their die cast anniversary date each year. The bonus will be calculated as follows:

Total number of hours (regular and overtime) worked
in the previous 12 months
Times
35 cents
Equals
Die Cast Longevity Bonus
(subject to required tax withholdings)

**(d)**  The Incentive program shall be eliminated for the Die Cast Machine operators on June 9, 2002.  All operators earnings shall be calculated to show their average earnings from June 11, 2001 through June 9, 2002.  The Die Cast Machine operators wage brackets will be determined by averaging all die cast machine operator average earnings based upon the wage schedule set forth above.  Any employee whose average earnings are above the top of the new bracket shall be "Red Circled".

**(e)**  Employees in the skilled trades classifications who possess either a bo na fide journeyman card or who have completed eight (8) consecutive years of work experience at Kiowa in the same skilled trade classification shall receive an additional 12 cents per hour than the base rate shown in Appendix C.

**SECTION 2. (a)** Each employee, other than those assigned to the maintenance training program, shall receive an automatic wage increase of five cents (5¢) per hour at the end of his first 20 days of actual work, then at the end of his third month, and then at the end of each three months thereafter until the employee reaches the top wage rate for his job classification.

**(b)** Employees assigned to the maintenance training program will progress from the beginning rate to the top rate of that classification in accordance with Appendix D attached hereto and by this reference therein made a part hereof.

**SECTION 3.**  When an employee receives a merit raise for outstanding work, such merit raise shall in no way change the normal progression of the employee's wage rate reviews.

**SECTION 4.** The incentive system will be continued in effect i accordance with the provisions of the Kiowa Incentive Progra Policy and Procedure Manual. The following procedures will b followed in conducting time studies:

**(a)** Where no method sheets are available, no set-up or pr duction will be made.

**(b)** Relief operators are to receive credit for incentive earne during the relief period.

**(c)** Prerequisites for a time study:

(1) The job shall be setup and running in accordance wit the description on the method sheet.

(2) Operating conditions such as material and equipmer should be normal.

(3) The production shall be of acceptable quality.

(4) The operator performing at 100%.

**(d)** Making the time study. A healthier attitude exists among a concerned when timing is done openly rather than secretively. Th following information shall be made available to the operator befor the time study person leaves the operation:

(1) The purpose of the study.

(2) When the timing starts and when it stops.

(3) The total number of pieces produced during the con tinuous watch reading period.

(4) Strikeouts used, if any, and an explanation of the strike out.

(5) The performance rating used for the elements or for th total cycle.

(6) All allowance percentages.

Each operator will sign the Time Study Observation Sheet signifying that the above information has been supplied.

**(e)** Check studies.

(1) Check studies are made by standards engineering to (1 evaluate the rate on an operation. Since it is the rat that is being checked, the study may be taken on an operator who is qualified to run the operation, however:

(a) In the event of a question by a second shift operato as to accuracy of an incentive rate, if the matter can not be resolved by the team leader or his designee a request for a rate "check study" will be submitted When the operator reports for work at the beginnin of his next regularly scheduled shift, the operatio will be observed and a rate "Check study" made o that particular operation.

(b) If a third shift operator is involved, the same proce

dure will be followed, but the recheck will occur at the end of the operator's next regularly scheduled shift, rather than at the beginning of it.

(2) When an operator is having trouble making standard on an operation, the operator should:

    (a) Promptly go to the team leader or his designee and describe the problem.

    (b) Follow the directions outlined by the team leader or his designee.

    (c) Then, if the operator continues to have problems making standard he/she may ask the team leader or his designee to request a check study of the operation by the standards engineering department.

    (d) When the check study has been completed, the team leader or his designee will report the results to the operator.

**(f)** Procedure Outline for the Time Study Steward

(1) When the operator has asked for a check study of a rate, but is still dissatisfied with the results following the check study and if the job is not in the fair trial period, he/she may request that his/her time study steward report to the standards engineering department for a discussion of the rate.

    (a) The time of the trial period for die casting operations will be 72 hours of accumulated time on standard or four production runs whichever comes first, and for all other operations it will be 40 hours of accumulated time on standard or four production runs whichever comes first.

(2) Upon reporting to standards engineering, a representative of it and the time study steward will check the rate for arithmetic errors.

    (a) The time study steward's materials will be made available in a cabinet in the Tool Crib (but it does not mean that the time study steward will go out on the floor by himself to make check studies.

(3) All pertinent time study information will be made available at this time.

(4) If no errors are found, **both** people will observe the actual operation to verify that the correct methods and conditions exist. If they do not, they then shall be corrected.

(5) If the correct method and conditions exist and the rate is still challenged, then a second check study will be taken with the time study steward present.

(6) The standards engineering representatives and the tim study steward will both return to the office to comput and to discuss the results of the study. At this time, decision will be made to do one of the following:

    (a) Accept the old rate.

    (b) Change to a new rate.

    (c) Correct any abnormal conditions which exist.

    (d) File a grievance. The grievance shall be written b the time study steward.

(7) The standards engineering representative and the tim study steward shall contact the team leader or hi designee, and the standards engineering representativ shall inform the team leader or his designee of th results. Then, the team leader or his designee, in th the presence of the time study steward shall explain th results to the operator.

**(g)** Filing a Grievance Concerning Standard Rates. When a employee disagrees with a standard rate set on a job and when th trial period has expired, a grievance may be filed in writing withi three (3) working days after the occurrence of the event. Thi grievance will then be considered jointly with the time stud steward and the standards engineer. They shall meet within on (1) working day after the receipt of the grievance by the Compan If this group has not arrived at an agreement within two (2) workin days, the grievance will be forwarded to Step 2 of the regula grievance procedure . If this then goes to Step 3 of the regula grievance procedure, a Union time study representative may hav access to the time study information pertinent to the grievance an may be permitted to observe the job in operation.

**(h)** The Company Manual. The Company will provide the unio time study steward with a copy of the Kiowa incentive progran policy and procedure manual. The Company may make change or modifications to the manual, providing copies to the time stud steward as long as those changes or modifications do not affec the formula of the basic incentive plan.

**(i)** The Kiowa Incentive Program Policy and Procedure Manua shall be modified to reflect a decrease in total incentive allowance from the current 35% - 37% levels to their respective 25% - 27% levels as defined in 4.1.5 and 4.2.1.2. All other incentiv allowances shall remain as currently shown.

**(j)** Non-incentive jobs shall have an operator performanc rating of 17% applied to the operator controlled elements, plus an other applicable allowances.

**SECTION 5.** All employees scheduled to work on the second shift will receive a shift premium of twenty cents (20¢) per hour and all employees scheduled to work on the third shift will receive a shift premium of twenty five cents (25¢) per hour. Such shift premium pay shall be considered as part of the employee's base rate for purpose of computing overtime and incentive pay.

**SECTION 6. (a)** When an employee transfers either by job bidding or other contract procedure, including a transfer through the exercise of seniority in the event of a reduction in the work force, from one job classification to another, his hourly rate in the new job shall be the beginning wage rate applicable to the new job classification; provided, however, that an employee whose hourly rate on his former job was higher than the beginning rate of the new job classification, will receive as his base hourly rate in the new job classification his former base hourly rate, however, it shall not exceed the top of the wage bracket.

An employee who returns to a job classification which he formerly held as a permanent assignment, and which he is still fully qualified to perform (whether such return is the result of recall after a lay-off or a voluntary transfer pursuant to job bidding) will be paid the same rate of pay as he received at the time he left such former job classification plus all contract raises or his current rate of pay, not to exceed the top of the wage bracket; provided, however, that an employee who, as the result of a lay-off, transfers from the Cast & Trim Department to the Trim Department without previously having been permanently assigned thereto (as contemplated in Section 6 (b) (1) of Article VII) will be deemed to have previously been permanently assigned to the Trim Department and will receive the same rate of pay as Cast and Trim, but shall not exceed the top of the Trim Operator rate range.

**(b)** The foregoing provisions of Subparagraph (a) shall not apply in the case of an employee who is temporarily transferred from one job classification to another as a result of a temporary job bid as defined in Article VII, Section 5 (i). In such a case, the employee will continue to receive his former base hourly rate, the beginning base rate of the job classification to which he is transferred whichever is higher.

**(c)** Employees training shall be the responsibility of the Company. In the event incentive employees are assigned to act as "trainers" in the Company's formally established training programs of Die Cast Operators and General Machine Operators, such employees will receive average earnings for all working time devoted to the performance of these duties. Non-incentive employees assigned to act as such trainers will receive their base hourly rate plus any applicable shift premium in effect at that time.

– 38 –

**SECTION 7.** An employee injured while on the job and who with the company's permission, goes for treatment to a doctor designated by the Company and who, after treatment, returns to his work shift the same day, shall be compensated at this regular base hourly rate for time spent in going to and coming from the doctor and such time shall be regarded as time worked. Such employee shall be allowed thirty (30) minutes to make such round trip plus the time waiting to see the doctor and the time necessary for treatment of the injury. He shall, on his return to the plant, hand to his team leader a slip signed by the doctor or nurse indicating the time of arrival at and departure from the doctor's office. If such employee is, as the result of his injuries, hospitalized or sent home by the doctor, he shall be entitled to compensation at his base hourly rate for the balance of this shift on which the injury occurred. The designation by the Company of the doctor to treat such injury shall not constitute the doctor as an agent or employee of the Company and the Company shall not be liable or responsible for any diagnosis, treatment or care administered or prescribed by such doctor.

**SECTION 8.** Employees shall wash up on their own time.

**SECTION 9.** An employee who finds it necessary to absent himself from work in order to attend the funeral of a member of his immediate family will be allowed 24 working hours off, to be paid for at the employee's base hourly rate. Additional time off will be considered in connection with a request for a leave of absence. An employee's immediate family is defined as his spouse, child, parent, brother, sister, father-in-law, mother-in-law, grandparent, grandchild, and, if the employee and the deceased are living or have lived in the same home as part of a family unit, a step-parent or stepchild. To be eligible to pay under this section, the employee must notify the Company and, if, requested furnish proof of death and of the employee's relationship to the deceased.

**SECTION 10. (a)** Employees who are absent from work due to sickness and injury will not be dropped from the group hospitalization and surgical program, for up to three months, provided the employee submit their share of the premium to the Company prior to the first of each month.

**(b)** Weekly disability benefits shall increase by $10.00 per week effective on the anniversary date in each year of this Agreement, as below:

| | |
|---|---|
| June 8, 2001 | 295.00 |
| June 8, 2002 | 305.00 |
| June 8, 2003 | 315.00 |
| June 8, 2004 | 325.00 |
| June 8 2005 | 335.00 |

– 39 –

(c) The Company shall maintain the following insurance coverage with a reputable insurance network. Change in carriers will be by mutual agreement between the parties. The primary features will be:

**ANNUAL DEDUCTIBLE**
$150 Individual
$300 Family Maximum

**COPAYMENT**
10% Network Providers
20% Non-Network Providers

**ANNUAL OUT-OF-POCKET (NOT INCLUDING COPAYMENTS)**
$500 Individual
$1,000 Family

**MAXIMUM BENEFITS**
$2,000,000 Individual Lifetime

**PRESCRIBED DRUGS COPAYMENT**
$4.00 Generic - $8.00 Non-Generic

**EMPLOYEE CONTRIBUTION**
Pre-tax dollars shall be used as soon as possible. The total dollar amount paid by each employee shall be as follows:

| | | |
|---|---|---|
| June 8, 2001 | 34.13 | 16.82 |
| June 8, 2002 | 44.13 | 21.82 |
| June 8, 2003 | 55.13 | 27.32 |
| June 8, 2004 | 65.13 | 32.32 |
| June 8, 2005 | 76.13 | 37.82 |

(d) At the conclusion of the new employee probationary period, all employees shall have $25,000 life insurance.

(e) Effective August 1, 2001 the Company shall provide dependent life insurance coverage in the following amounts:
Spouse - 50% of employee amount,
Children - 14 days but not less than 6 months - 10% of employee amount.
Children -6 months and over, 25% of employee amount.

(f) Any employee retiring at an early age of 62 and has at least 15 years of seniority may stay in the group plan to age 65, or eligible for Medicare by paying 60% of the monthly premium to the Company. The Company will pay the remaining 40%.

**SECTION 11.** The following changes made in the Pension Plan subject to the approval of the Internal Revenue Services.

(a) Effective August 1, 2001 the pension benefit for norn retirement will be increased to $23.50 per month for each year credited service after August 1, 2001.

(b) Effective August 1, 2002 the pension benefit for norn retirement will be increased to $24.50 per month for each year credited service after August 1, 2002.

(c) Effective August 1, 2003 the pension benefit for norn retirement will be increased to $25.50 per month for each year credited service after August 1, 2003.

(d) Effective August 1, 2004 the pension benefit for norn retirement will be increased to $26.50 per month for each year credited service after August 1, 2004.

(e) Effective August 1, 2005 the pension benefit for norn retirement will be increased to $27.50 per month for each year credited service after August 1, 2005.

(f) Employees retiring on or after August 1, 1980 shall be p vided a life insurance policy of $3,000.000 paid by the Compa This amount shall be increased to $5,000.00 on August 1, 1992.

**SECTION 12.** Attendance Bonus. An employee who works all t hours for which he is scheduled to work during the five-mor period commencing June 9, 1997 and during each five-mor period thereafter, shall receive at the conclusion of each su period, a bonus of one paid day off, which time off may be taken the employee's discretion, subject to the approval of the Compa upon the same notice requirements as apply to eight-hc increments of vacation under Section 1 (3) of Article X. Pay for t bonus day shall be calculated on the same basis as holiday pa Any employee shall not be deemed to have failed to work all hou for which he is scheduled if the absence is covered by a doctc excuse and does not exceed an accumulated total of four mont duration during each five month period. An acceptable doctc excuse is one in which the employee has been informed by I doctor that he should not be working due to the employee's illne: Time lost from work due to bo na fide Union time shall not deemed as work time missed in applying the terms and conditic of this program.

**SECTION 13.** 401K Plan. There shall be no Company mat of contributions for this plan.

## ARTICLE XII
### SKILLED TRADES

**SECTION 1.** For purposes of this Article, the Company will recognize the following classifications as skilled trades classifications: Tool Maker; Tool Grinder; Maintenance Repairman; and Maintenance Technician.

All of the provisions of this Agreement shall apply to employees in the skilled trades classification except as the same may be modified by this Article XII.

**SECTION 2.** As soon as reasonably possible after the commencement of this Agreement, the Company will in cooperation with the Union, institute a formal skilled trades apprenticeship program, providing for recognition and training in the skilled trades classifications listed in Section 1 above.

**SECTION 3.** Notwithstanding the provision of Section 6 of Article VII of this Agreement, in the case of a lay-off effecting employees who have either a bo na fide journeyman card or who have completed eight (8) continuous years of work experience at Kiowa in the same skilled trades classification, shall have a preferred seniority status over all other employees in their respective classifications and will be laid off in accordance with their departmental seniority, irrespective of the plant-wide seniority of such other employees. This provision shall not prevent the Company, however, from making temporary assignments of skilled trades employees from one skilled classification to another.

**SECTION 4.** In the event the Company requires an employee to attend any kind of skilled trades training program, the Company will pay any tuition and textbook expenses relating thereto and will pay for any time which the employee loses from his regularly scheduled work as a result of his participating in such training program.

**SECTION 5.** In the event an employee damages or breaks any precision instruments owned by him and regularly used by him in performance of his duties, which damage or breakage is not the result of negligence or carelessness on the part of the employee, the Company shall replace such instruments or reimburse the employee for the cost of replacement of the same, upon the damaged or broken instrument being turned over to the Company.

## ARTICLE XIII
### CHECK-OFF

**SECTION 1. (a)** The Company shall deduct each month fr wages of employees, for whom individually signed authorizati are on file with the Company, Union dues for the current mont the amount designated in writing by the Union to the Compa The Company shall promptly remit the funds so deducted to appropriate official of the Union designated by the Union for receipt of such funds. The Company will furnish the Union mon with a list of those employees for whom deductions have b made in the current month and the amount of such deductions.

**(b)** The deduction authorization of any bargaining unit ployee who leaves the bargaining unit for any reason, and wh subsequently rehired, reinstated or transferred back into bargaining unit, shall be automatically reinstated in full force effect upon the return of such employee to the bargaining unit.

**(c)** The application of the provisions of this Section shall subject to, and in conformance with, the laws of the Fed government and the State of Iowa.

## ARTICLE XIV
### GENERAL PROVISIONS

**SECTION 1.** Pay day shall be Friday, except that, if one of days observed as a holiday under this Agreement falls on Fri then the preceding Thursday shall be pay day. Whenever possi the weekly paychecks for the second shift shall be distributed ing the regular work shift on Thursday. In the case of a short week, pay day shall be the last day of work scheduled in that we

It is further understood that occasionally it will be impossibl have the paychecks prepared by midnight Thursday because machine breakdown, etc. When this type of problem arises, Company shall not be held to this Agreement, and pay day for week shall revert to Friday.

**SECTION 2.** When an employee is required to serve on a j he may request a leave of absence and shall be excused from regular duties without pay to the extent that his jury ser requires.

**SECTION 3.** Whenever an employee receives a written r mand, a copy of the same shall be given by the Company to

Union. Whenever a written warning notice is given to an employee, the employee's department steward shall be present and shall sign a copy of the notice. Where the disciplinary action consists of suspension or discharge, violations occurring during the preceding 12 months at work will be considered. All written warnings that are 2 years old shall not be used in any disciplinary hearing.

In the event an employee is absent from work for three (3) consecutive days without notifying the Company, that employee's employment is terminated. A copy of the termination notice will be sent via certified mail to the employee as well as the chairman of the shop committee.

**SECTION 4.** Vocational students shall have no rights under the terms of this Agreement until such time as they become regular employees. Part-time employees (those employees regularly scheduled to work less than the normal work shift) and vocational students will not work overtime unless all employees in the department to which they are assigned are scheduled to work overtime. Students hired during the summer months will not be eligible for coverage under the group insurance program.

**SECTION 5.** The Company agrees, at its expense, to have this Agreement printed in booklet form and to furnish a copy to each employee upon completion of his probationary period, along with a copy of the insurance booklet.

**SECTION 6.** The words "he", "him", and "his" where appearing in this Agreement, shall be deemed to include the words "she", "her", and "hers" and the singular may include the plural unless the context clearly indicates to the contrary.

**SECTION 7.** Employees reporting their need to be absent from work shall state the reason for such absence. Such as, accident, illness, to lawyer, to doctor, to court, to police, etc.

## ARTICLE XV
## DURATION OF AGREEMENT

**SECTION 1.** This Agreement shall become effective as of June 9, 2001 and shall be in full force until midnight, June 9, 2006, and shall automatically be renewed under the same terms and conditions for consecutive one-year periods, thereafter, unless, sixty (60) days prior to June 9, 2006 or sixty (60) days prior to any subsequent anniversary date thereof, either party gives written notice by certified mail to the other party of its desire to modify or terminate this Agreement. Notice of either modification or termination shall have the effect of staying automatic renewal of this Agreement.

**SECTION 2.** This Agreement constitutes the entire agreem between the parties and concludes all collective bargaining for duration, except as may be otherwise expressly provided for in Agreement.

## APPENDIX A
### NUMBER AND ASSIGNMENT OF STEWARDS
**(Subject to change as factory areas are moved, expanded or contracted)**

### Department Stewards

The Union will align Departmental Stewards as needed and suppl list to the Company.

### Divisional Steward

There will be one divisional steward for each shift.

### Time Study Stewards

There shall be two (2) time study stewards for the entire plant. The function of the time study steward is defined in Article XI, Section 4 (g) and 4 (h) of this Agreement.

KIOWA CORPORATION
BARGAINING UNIT

## AMENDED APPENDIX C

### WAGE BRACKETS

| Job Classification | Effective June 11, 2001 | |
|---|---|---|
| | Beginning | Top |

I. TOOL & DIE DEPARTMENT
*(Displacement of employees between classifications in this department will not be permitted.)*

| | Beginning | Top |
|---|---|---|
| *A. Tool Makers | $ 12.97 | $ 14.37 |
| B. Lead Man | 12.97 | 14.87 |
| *C. Die Cleaner | 10.72 | 11.72 |

*(Tool Makers shall train employees in this classification and retain the right to clean dies whenever necessary. Cleaners will not perform work on dies while mounted on machines.)*

II. MAINTENANCE DEPARTMENT
*(Displacement of employees between classifications in this department will not be permitted.)*

| | | |
|---|---|---|
| *A. Maintenance (Technician)*** | 12.79 | 14.44 |
| *B. Shop Utility | 11.29 | 12.04 |
| C. Lead Man | | 14.78 |

III. QUALITY ASSURANCE

| | | |
|---|---|---|
| *A. QA Inspector | 11.23 | 12.39 |
| B. Lead Man | 11.23 | 12.89 |

IV. CAST & TRIM DEPARTMENT

| | | |
|---|---|---|
| A. Relief & Set-Up Man | 12.89 | 13.74 |
| B. Relief & Set-Up Lead Man | 12.89 | 14.24 |
| *C. Melter | 12.65 | 13.33 |
| *D. Machine Operator **** | | |

*(Must be able to and willing to cast, trim, set-up and operate all machines.)*

| | | |
|---|---|---|
| | 11.50WI(a) | 12.28WI(a) |

(a) With Incentive until 11:00 p.m. on Sunday, June 9, 2002.

V. MACHINE SHOP

| | Beginning | Top |
|---|---|---|
| A. Lead Man Relief & Set-Up | $12.53 | $13.55 |
| B. Relief & Set-Up Man | 11.81 | 12.53 |
| *C. Vibrator, Tumbler & Washers | 11.07 WI | 11.42 W |
| D. General Machine Operators | 10.73 WI | 11.26 W |
| *E. CNC Lathe** | 13.00 | 14.25 |
| *F. CNC Vertical** | 13.00 | 14.25 |
| *G. CNC Horizontal** | 13.00 | 14.25 |
| *H. Assembler | 12.26 | 13.26 |

**Persons assigned to these classifications as of June 9, 1997 and having an average hourly wage greater than $13.30 s have their hourly wage "red circled" at their then current averag hourly wage.

VI. GENERAL FACTORY
*(Displacement of employees between classifications in this department shall not be permitted.)*

| | | |
|---|---|---|
| A. Shipping & Receiving | | |
| *Clerks | 11.40 | 12.01 |
| Lead Man | | 12.16 |
| *B. Accessories Attendant | 11.20 | 12.22 |
| *C. Tool Crib Attendant | 11.19 | 11.88 |
| *D. Tool & Cutter Grinder | 12.67 | 14.00 |

VII. TRIM DEPARTMENT

| | | |
|---|---|---|
| A. Lead Man | 11.20 WI | 12.40 W |
| *B. Trim Operator | 11.20 WI | 11.53 W |

VIII. *MACHINE SHOP WORK COORDINATOR — 11.29, 11.84

| | | |
|---|---|---|
| VIII. *MACHINE SHOP WORK COORDINATOR | 11.29 | 11.84 |
| IX. *DIE CAST WORK FLOW COORDINATOR | 11.29 | 11.84 |

* Designates those jobs for which vacancies will be posted.
** Materials Handlers shall receive an automatic increase of 5¢ per hour after 30 days in the classification, another 5¢ per hour after the next 30 days and a 4¢ per hour increase at the end of the next 30 days. This provision shall take precedence over Section 2, Article XI of the Agreement.
*** Maintenance Technician pay rate adjusted as described in Appendix D of this Agreement.
**** All persons assigned to the 800-1200 ton die cast machines shall receive additional hourly compensation while assigned to those machines as follows: 800 ton and over but less than 1200 ton 5¢ per hour and 1200 tons and over 12¢ per hour.

Employees assigned to perform welding operations shall be paid an additional 10¢ per hour for time spent performing such work.

**KIOWA CORPORATION**
**Marshalltown, Iowa**

By _Gregory M. Brown_
Gregory M. Brown, President

By _Judy Edwinson_
Judy Edwinson, Personnel Manager


**INTERNATIONAL UNION, UNITED AUTOMOBILE,**
**AEROSPACE AND AGRICULTURAL IMPLEMENT**
**WORKERS OF AMERICA**

By _Dennis Williams_       RP
Dennis Williams

By _Dennis Walker_       RP
Dennis Walker


**LOCAL 893, KIOWA UNIT, UAW**

By _Michael D. Whitmore_
Michael D. Whitmore

By _Don Stackhouse_
Don Stackhouse

By _Harlan W. Siemens_
Harlan Siemens

By _Roger Reeves_
Roger Reeves

— 48 —

## APPENDIX D

### MAINTENANCE TRAINING – PROGRESSION

Maintenance Training will be done through the Indus
Training Resource Center at the Marshalltown Community Col

Classes will cover electrical, electronics, hydraulics, bear
seals, lubrication, print reading, and welding. It will be a lea
your own pace. The course is 360 hours total, is to be comple
a 16-month time frame, and will be done on the first shift.

A progress report will be sent to the Company from the co
monthly during the training time. Each test must be passed
minimum of 80%. The employee will be allowed to retest mu
passed at a minimum of 80%. The employee will be allowe
retest 2 times after the first failure. The employee must retest
pass, minimum of 80%, before progressing. If the employee
after 3 attempts, he will be disqualified from the training pro
and removed from Maintenance.

For each 32 hours of training and a minimum of 80% passing s
or the passing of a course with a minimum of 80% score
employee will receive $0.15 per hour wage increase. U
completion of the maintenance training program each emplo
will receive an additional $0.15 per hour.

If an employee completes a course earlier than the average
allowed by the Learning Center, the employee will receive
wage increase at that time. Example: Industrial Math, the 24
lesson is completed in 22 hours, the wage increase will be in e
in 22 hours, the wage increase will be in effect at 22 h
completion.


## APPENDIX E

### CNC TECHNICIANS

Employees in this grouping shall be willing to program, mak
adjustments, and setup/maintain auxiliary equipment as require
It is the Company's intent to train persons assigned to these
classifications within their first 12 months following their
assignment to these jobs.
Employees temporarily assigned for four hours or longer to

— 49 —

these classifications shall receive $1.00 above their then existing base rate, or the bottom rate of the CNC classification, whichever is the greater.

The Company reserves the right to make temporary assignments into these classifications.

## APPENDIX G
### GUIDELINES TO BE USED IN "ASSEMBLY JOBS"

1. Successful bidders must be able to, and be willing to operate the equipment, make necessary tooling setups and adjustments, perform quality assurance checks, schedule the work, etc.

2. While assigned to these jobs, employees shall be non-incentive and base hourly rates shall be applied.

3. Employees temporarily assigned for four hours or longer to this classification shall receive $1.00 per hour above their then existing base rate, or the bottom rate of the assembler classification, whichever is the greater.

4. Assembler employees shall perform all functions within their classification except those of machine maintenance.

50 —

---

(1)

June 6, 2(

Mr. Mike Whitmore
Chairman
UAW 893, Kiowa Unit

Dear Mr. Whitmore,

*Side Letter Agreement:*

"Any employee who has worked their scheduled work shift on ea of the preceding two Sundays may decline an overtime assignm for a third Sunday. The employee must notify their team leader their desire to decline the overtime based upon Article 8 Section (1) at the time the assignment is made, in which case the next senior employee will be assigned."

Sincerely,
Kiowa Corporation

Judy Edwinson
Personnel Manager

- 51 -

(2)

June 6, 2001

Mr. Mike Whitmore
Chairman
UAW 893, Kiowa Unit

Dear Mr. Whitmore,

This letter is to be considered as a part of our contract agreement
effective June 9, 2001.

The Company and the Union agree that a joint sub-committee shall
be formed to establish a training-wage progression program for
Kiowa's Tool Maker job classification.  This committee shall consist
of one person appointed by the Union and one person appointed
by the Company.

The final result of this committee shall replace Appendix D in the
contract agreement dated June 9, 2001.

This committee shall meet as needed to work towards a
completion date of July 12, 2001.  Monthly updates shall be
presented at the last Step 2 meeting each month.

Sincerely,
Kiowa Corporation

Judy Edwinson
Personnel Manager

- 52 -

THIS IS THE

HEALTH BENEFIT PLAN

FOR

# KIOWA CORPORATION

Effective Date of Plan:

November 1, 2000

Group Number:  G-679

**EXHIBIT**

# TABLE OF CONTENTS

SECTION                                                                    PAGE

INTRODUCTION ....................................................................... 1
    NAMED FIDUCIARY AND PLAN ADMINISTRATOR ..................... 1
    CLAIM ADMINISTRATOR .................................................... 1
    EMPLOYER'S OBLIGATIONS .............................................. 1

OTHER BASIC INFORMATION ABOUT THE PLAN ...................... 2

HOW TO FILE A MEDICAL CLAIM ......................................... 3

CLAIMS HANDLING ........................................................... 3

BENEFITS ....................................................................... 4

    SCHEDULE OF MEDICAL BENEFITS ..................................... 4

    GENERAL BENEFIT PROVISIONS ......................................... 9

    UTILIZATION OF IN-NETWORK PROVIDERS ........................... 10

    MANDATORY HOSPITAL ADMISSION CERTIFICATION ............. 10
        PENALTY FOR NON-COMPLIANCE ............................... 11

    BEHAVIORAL CARE BENEFIT ............................................ 11

    COMPREHENSIVE MEDICAL EXPENSE BENEFIT ..................... 12
        BENEFIT PERCENTAGE AND DEDUCTIBLE ................... 12
        ALLOCATION AND APPORTIONMENT OF BENEFITS ....... 12
        CHANGES IN COVERAGE ....................................... 13
        COVERED CHARGES ............................................. 13
            HOSPITAL CHARGES .................................... 13
            HOSPICE CHARGES .................................... 14
            PHYSICIAN SERVICES .................................. 14
            NURSING ................................................... 14
            PHYSICAL/OCCUPATIONAL THERAPY .............. 14
            SPEECH THERAPY ....................................... 14
            AMBULANCES ............................................. 15
            BLOOD PROCESSING ................................... 15
            OXYGEN & OTHER GASES ............................. 15
            ANESTHESIA .............................................. 15
            X-RAY & LABORATORY .................................. 15
            RADIATION THERAPY & CHEMOTHERAPY .......... 15
            MEDICAL SUPPLIES ..................................... 15
            DURABLE MEDICAL EQUIPMENT ..................... 15
            HOME HEALTH CARE .................................... 15
            ORTHOTIC/PROSTHETIC APPLIANCES .............. 16

| TABLE OF CONTENTS | |
|---|---|

| SECTION | PAGE |
|---|---|

BENEFITS, cont.

COMPREHENSIVE MEDICAL EXPENSE BENEFIT, cont.
 COVERED CHARGES, cont.
  CONVALESCENT CARE ................................................ 16
  NEWBORN CARE .......................................................... 17
  OBESITY TREATMENT .................................................. 17
  ABORTIONS .................................................................... 17
  VOLUNTARY STERILIZATIONS ..................................... 17
  TRANSPLANTS ............................................................... 17
  OBSTETRICS .................................................................. 18
  NURSE-MIDWIVES ......................................................... 18
  BIRTHING CENTERS ...................................................... 18
  ORAL SURGERY ............................................................. 19
  BREAST RECONSTRUCTION FOLLOWING MASTECTOMY ............ 19
  ACUPUNCTURE .............................................................. 19
  AMOUNTS EXCEEDING OTHER BENEFITS .................. 19

ROUTINE PREVENTIVE CARE BENEFIT ................................................ 19

CHIROPRACTIC CARE BENEFIT ........................................................... 20

TEMPOROMANDIBULAR JOINT DYSFUNCTION BENEFIT ...................... 20

PRESCRIPTION DRUG BENEFIT .......................................................... 20
 PRESCRIPTION DRUG CARD PROGRAM ....................... 20
 PHARMACY SERVICE BY MAIL PROGRAM ...................... 21
 DRUGS COVERED ............................................................ 21
 EXCLUSIONS .................................................................... 21

GENERAL PLAN EXCLUSIONS AND LIMITATIONS ................................ 22

EFFECTIVE DATE OF COVERAGE ....................................... 22
WAR OR ARMED FORCES SERVICE ................................... 22
WORKER'S COMPENSATION ............................................. 22
LEGAL OBLIGATION TO PAY CHARGES ............................. 22
U.S. GOVERNMENT HOSPITALS ....................................... 22
ILLEGAL ACTS ................................................................... 23
SELF-INFLICTED INJURIES ................................................ 23
NON-MEDICAL SERVICES, SUPPLIES, ETC. ...................... 23
COSMETIC PROCEDURES ................................................. 23
CHARGES ABOVE USUAL AND CUSTOMARY ................... 23
NON-ACCEPTED TREATMENT & PROCEDURES NOT MEDICALLY NECESSARY ............ 23
PROVIDER RELATED TO COVERED PERSON ..................... 24
TRAVEL TO FOREIGN COUNTRIES FOR SPECIFIC TREATMENT ................... 24
REST CARE OR TREATMENT NOT CONNECTED WITH INJURY OR ILLNESS ............ 24
PHYSICIAN NOT PRESENT .................................................. 24

| TABLE OF CONTENTS | |
|---|---|
| **SECTION** | **PAGE** |

## GENERAL PLAN EXCLUSIONS AND LIMITATIONS, cont.

VISION; HEARING ............................................................................................ 24
INFERTILITY ................................................................................................... 24
NON-PROFESSIONAL NURSING SERVICES ............................................... 25
REVERSAL OF STERILIZATION .................................................................... 25
WEEKEND HOSPITAL ADMITTANCE ............................................................ 25
DENTAL .......................................................................................................... 25
MISSED APPOINTMENTS .............................................................................. 25
COMPLETION OF CLAIM FORMS .................................................................. 25
OVER-THE-COUNTER PRODUCTS ............................................................... 25
SEXUAL TRANSFORMATIONS, IMPLANTS ................................................. 25
ELECTIVE ABORTIONS .................................................................................. 26
ORTHOPTICS; VISUAL TRAINING ................................................................ 26
SURROGATE PREGNANCY ........................................................................... 26
CORRECTIONAL INSTITUTIONS ................................................................... 26
FREE SCHOOL-PROVIDED SPECIAL EDUCATION SERVICES ................... 26
FEES AND TAXES .......................................................................................... 26
NICOTINE ABUSE .......................................................................................... 26
EXPERIMENTAL; INVESTIGATIONAL ........................................................... 26

**ELIGIBILITY AND PARTICIPATION** ........................................................... 27

SCHEDULE FOR ELIGIBILITY AND PARTICIPATION .................................. 27
    PARTICIPANT ELIGIBILITY REQUIREMENTS .......................................... 27
    PARTICIPANT EFFECTIVE DATE .............................................................. 27
    EMPLOYER-PROVIDED EXTENSIONS OF PARTICIPATION .................... 27
    ANNUAL OPEN ENROLLMENT PERIOD .................................................... 27
    REINSTATEMENT - TERMINATION OF EMPLOYMENT ............................ 27
    REINSTATEMENT - OTHER THAN TERMINATION OF EMPLOYMENT ....... 27

INITIAL REQUIREMENTS ............................................................................... 28
    PARTICIPANT ELIGIBILITY ....................................................................... 28
    PARTICIPANT ENROLLMENT .................................................................... 28
    DEPENDENT ELIGIBILITY ......................................................................... 29
    DEPENDENT ENROLLMENT ...................................................................... 29
    COURT OR STATE INITIATED QUALIFIED MEDICAL CHILD SUPPORT ORDERS ........ 31

SWITCHING COVERAGE STATUS .................................................................. 32

PARTICIPANT CONTRIBUTION ...................................................................... 33

ANNUAL OPEN ENROLLMENT PERIOD ........................................................ 33

MEDICARE ...................................................................................................... 33

| TABLE OF CONTENTS | |
|---|---|

| SECTION | PAGE |
|---|---|

ELIGIBILITY AND PARTICIPATION, cont.

TERMINATION OF COVERAGE ............................................................... 33
    PARTICIPANT TERMINATION .......................................................... 33
    REINSTATEMENT - TERMINATION OF EMPLOYMENT ................... 34
    REINSTATEMENT - OTHER THAN TERMINATION OF EMPLOYMENT ...... 34
    REINSTATEMENT - ACTIVE MILITARY SERVICE ............................. 35
    DEPENDENT TERMINATION ........................................................... 35

EXTENSIONS OF PARTICIPATION ........................................................ 35
    EMPLOYER-PROVIDED EXTENSIONS OF PARTICIPATION ............. 36
        MEDICAL LEAVE EXTENSION .................................................. 36
        APPROVED LEAVE OF ABSENCE EXTENSION ......................... 36
        LAY-OFF EXTENSION ............................................................... 36
    FAMILY & MEDICAL LEAVE ACT OF 1993 ("FMLA") ..................... 36
    COBRA EXTENSIONS OF PARTICIPATION ................................... 37

CERTIFICATES OF CREDITABLE COVERAGE ...................................... 41

PRE-EXISTING CONDITIONS ............................................................... 41
    EXCEPTION TO THE PRE-EXISTING CONDITION ......................... 42

GENERAL PROVISIONS ........................................................................ 42

COORDINATION OF BENEFITS ............................................................ 42
    DEFINITIONS - OTHER PLANS ..................................................... 43
    COORDINATION WITH OTHER COVERAGE FOR INJURIES ARISING OUT OF
        AUTOMOBILE ACCIDENTS ...................................................... 43
    PAYMENT PRIORITIES ................................................................. 44
    FACILITY OF PAYMENT ................................................................ 45
    COORDINATION WITH MEDICARE ............................................... 46
    PLAN REIMBURSEMENT AND SUBROGATION RIGHTS ................. 46
    PROVISIONAL PAYMENT OF DISPUTED CLAIM ........................... 47

CLAIMS PROCEDURE .......................................................................... 48
    NOTICE AND PROOF OF CLAIM ................................................... 48
    EXAMINATION ............................................................................. 48
    INITIAL DECISION ........................................................................ 48
    APPEAL OF DENIAL ..................................................................... 48
    FINAL DECISION .......................................................................... 49
    LEGAL PROCEEDINGS ................................................................ 49

PLAN ADMINISTRATOR ....................................................................... 49

AMENDMENTS AND TERMINATION ..................................................... 49

## TABLE OF CONTENTS

SECTION                                                                    PAGE

GENERAL PROVISIONS, cont.

MISCELLANEOUS ........................................................................... 50
    FREE CHOICE OF PHYSICIAN .............................................. 50
    WORKER'S COMPENSATION NOT AFFECTED ..................... 50
    CONFORMITY WITH LAW ......................................................... 50
    THE OMNIBUS BUDGET RECONCILIATION ACT OF 1993 (OBRA 1993) ............ 50
    FAILURE TO ENFORCE ........................................................... 50
    STATEMENTS ........................................................................... 50
    NO ORAL MODIFICATIONS ..................................................... 50
    NO VESTING ............................................................................. 51
    NON-ASSIGNABILITY ............................................................... 51
    NO EMPLOYMENT RIGHTS ..................................................... 51
    COVERED PERSONS' RIGHTS ............................................... 51
    ACTS OF PROVIDERS ............................................................. 51
    RECOVERY OF OVERPAYMENT ............................................ 52

DEFINITIONS ........................................................................................ 52

    ACCIDENT; ACCIDENTAL ....................................................... 52
    ACTIVE EMPLOYEE; ACTIVE EMPLOYMENT ..................... 52
    ACTIVELY AT WORK ............................................................... 52
    ADDICTIONS TREATMENT (ALCOHOLISM, DRUG ABUSE AND SUBSTANCE ABUSE) ...... 52
    ANNUAL OPEN ENROLLMENT PERIOD ............................... 52
    BEHAVIORAL CARE ................................................................. 53
    BIRTHING CENTER ................................................................. 53
    CALENDAR YEAR ................................................................... 54
    CERTIFIED REGISTERED NURSE ANESTHETIST ............... 54
    CHANGE IN FAMILY STATUS ................................................ 54
    CLAIM ADMINISTRATOR ........................................................ 54
    CLOSE RELATIVE ................................................................... 55
    COBRA ..................................................................................... 55
    CODE ........................................................................................ 55
    CONVALESCENT NURSING FACILITY .................................. 55
    CONVALESCENT PERIOD ...................................................... 55
    COSMETIC PROCEDURE ....................................................... 56
    COVERED EXPENSES ............................................................ 56
    COVERED PERSON ................................................................ 56
    CREDITABLE COVERAGE ...................................................... 56
    CUSTODIAL CARE .................................................................. 57
    DEDUCTIBLE ........................................................................... 57
    DEPENDENT ............................................................................ 57
    DEPENDENT COVERAGE ....................................................... 58
    DURABLE MEDICAL EQUIPMENT ......................................... 58
    EMPLOYEE .............................................................................. 59
    EMPLOYER .............................................................................. 59
    ENROLLMENT DATE .............................................................. 59

| TABLE OF CONTENTS | |
|---|---|
| SECTION | PAGE |

DEFINITIONS, cont.

ERISA ........................................................................................................ 59
EXPERIMENTAL; INVESTIGATIONAL ...................................................... 59
FAMILY ..................................................................................................... 60
FAMILY & MEDICAL LEAVE ACT OF 1993 (FMLA) ................................. 60
FULL-TIME EMPLOYMENT ........................................................................ 60
FULL-TIME STUDENT ............................................................................... 60
HIPAA ....................................................................................................... 60
HOME HEALTH CARE AGENCY ............................................................... 60
HOSPICE ................................................................................................... 61
HOSPICE BENEFIT PERIOD ...................................................................... 61
HOSPITAL ................................................................................................. 61
ILLNESS .................................................................................................... 61
IN-NETWORK PROVIDERS ....................................................................... 62
INJURY ...................................................................................................... 62
INPATIENT ................................................................................................ 62
INTENSIVE CARE UNIT ............................................................................ 62
LICENSED PRACTICAL NURSE ................................................................ 62
LIFETIME ................................................................................................... 62
MEDICALLY NECESSARY .......................................................................... 63
MEDICARE ................................................................................................ 64
MENTAL ILLNESS OR DISORDER & FUNCTIONAL NERVOUS DISORDER ......................... 64
MOTOR VEHICLE ..................................................................................... 64
NEWBORN ................................................................................................ 64
NURSE PRACTITIONER; NURSE CLINICIAN; CLINICAL NURSE SPECIALIST ..................... 64
NURSE-MIDWIFE ...................................................................................... 64
OBESITY .................................................................................................... 64
OCCUPATIONAL THERAPY ...................................................................... 65
OMNIBUS BUDGET RECONCILIATION ACT OF 1993 (OBRA 1993) ....... 65
ORTHOPTICS; VISUAL TRAINING ............................................................ 65
ORTHOTIC/PROSTHETIC APPLIANCE ...................................................... 65
OUTPATIENT ............................................................................................. 65
OUTPATIENT ADDICTIONS TREATMENT FACILITY ................................. 65
OUTPATIENT BEHAVIORAL CARE FACILITY ........................................... 65
PARTICIPANT ............................................................................................ 66
PARTICIPANT COVERAGE ........................................................................ 66
PHYSICAL THERAPY ................................................................................. 66
PHYSICIAN ................................................................................................ 66
PHYSICIAN'S ASSISTANT .......................................................................... 66
PLAN ......................................................................................................... 66
PLAN ADMINISTRATOR ........................................................................... 66
PLAN YEAR ............................................................................................... 67
PRE-EXISTING CONDITION ...................................................................... 67
PREGNANCY ............................................................................................. 67
PSYCHOLOGIST ....................................................................................... 67
QUALIFIED MEDICAL CHILD SUPPORT ORDER ("QMCSO") ................... 67

| TABLE OF CONTENTS | |
|---|---|
| **SECTION** | **PAGE** |

**DEFINITIONS**, cont.

REGISTERED NURSE ........................................................................ 68
ROOM AND BOARD ......................................................................... 68
ROUTINE ........................................................................................... 68
SEMI-PRIVATE .................................................................................. 68
SPECIAL ENROLLMENT PERIOD ..................................................... 68
SPEECH THERAPY ........................................................................... 68
TOTAL DISABILITY; TOTALLY DISABLED ......................................... 68
USUAL AND CUSTOMARY ............................................................... 69
UTILIZATION REVIEW FIRM .............................................................. 69

**YOUR RIGHTS UNDER ERISA** ............................................................ 70

**RULES OF CONSTRUCTION** .............................................................. 71

## INTRODUCTION

**KIOWA CORPORATION** has established the Health Benefits Plan for Employees of *Kiowa Corporation* as a self-funded employer group health plan under ERISA in order to provide certain benefits for certain Employees and their eligible Dependents. *Kiowa Corporation* executes this document, including any future addenda, to establish this Plan for the exclusive benefit of its participating Employees and their Dependents. This document is also considered to be the Summary Plan Description and is intended to explain the Plan. Please read this document carefully and acquaint your Family with its provisions.

The existence of the Plan does not grant you any legal right to continue employment with *Kiowa Corporation* (the "Employer") or affect the right of the Employer to terminate employment.

This Plan is not an arrangement whereby each enrollee is covered by insurance. Instead, claims are paid by the Employer. The Employer may purchase insurance to protect itself against large claims. However, if for some reason the medical expenses that are eligible for payment under the Plan are not paid, the individuals covered by the Plan could ultimately be responsible for those expenses.

For the purposes of this Plan, the term "Participant" refers to the individual Employee (you). The term "Covered Person" refers to you or to your eligible Dependents, as applicable.

### NAMED FIDUCIARY AND PLAN ADMINISTRATOR

The Named Fiduciary and Plan Administrator is **KIOWA CORPORATION.** The Plan Administrator shall have the authority and discretion to control and manage the operation and administration of the Plan. The Plan Administrator may delegate responsibilities for the operation and administration of the Plan.

### CLAIM ADMINISTRATOR

The Claim Administrator of the Plan is **ADMINISTRATION SYSTEMS RESEARCH CORPORATION INTERNATIONAL ("ASR").** The Claim Administrator shall only have the responsibilities delegated to it in writing in an Administration Agreement or other written agreement. The Claim Administrator is not a fiduciary.

The Claim Administrator processes claims and does not insure that any medical expenses of Covered Persons will be paid.

### EMPLOYER'S OBLIGATIONS

The Employer shall pay all benefits and expenses of the Plan from its general assets. The Employer does not establish a separate fund for the payment of Plan benefits.

## OTHER BASIC INFORMATION ABOUT THE PLAN

| | |
|---|---|
| *1. Plan Name:* | Health Benefit Plan for **KIOWA CORPORATION** |
| *2. Employer/Plan Sponsor/ Plan Administrator:* | Kiowa Corporation 610 South 12th Avenue P.O. Box 657 Marshalltown, Iowa  50158 (641) 753-5566 |
| *3. Employer Identification No.:* | 42-0359490 |
| *4. ERISA Plan Number:* | 501 |
| *5. Group Number:* | G-679 |
| *6. Type of Plan:* | Welfare Benefit Plan providing medical benefits |
| *7. Claim Administrator:* | Administration Systems Research Corporation International P.O. Box 6392 Grand Rapids, Michigan  49516-6392 (616) 957-1751 or (800) 968-2449 |
| *8. Type of Administration:* | Benefits are administered by the Claim Administrator pursuant to a contract with the Employer/Plan Administrator |
| *9. Agent for Service of Legal Process:* | President or Business Manager Kiowa Corporation 610 South 12th Avenue P.O. Box 657 Marshalltown, Iowa  50158

Service of process may be made upon the Plan Administrator. |
| *10. Effective Date of Plan:* | **November 1, 2000** |
| *11. Plan Year:* | February 1 through January 31, although the Calendar Year is used for many benefit limitations. |

**_PLEASE NOTE_:  THIS PLAN DOCUMENT & SUMMARY PLAN DESCRIPTION DESCRIBES THE CIRCUMSTANCES WHEN THE PLAN PAYS FOR HEALTH CARE. THERE MAY BE CIRCUMSTANCES WHEN YOU AND YOUR PHYSICIAN DETERMINE THAT HEALTH CARE IS APPROPRIATE BUT WHICH ARE NOT COVERED BY THIS PLAN.  REMEMBER THAT ALL DECISIONS REGARDING YOUR HEALTH CARE ARE UP TO YOU AND YOUR PHYSICIAN.**

## HOW TO FILE A MEDICAL CLAIM

Please submit itemized copies of any bills that have been incurred to our Claim Administrator, ADMINISTRATION SYSTEMS RESEARCH CORPORATION INTERNATIONAL (ASR). ASR's address is:

P.O. Box 6392
Grand Rapids, Michigan 49516-6392
(616) 957-1751, or (800) 968-2449

If the claim is for an Injury, additional information will be required in order to proceed with processing. When submitting the initial bills, please attach a written statement detailing how, when, and where the Injury was received. Failure to provide this information may delay the timely processing of the claim.

## CLAIMS HANDLING

Complete and proper claims for benefits made by Covered Persons will be promptly processed but in the event there are delays in processing claims, Covered Persons shall have no greater rights to interest or other remedies against the Claim Administrator than as otherwise afforded by law.

All information will be reviewed promptly. The Plan Administrator or ASR may request missing or additional data if needed. The Plan Administrator or ASR reserves the right to require an original claim form or billing statement.

In order for any bill to be considered, the bill must be complete. Make sure that the bill shows the patient's full name, the date that services were rendered or purchases made, the diagnosis, the type of care or supply received, and the cost per item.

Generally, the provider of service (Hospital, Physician, laboratory, etc.) will be automatically reimbursed unless proof of prior payment is submitted when the claim is filed. Once a claim is processed, ASR will, acting on behalf of the Plan Administrator, send the Employer or the Covered Person a check for the amount due and/or an "Explanation of Benefits" that is issued to others on behalf of the Covered Person. The Plan Administrator reserves the right to pay the approved portion directly to the Covered Person. ASR will also send the Covered Person an explanation of what each benefit paid and did not pay. Be sure to check for amounts that the Covered Person may be responsible for paying.

Try to keep copies of all bills and to submit expense claims to ASR as soon as each bill is received, even if the Deductible has not yet been met. Please read this booklet before a claim occurs, because certain expenses are not covered under the Plan. If you have any questions, be sure to ask the Employer or ASR.

| BENEFITS |
|---|

(Benefits are described and are subject to the terms and conditions set forth in the pages which follow. In-Network benefits are based on Network-contracted rates. Out-of-Network benefits are based on Usual and Customary charges.)

### SCHEDULE OF MEDICAL BENEFITS

<u>IMPORTANT!!</u>   IF A COVERED PERSON RECEIVES ELIGIBLE TREATMENT AT AN IN-NETWORK FACILITY, ANY ANESTHESIOLOGY, PATHOLOGY, OR RADIOLOGY CHARGES WILL BE PAID AT THE IN-NETWORK BENEFIT PERCENTAGE, EVEN IF THOSE SERVICES WERE PERFORMED BY OUT-OF-NETWORK PROVIDERS.

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **_COMPREHENSIVE MEDICAL_** | | |
| ▪ Calendar Year Deductible per Covered Person (In-Network and Out-of-Network services combined); waived for services incurred between November 1, 2000 and December 31, 2000 | $150.00 | |
| ▪ Calendar Year Deductible per Family (In-Network and Out-of-Network services combined); waived for services incurred between November 1, 2000 and December 31, 2000 | $300.00 | |
| ▪ Benefit Percentage Paid (All Covered Expenses, unless specifically stated otherwise) | 90% after Deductible until the Maximum Out-of-Pocket is satisfied, then 100% to the end of the Calendar Year | 80% after Deductible until the Maximum Out-of-Pocket is satisfied, then 100% to the end of the Calendar Year |
| ▪ Maximum Out-of-Pocket for Comprehensive Medical Covered Expenses per Covered Person per Calendar Year (In-Network and Out-of-Network services combined) | $500.00* | |
| ▪ Maximum Out-of-Pocket for Comprehensive Medical Covered Expenses per Family per Calendar Year (In-Network and Out-of-Network services combined) | $1,000.00* | |

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|

### *COMPREHENSIVE MEDICAL*, cont.

*Includes Deductible and benefit percentage only. Does not include co-payments of any type or expenses that either constitute a penalty for non-compliance, exceed the Usual and Customary charge allowed by the Plan, exceed the limits in the Schedule of Benefits, are subject to the Pre-Existing Conditions limitation, or are otherwise excluded under the provisions of the Plan.

| | | |
|---|---|---|
| **HOSPITAL** | 90% after Deductible | 80% after Deductible |
| ▪ Mandatory Hospital Certification<br>  Penalty For Noncompliance | Required<br>First $250.00 of charges from Hospital confinement | Required<br>First $250.00 of charges from Hospital confinement |
| ▪ Room and Board | Network-contracted rate | Semi-Private rate |
| ▪ Intensive Care Unit/Cardiac Care Unit | Network-contracted rate | Usual and Customary rate |

Charges for the services of an emergency room Physician will be paid at the In-Network benefit percentage if services are rendered at an In-Network Hospital, or at the Out-of-Network benefit percentage if services are rendered at an Out-of-Network Hospital.

| | | |
|---|---|---|
| **BEHAVIORAL CARE** *(Includes Mental/Nervous and Addictions Treatment)* | 90% after Deductible | 80% after Deductible |
| ▪ *Outpatient and Intensive Outpatient Care* | | |
| Maximum number of counseling sessions allowed per Covered Person per Calendar Year (In-Network and Out-of-Network services combined) | Thirty (30) sessions | |

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **BEHAVIORAL CARE**, cont. | | |
| ▪ *Inpatient and Partial Hospitalization Care* | | |
| Maximum number of treatment days allowed per Covered Person per Calendar Year (In-Network and Out-of-Network services combined) | Thirty (30) days | |
| Lifetime maximum benefit paid per Covered Person for all Addictions Treatment care (In-Network and Out-of-Network services combined) | $7,500.00 | |

**NOTE:**

1) Services provided by counselors or therapists who are certified or licensed as social workers, Psychologists, or Clinical Nurse Specialists and who have a Masters degree or its equivalent in psychology, counseling education counseling psychology, social work, or psychiatric nursing are covered under the Plan. Addictions Treatment care may also be rendered by an Addictions Treatment counselor who is certified and licensed by the State in which they practice.

2) A Covered Person must complete the prescribed Inpatient or Partial Hospitalization Addictions Treatment program in order for charges related to such care to be eligible for benefits.

3) Eligible Behavioral Care benefits will not apply toward the Comprehensive Medical Out-of-Pocket Maximum and will always be paid at the Behavioral Care benefit percentage.

| | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **OUTPATIENT PHYSICIAN VISITS** *(includes office visits and immediate care center visits)* | 90%; Deductible waived | 80% after Deductible |
| **SURGERY CHARGES** *(includes anesthesia and assistant surgeon fees)* | | |
| ▪ If performed in a Physician's office | 90%; Deductible waived | 80% after Deductible |
| ▪ If performed elsewhere | 90% after Deductible | 80% after Deductible |

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **ROUTINE PREVENTIVE CARE** | 90%; Deductible waived | 80% after Deductible |
| ▪ Maximum benefit paid per Covered Person per Calendar Year (In-Network and Out-of-Network services combined | $250.00 | |

Charges for Routine Immunizations are not subject to the maximum benefit shown above.

| | | |
|---|---|---|
| **CHIROPRACTIC CARE** | | |
| ▪ *Office Visits* | 90%; Deductible waived | 80% after Deductible |
| ▪ *Diagnostic X-rays* | 90%; Deductible waived | 80% after Deductible |
| ▪ *Other Covered Services* | 90% after Deductible | 80% after Deductible |
| ▪ Maximum charge allowed for all chiropractic x-rays per Covered Person per Calendar Year (In-Network and Out-of-Network services combined) | $200.00 | |
| ▪ Maximum benefit paid per Covered Person per Calendar Year for all covered chiropractic care services (In-Network and Out-of-Network services combined) | $500.00 | |
| **ALLERGY SERVICES** *(includes testing, injections, and serum)* | 90%; Deductible waived | 80% after Deductible |
| **DIAGNOSTIC X-RAY & LABORATORY** | 90%; Deductible waived | 80% after Deductible |

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| *TMJ (TEMPOROMANDIBULAR JOINT DYS-FUNCTION)* | Paid the same as any other illness; benefit percentage depends upon the type of service rendered | |

- Lifetime maximum benefit paid per Covered Person (In-Network and Out-of-Network services combined) — $500.00

The Plan will also allow for charges for surgery if all other means of generally accepted treatment have been exhausted.

## PRESCRIPTION DRUGS

- *Claimspro Prescription Drug Card Program*

  Co-payment per generic prescription drug — $4.00

  Co-payment per brand name prescription drug — $8.00

  If an eligible prescription is filled at a Claimspro "Preferred" pharmacy, the Covered Person will only be responsible for the co-payment amount when purchasing the drug. If an eligible prescription is filled at a pharmacy other than a Claimspro "Preferred" pharmacy, the Covered Person must pay the purchase price in full and then must submit the expense directly to Claimspro for reimbursement.

- *PharmaCare Direct Pharmacy Service By Mail Program*

  Co-payment per generic prescription drug — $4.00

  Co-payment per brand name prescription drug — $8.00

**NOTE:**

1) Generic drugs will be dispensed unless the prescribing Physician requests "Dispense as Written" ("DAW") or a generic equivalent is not available. If an available generic equivalent is refused and the prescribing Physician has not requested DAW, the Covered Person will be required to pay the applicable co-payment **plus** the difference in price between the brand name drug and its generic equivalent.

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| *PRESCRIPTION DRUGS*, cont. | | |

2) The Pharmacy Services by Mail Benefit is specifically designed to provide the Covered Person with maintenance drugs for up to and including a ninety (90) day supply.

*PRE-EXISTING CONDITIONS*

Claims for Pre-Existing Conditions are excluded from coverage as stated on page 41.

| | | |
|---|---|---|
| *LIFETIME MAXIMUM BENEFIT PAID PER COVERED PERSON FOR ALL COVERED MEDICAL EXPENSES (IN-NETWORK AND OUT-OF-NETWORK SERVICES COMBINED)* | $2,000,000.00 | |

## GENERAL BENEFIT PROVISIONS

In order for the Plan to pay any benefits, all of the following requirements must be met:

A.   An expense must be incurred by a Covered Person while this Plan is effective and the Covered Person participates in the Plan.  Unless otherwise provided in the Plan, a Covered Expense, loss, charge, or claim is incurred on the date on which services or materials are provided.

B.   The Covered Person must follow the claim procedures of this Plan.

C.   The benefit must be one of the benefits described in this Plan, including all causation limitations and including Deductibles, maximum limits and caps, benefit percentages and all other payment limitations within the benefit.

D.   The expense incurred by a Covered Person must be a Covered Expense payable under a benefit described in the Plan or a charge expressly covered by a benefit in the Plan.

E.   The expense will be paid or reimbursed only to the extent that it is based on either a contracted schedule or on the Plan's Usual and Customary fee limitations, and is submitted with appropriate procedural and diagnostic codes for the service(s) rendered.

F.   The expense must not be excluded or in excess of a limitation as provided in the General Plan Exclusions and Limitations section and/or the Pre-Existing Conditions section.

G. The expense must not be payable or reimbursable by another plan whose coverage is primary to the coverage of this Plan, as provided in the Coordination of Benefits section.

## UTILIZATION OF IN-NETWORK PROVIDERS

The Plan has entered into an agreement with a network of Physicians, Hospitals and other medical providers ("In-Network Providers") who have agreed to provide health care at discounted fees. For Covered Persons who use In-Network Providers, this option works in tandem with the traditional coverage under the Plan by giving those Covered Persons the opportunity to reduce their out-of-pocket expenses. Covered Persons will be given the names of Physicians, Hospitals and other medical providers available in their area who have agreed to be In-Network Providers. If a Covered Person chooses to be treated by an In-Network Provider, payment of charges for eligible benefits under the Plan will be made at the corresponding percentage stated in the Schedule of Benefits and will be subject to the co-payment(s) stated in the Schedule of Benefits. The In-Network co-payment will not apply toward the Comprehensive Medical Out-of-Pocket Maximum.

Medical treatment is solely a decision between a Covered Person and their Physician. Any Physician, Hospital, or other medical provider that has agreed to participate as an In-Network Provider is contracted and screened by the network, not the Employer, the Plan Administrator, the Claim Administrator or the Utilization Review Firm.

While the Plan may provide different levels of benefits depending on the Covered Person's choice of provider, neither the Plan Administrator nor the Claim Administrator endorse one licensed medical provider over another. Increased benefit levels applicable to In-Network Providers are based solely upon negotiated fees or discounts.

## MANDATORY HOSPITAL ADMISSION CERTIFICATION

If a Covered Person is scheduled for <u>any</u> Hospital confinement, that Hospital stay must be reviewed.

A COVERED PERSON <u>MUST</u> CALL HHS HEALTH OPTIONS, THE UTILIZATION REVIEW FIRM, <u>PRIOR</u> TO A NON-EMERGENCY HOSPITAL ADMISSION OR WITHIN FORTY-EIGHT (48) HOURS FOLLOWING AN EMERGENCY ADMISSION TO THE HOSPITAL:

### CALL HHS HEALTH OPTIONS AT (616) 956-9440 OR 1-800-634-2712 TO CONDUCT THE "HOSPITAL ADMISSION CERTIFICATION".

In case of a medical emergency, the Covered Person or a member of the Covered Person's family must telephone within <u>forty-eight (48) hours</u> following admission to the Hospital.

*PENALTY FOR NON-COMPLIANCE*

There is a substantial penalty for not telephoning <u>prior</u> to a scheduled Hospital confinement, or within <u>forty-eight (48) hours</u> following an emergency confinement.

If a Covered Person fails to comply with this mandatory Plan provision, the Covered Person, not the Plan, must pay the penalty for non-compliance specified in the Schedule of Benefits or, if less, the amount of Covered Expenses resulting from the cause for the Hospital confinement.

The payment of this penalty for non-compliance will <u>not</u> be applied toward the satisfaction of the Deductible and benefit percentage maximum amount.

Completion of the Hospital Admission Certification does not guarantee payment. Payment is subject to the Plan Administrator's determination of eligibility and coverage.

Certification decisions made by the Utilization Review Firm may be reviewed by the Utilization Review Firm. The appeals process used by the Utilization Review Firm may differ from the appeals process outlined in the Plan. The Utilization Review Firm should be contacted <u>immediately</u> upon receiving notification of a decision on which an appeal will be filed so that all appeals requirements and deadlines may be communicated.

## BEHAVIORAL CARE BENEFIT

Eligible charges for Behavioral Care treatment are covered at the percentage shown in the Schedule of Benefits if the following requirements are met:

A.    The Covered Person's diagnosis must be specifically classified by reference to the most current version of the International Classification of Diseases published by the U.S. Department of Health and Human Services.

B.    If the Covered Person's condition is not considered subject to improvement by generally accepted standards, charges for subsequent evaluation and diagnosis of that condition are not covered.

C.    The care must fall into one of the following categories:

1.    Individual psychotherapy;
2.    Family counseling for members of the Covered Person's Family;
3.    Group Therapy;
4.    Psychological testing by a Psychologist; or
5.    Electroshock therapy.

Behavioral Care services may be rendered in any combination of the following intensities:

A.    Inpatient admission.

B.    Partial Hospitalization care (a day program consisting of at least five (5) sessions per day for at least five (5) days per week). A Partial Hospitalization

program is an alternative to an Inpatient treatment program. The treatment categories included in a Partial Hospitalization treatment program may include treatment categories that are provided in a Physician's office, Outpatient Behavioral Care Facility, Behavioral Care Hospital Outpatient department, or an extension of a Behavioral Care Hospital.

C.     Intensive Outpatient care (a day program consisting of less than five (5) sessions per day or less than five (5) days per week). The treatment categories included in an Intensive Outpatient treatment program may include treatment categories that are provided in a Physician's office, Outpatient Behavioral Care Facility, Behavioral Care Hospital Outpatient department, or an extension of a Behavioral Care Hospital.

D.     Outpatient therapy (periodic visits ranging from one (1) session per week to one (1) session per month).

Eligible prescription drugs prescribed for Behavioral Care purposes will be covered under the Prescription Drug benefit and will not be subject to any of the limitations or maximums of the Behavioral Care benefit.

No Behavioral Care benefits are provided for treatment of nicotine addiction.

## COMPREHENSIVE MEDICAL EXPENSE BENEFIT

### BENEFIT PERCENTAGE AND DEDUCTIBLE

Generally, the Plan will pay the percentage stated in the Schedule of Benefits for the amount stated in the Schedule of Benefits, except that the Covered Person or Family, not the Plan, must first pay the amounts necessary to satisfy the Deductibles listed in the Schedule of Benefits. In no event shall the amount payable exceed the Maximum Lifetime Benefit stated in the Schedule of Benefits.

The Deductibles apply to the Covered Expenses of each Calendar Year. An individual Deductible need be satisfied only once per Calendar Year, regardless of the number of Illnesses, except that once a Family has exceeded the Family Deductible, any remaining Deductibles for individuals within the Family need no longer be met. In no event shall the maximum Deductible for any one (1) Covered Person exceed the amount stated in the Schedule of Benefits; no individual within a Family will be allowed to satisfy "extra" Deductibles in order to fulfill the Family Deductible. Amounts paid to satisfy any Deductible during the last three (3) months of a Calendar Year will be applied toward the satisfaction of Deductibles for the next Calendar Year.

### ALLOCATION AND APPORTIONMENT OF BENEFITS

The Plan Administrator may allocate the Deductible amount to any eligible charges and apportion the benefits to the Covered Person and any assignees. The allocation and apportionment shall be conclusive and shall be binding upon the Covered Person and all assignees.

## CHANGES IN COVERAGE

If a change in the coverage of a Covered Person that would otherwise increase the Lifetime maximum benefit applicable to the Covered Person becomes effective in accordance with the terms of the Plan, that increase shall not apply with respect to the Comprehensive Medical Expense Benefits applicable to the Covered Person until the first day on which the Participant is Actively At Work, or on the first day that the Dependent is not confined in a Hospital.

If a change in the coverage of a Covered Person that would otherwise decrease the Lifetime maximum benefit applicable to the Covered Person becomes effective in accordance with the terms of the Plan, that decrease shall apply immediately with respect to the Comprehensive Medical Expense Benefits applicable to the Covered Person.

## COVERED CHARGES

In order to be eligible for benefits under this section, charges actually incurred by a Covered Person must be administered or ordered by a Physician and be Medically Necessary for the diagnosis and treatment of an Illness or Injury, unless otherwise specifically covered.

Covered charges include the following:

A.   _Hospital Charges_

Charges made by a Hospital for:

1.   Daily Room and Board and general nursing services or confinement in an Intensive Care Unit, not to exceed the applicable maximum limits shown in the Schedule of Benefits, including nursery charges for a Newborn Dependent.  Charges made by a Hospital having only private rooms will be allowable at ninety percent (90%) of the private room rate.

2.   Necessary services and supplies other than Room and Board furnished by the Hospital, including Inpatient miscellaneous service and supplies, Outpatient Hospital treatments for chronic conditions and emergency room use, Physical or Occupational Therapy treatments, hemodialysis, and x-ray therapy.  Charges incurred for miscellaneous services and supplies by a Newborn Dependent will be covered.

NOTE:  The Plan may not, under federal law, restrict benefits for any Hospital length of stay in connection with childbirth for the mother or Newborn child to less than forty-eight (48) hours following a normal vaginal delivery, or less than ninety-six (96) hours following a caesarean section. However, pursuant to federal law, the Plan generally does not prohibit the mother's or Newborn's attending provider, after consulting with the mother, from discharging the mother or Newborn earlier than forty-eight (48) hours (or ninety-six (96) hours, as applicable). In any case, the Plan may not require that a provider obtain authorization

from the Plan for prescribing a length of stay not in excess of the above periods.

B.    *Hospice Charges*

Charges made by a Hospice during a Hospice Benefit Period for:

1.    Nursing care by a Registered Nurse, or a Licensed Practical Nurse, vocational nurse or public health nurse who is under the direct supervision of a Registered Nurse.

2.    Physical Therapy, Occupational Therapy and Speech Therapy, when rendered by a licensed therapist.

3.    Medical supplies, including drugs and biologicals, and the use of medical appliances.

4.    Physician's services.

5.    Services, supplies, and treatments deemed Medically Necessary and ordered by a Physician.

C.    *Physician Services*

The services of a Physician for medical care including office visits, home visits, Hospital Inpatient care, Hospital Outpatient visits/exams, clinic care, surgical procedures to diagnose and treat Injuries and Illnesses, and surgical opinion consultations, unless specifically stated as a Covered Expense elsewhere in the Plan.

D.    *Nursing*

Fees of Registered Nurses or Licensed Practical Nurses for private duty nursing.

E.    *Physical/Occupational Therapy*

Treatment or services rendered by a licensed physical therapist or a licensed occupational therapist for Physical or Occupational Therapy in a home setting or at a facility or institution whose primary purpose is to provide medical care for an Illness or Injury.

F.    *Speech Therapy*

Fees of a legally qualified Physician or qualified speech therapist for restorative or rehabilitative Speech Therapy for speech loss or impairment due to an Illness or Injury (other than a Functional Nervous Disorder), or due to surgery performed because of an Illness or Injury.  If the speech loss or impairment is due to a congenital anomaly, surgery to correct the anomaly must have been performed prior to the therapy.

G.    *Ambulances*

Charges for professional ambulance service (ground and/or air) to a facility where emergency care or treatment is rendered. **Benefits will be payable at the In-Network percentage if the Covered Person is delivered to an In-Network facility, or at the Out-of-Network percentage if the Covered Person is delivered to an Out-of-Network facility.**

H.    *Blood Processing*

Charges for the processing and administration of blood or blood components, but not for the cost of the actual blood or blood components if replaced.

I.    *Oxygen & Other Gases*

Charges for oxygen and other gases and their administration.

J.    *Anesthesia*

Charges for the cost and administration of an anesthetic by a Physician and/or a Certified Registered Nurse Anesthetist.

K.    *X-ray & Laboratory*

Charges for x-rays, microscopic tests and laboratory tests.

L.    *Radiation Therapy & Chemotherapy*

Charges for radiation therapy and treatment, and for chemotherapy and treatment.

M.    *Medical Supplies*

Charges for dressings, casts, splints, trusses, braces, or other necessary medical supplies, with the exception of orthodontic braces or corrective shoes.

N.    *Durable Medical Equipment*

Charges for the rental of a wheelchair, hospital bed, iron lung or other Durable Medical Equipment required for temporary therapeutic use, or the purchase of this equipment if economically justified, whichever is less. Charges for maintenance and service necessary for the normal function of Durable Medical Equipment that has been purchased (but not on that which is being rented).

O.    *Home Health Care*

Charges made by a Home Health Care Agency for:

1.     Registered Nurses or Licensed Practical Nurses.

2.     Certified home health aides if Medically Necessary.

3.     Registered therapists performing Physical, Occupational, Speech or psychosocial therapy.

4.     Physician calls in the office, home, clinic or Outpatient department.

5.     Medications and medical supplies necessary for the treatment of the Covered Person that would have been provided in the Hospital, but not including meals normally prepared in the home.

6.     Rental of Durable Medical Equipment and, if approved by the Plan Administrator in advance, purchase of that equipment.

7.     Transportation to and from Physician, therapist, Outpatient facility, Hospital or other provider of treatment, including an ambulance (where the patient's condition mandates that utilization), ambucab (if the diagnosis makes automobile travel unsuitable), licensed taxi cab, or mileage for a driver approved by the Plan.

P.    *Orthotic/Prosthetic Appliances*

Charges for Orthotic or Prosthetic Appliances, artificial limbs, eyes or larynx, but not the replacement of these, unless the current Orthotic or Prosthetic Appliance, artificial limb, eye or larynx is not functional.

Q.    *Convalescent Care*

Charges made by a Convalescent Nursing Facility for the following services and supplies furnished by the facility during a Convalescent Period.  Only charges incurred in connection with convalescence from the Illness or Injury for which the Covered Person is confined will be eligible for benefits.  These charges include:

1.     Room and Board, including any charges made by the facility as a condition of occupancy, or on a regular daily or weekly basis, such as general nursing services.  However, admittance fees shall not be included in Room and Board and shall not be covered under the Plan. If private room accommodations are used, the daily Room and Board charge allowed will not exceed the facility's average Semi-Private charges or an average Semi-Private rate made by a representative cross section of similar institutions in the area.

2.     Medical services customarily provided by the Convalescent Nursing Facility.  Private duty or special nursing services and Physician's fees are not covered under this Benefit, but may be a Covered Expense elsewhere in the Plan.

3.   Drugs, biologicals, solutions, dressings and casts, furnished for use during the Convalescent Period, but no other supplies.

A Convalescent Period may be extended if approved as Medically Necessary by the Utilization Review Firm

R.   *Newborn Care*

Charges for the usual, ordinary and Routine care of a Newborn.

S.   *Obesity Treatment*

Charges for Medically Necessary treatment of Obesity are covered when:

1.   A co-morbid condition is present which is aggravated by Morbid Obesity; and

2.   A diagnosis of Morbid Obesity is given.

Charges from diet centers and diet counseling are not considered Eligible Expenses.

Medically Necessary surgical treatment of Morbid Obesity is covered only when all of the following requirements are satisfied:

1.   The Covered Person has received medically supervised conventional and less intrusive treatments, which include, but are not limited to diet/lifestyle changes and prescription drug therapy(ies).   The treatment must be preceded by a documented trial of at least six (6) months of diet/lifestyle weight reduction techniques, with or without prescription drug therapy(ies).  A psychological evaluation may be required prior to surgery; and

2.   Additional conventional and less intrusive treatment is not expected to result in any meaningful improvement in the Covered Person's condition.

T.   *Abortions*

Charges for Medically Necessary abortions and for complications due to abortions.

U.   *Voluntary Sterilizations*

Charges for voluntary sterilization of Participants and Dependent spouses.

V.   *Transplants*

Services and supplies in connection with organ and/or tissue transplant procedures, subject to the following conditions:

1.  The Plan Administrator may require additional information from Physicians to determine if benefits are excluded due to the experimental or investigational nature of some transplant procedures or are otherwise excluded under the Plan. The Plan Administrator may require the Covered Person to obtain a second opinion on whether the transplant procedure is Medically Necessary. A second opinion will be in accordance with the Second Surgical Opinion Benefit, if any.

2.  If the donor is a Covered Person under this Plan, the donor's Covered Expenses will be considered under this benefit on a secondary basis to the recipient's plan.

3.  If the recipient is a Covered Person under this Plan, the recipient's Covered Expenses are covered under this benefit.

4.  If the donor is not a Covered Person under this Plan but the recipient is, the donor's expenses will be covered under this benefit on a secondary basis to the donor's plan if the expenses are Covered Expenses (had the expenses been incurred by a Covered Person).

    Benefits paid to or on behalf of the donor by this paragraph are treated as though they were paid to the recipient for purposes of Deductibles, payment percentages, Calendar Year maximums and Lifetime maximums, etc.

5.  Covered Expenses include the cost of securing an organ from a cadaver or tissue bank, the surgeon's charge for removal of the organ, a Hospital's charge for storage or transportation of the organ, and charges for travel (including lodging and meals) when pre-authorized by the Plan Administrator.

W.  *Obstetrics*

Physician's charges for obstetrical services are paid on the same basis as for an Illness, including charges for the initial examination of a Newborn by a Physician, and the mother's pre-natal care. Benefits are provided for a Pregnancy of a Dependent child.

X.  *Nurse-Midwives*

Charges for a fully certified or licensed and insured Nurse-Midwife. Delivery must occur within a Hospital or Birthing Center with an OB/GYN Physician present in the facility. The Nurse-Midwife must have a formal written agreement with a Physician who is a specialist in obstetrics and gynecology for OB consultation and referral services.

Y.  *Birthing Centers*

Charges for services and supplies furnished by a Birthing Center to an eligible Covered Person for prenatal care, delivery, and postpartum care rendered within twenty-four (24) hours after delivery.

Z.   *Oral Surgery*

Charges incurred (1) for an alveolectomy, a gingivectomy or a vestibuloplasty, or for the removal of impacted or partially impacted teeth (no allowance for other extractions) on an Outpatient basis, or, if deemed to be Medically Necessary by the attending Physician, on an Inpatient basis, and (2) for treatment (excluding dentures and implants) required because of an Accidental bodily Injury to natural teeth. These expenses must be incurred within six (6) months of the date of Accident.

AA.   *Breast Reconstruction Following Mastectomy*

Charges for the following services related to breast reconstruction when performed in conjunction with a mastectomy:

1.   Reconstruction of the breast on which the mastectomy has been performed;

2.   Surgery and reconstruction of the other breast to produce a symmetrical appearance;

3.   Prostheses; and

4.   Treatment of physical complications relating to all stages of mastectomy, including lymphedemas.

Coverage will be provided in a manner determined in consultation with the Covered Person and his/her attending Physician.

BB.   *Acupuncture*

Charges for acupuncture performed as treatment for chronic pain, postoperative or chemotherapy-related nausea or vomiting, nausea associated with Pregnancy, postoperative dental pain (if the dental procedure was covered under the Plan), or as preoperative anesthesia. The acupuncture must be performed by an individual who is duly licensed by the state or regulatory agency responsible for licensing in the State in which the individual performs acupuncture services.

CC.   *Amounts Exceeding Other Benefits*

Charges in excess of maximum amounts paid by other benefits in this Plan, but only if those other benefit provisions expressly state that such charges may be considered under the Comprehensive Medical Expense Benefit.

## ROUTINE PREVENTIVE CARE BENEFIT

Charges for Routine preventive care for Covered Persons, including charges incurred for Routine medical examinations or Routine health check-ups provided by a Physician,

Physician's Assistant, or Nurse Practitioner, x-rays, laboratory tests, or immunizations not necessary for the treatment of an Injury or Illness are eligible under this benefit, as stated in the Schedule of Benefits. Covered charges (except those made for Routine immunizations) are limited to the maximum stated in the Schedule of Benefits.

## CHIROPRACTIC CARE BENEFIT

Charges for the services of a Physician who is a chiropractor for the diagnosis and treatment of an Injury or Illness, and for custodial and/or maintenance care, are covered by this Plan to the extent that these charges do not exceed the maximum(s) stated in the Schedule of Benefits. Eligible chiropractic services are limited to office visits (including spinal manipulations performed during the office visit), therapy treatments, and diagnostic spinal x-rays. Charges for support pillows, braces or any other type of equipment recommended or prescribed by a chiropractor are not covered under the Plan. Chiropractic charges are not covered by any other benefit in this Plan.

## TEMPOROMANDIBULAR JOINT DYSFUNCTION BENEFIT

Eligible charges for the diagnosis and treatment of Temporomandibular Joint Dysfunction are payable the same as any other Illness; the benefit percentage is determined by the type of service rendered. Benefits are limited to the maximum stated in the Schedule of Benefits. The Plan will also allow charges for surgery if all other means of generally accepted treatment have been exhausted; these charges will not be subject to the maximum stated in the Schedule of Benefits. Charges for orthodontic braces are not covered under this benefit.

## PRESCRIPTION DRUG BENEFIT

### PRESCRIPTION DRUG CARD PROGRAM

Charges for eligible drugs that are prescribed in writing by a Physician, Physician's Assistant, or Nurse Practitioner within the legally appointed scope of their license, and that are Medically Necessary for the treatment of an Illness or Injury, are covered by this benefit. Benefits are paid in excess of the co-payment per prescription listed in the Schedule of Benefits. This co-payment will not apply toward the Comprehensive Medical Out-of-Pocket maximum. The Plan Administrator may establish other procedures to administer this benefit. If the Plan Administrator issues prescription identification cards, all Covered Persons are required to return these cards immediately when coverage ceases. The Plan will provide the Covered Person with a prescription for up to and including a thirty-four (34) day supply or one hundred (100) unit doses, whichever is greater, subject to the Prescription Agreement between the Employer and the Prescription Drug Card Program.

If an eligible prescription is filled at a Claimspro "Preferred" pharmacy, the Covered Person will only be responsible for the co-payment amount when purchasing the drug.

If an eligible prescription is a) filled at a pharmacy other than a Claimspro "Preferred" pharmacy, or b) purchased at a Claimspro "Preferred" pharmacy by means other than showing the proper coverage identification card (i.e., by paying cash), the Covered Person must pay the purchase price in full and then must submit the expense directly to Claimspro for reimbursement. Pick up a Claimspro Member Direct Reimbursement Drug Claim Form (available at the Employer or from ASR), read all of the instructions, and complete the form. Mail the completed form with all necessary documentation to Claimspro. Claimspro's address is:

P.O. Box 577
Southfield, Michigan 48037-0577

Claims for prescription drugs must include the name of the prescribed medication, the patient's full name, the date that services were rendered or purchases made, and the cost per item. Reimbursement will be made to you based on a formula determined by Claimspro and agreed to by the Employer; the amount you receive will be less than the difference between the purchase price and the co-payment amount.

### PHARMACY SERVICE BY MAIL PROGRAM

Charges for eligible drugs that are provided through the Pharmacy Service by Mail Program and are prescribed in writing by a Physician, Physician's Assistant or Nurse Practitioner within the legally appointed scope of their license, and are Medically Necessary for the treatment of a chronic or ongoing Illness or Injury are covered under this benefit. Each prescription purchase is subject to the co-payment stated in the Schedule of Benefits. The Pharmacy Service by Mail Program is specifically designed to provide the Covered Person with maintenance drugs for up to and including a ninety (90) day supply.

### DRUGS COVERED

* Federal Legend Drugs
* Compounded Medications
* Insulin and U-100 Syringes
* Diabetic Supplies
* Prescription Vitamins
* Injectable Vitamins
* Retin-A (Age twenty-five (25) and under)
* Injectable Bee Sting / Anaphylactic Shock Kits
* Injectable Imitrex
* Lupron

### EXCLUSIONS

* Oral Contraceptives
* Contraceptive Devices
* Injectable Contraceptives
* Oral Sexual Dysfunction Drugs
* Smoking Cessation Agents
* Oral/Injectable Fertility Agents
* Anti-Obesity Agents

* Drugs used for cosmetic purposes
**EXCLUSIONS**, cont.

* Over-the-counter products
* Injectable Allergens
* Injectable Immunizing Agents
* Injectable Growth Hormones
* Injectable Immunomodulators
* Other Miscellaneous Injectables
* All other exclusions as stated in the Prescription Agreement between the Employer and the Prescription Drug Card Program

## GENERAL PLAN EXCLUSIONS AND LIMITATIONS

The following exclusions and limitations apply to expenses incurred by all Covered Persons and to all benefits provided by this Plan.  No benefits shall be payable by the Plan for the following:

A.   *Effective Date of Coverage*

Charges incurred prior to a Covered Person's effective date of coverage under the Plan, or after coverage and any extensions of participation are terminated.

B.   *War or Armed Forces Service*

Charges caused as a result of war or any act of war, whether declared or undeclared, or incurred during service (including part-time service and national guard service) in the armed forces of any country.

C.   *Worker's Compensation*

Charges arising out of or in the course of any employment or occupation for wage or profit for which the Covered Person is entitled to benefits or claims to be entitled to benefits under any worker's compensation or occupational disease law, or any similar law, whether or not these benefits have been applied for.

D.   *Legal Obligation to Pay Charges*

Charges incurred for which the Covered Person is not, in the absence of this coverage, legally obligated to pay, or for which a charge would not ordinarily be made in the absence of this coverage.

E.   *U.S. Government Hospitals*

Unless required by federal law, charges incurred while confined in a Hospital owned or operated by the United States Government or any of its agencies, or charges for services, treatments or supplies furnished by the United States

Government or any of its agencies (such as the cost of non-service related Injuries, Illnesses or disabilities for veterans provided by a Veterans Administration Hospital).

F.   *Illegal Acts*

Charges incurred for an Illness or Injury resulting from or occurring during the commission of a violation of law by the Covered Person, including, without limitation, the engaging in an illegal occupation or act, but excluding minor traffic violations and similar infractions that cannot be defined under State law as an assault or felony.

G.   *Self-inflicted Injuries*

Charges incurred in connection with any intentionally self-inflicted Injury or Illness, whether sane or insane.

H.   *Non-Medical Services, Supplies, Etc.*

Charges incurred for services or supplies which constitute personal comfort or beautification items, television or telephone use, or in connection with Custodial Care, education or training, or expenses actually incurred by other persons.

I.   *Cosmetic Procedures*

Charges incurred in connection with the care, treatment, or surgery performed for a Cosmetic Procedure. This exclusion shall not apply to procedures necessary to lessen or correct a deformity arising from, or directly related to, a congenital abnormality, a personal Injury resulting from an Accident or trauma, or a disfiguring disease for a Covered Person. The Plan does not cover replacement of breast implants that were initially considered to be for cosmetic purposes and were not Medically Necessary.

J.   *Charges Above Usual and Customary*

Unless specifically shown as a Covered Expense elsewhere in the Plan, charges which are: 1) incurred in connection with services and supplies which are not Medically Necessary for treatment of an Injury or Illness; 2) in excess of Usual and Customary charges; 3) not in compliance with generally accepted billing practices for unbundling or multiple procedures; and/or 4) not recommended and approved by a Physician.

K.   *Non-Accepted Treatment & Procedures Not Medically Necessary*

Charges for services, supplies or treatments not recognized by the medical community as generally accepted and Medically Necessary for the diagnosis and/or treatment of an active Illness or Injury; or charges for procedures, surgical or otherwise, which are specifically listed by the medical community as having no medical value.

L.   *Provider Related to Covered Person*

Charges for services rendered by a Physician, nurse, licensed therapist or Home Health Care Agency employee to a Covered Person if the individual rendering services is the Covered Person, a Close Relative of the Covered Person, or resides in the same household as the Covered Person.

M.   *Travel to Foreign Countries for Specific Treatment*

Charges incurred outside the United States if the Covered Person traveled to such a location for the primary purpose of obtaining medical services, drugs, or supplies. This exclusion does not apply if the location was closer to, or substantially more accessible from, the Covered Person's residence (or if an emergency exists, the place where the Covered Person suffered the Illness or Injury) than the nearest location within the United States which was adequately equipped to deal with, and was available for the treatment of, the Covered Person's Illness or Injury.

N.   *Rest Care Or Treatment Not Connected With Injury Or Illness*

Charges for hospitalization when the confinement occurs primarily for physiotherapy, hydrotherapy, convalescent or rest care, or hospitalization for any Routine physical examinations or tests not connected with the actual Illness or Injury.

O.   *Physician Not Present*

Charges for Physicians' fees for any treatment that is not rendered by or in the physical presence of a Physician, except as provided elsewhere in the Plan (e.g., Physician's Assistant, Nurse Practitioner).

P.   *Vision; Hearing*

Charges incurred in connection with eye refractions, the purchase or fitting of eyeglasses, contact lenses, or hearing aids. This exclusion shall not apply to the initial purchase of eyeglasses or contact lenses following cataract surgery, nor does it apply to the initial purchase of a hearing aid if the loss of hearing is a result of a surgical procedure performed while coverage is in effect. This exclusion does not apply to benefits expressly provided by a Vision Benefit or Hearing Benefit, if any. Charges incurred for or relating to radial keratotomy or keratectomy or similar procedures are excluded under this Plan.

Q.   *Infertility*

Charges related to or in connection with all infertility or sterility testing or treatment, procedures to restore or enhance fertility, any artificial means to achieve Pregnancy or ovulation, including but not limited to, artificial insemination, in-vitro fertilization, induced ovarian hyperstimulation, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer (ZIFT), tubal ovum

transfer, embryonic freezing, transfer or implantation procedures, or sperm banking.

R. *Non-Professional Nursing Services*

Charges for professional nursing services if rendered by other than a Registered Nurse or Licensed Practical Nurse, unless that care was vital as a safeguard of the Covered Person's life, or unless that care is specifically listed as a Covered Expense elsewhere in the Plan.

S. *Reversal of Sterilization*

Charges resulting from, or in connection with, the reversal of a sterilization procedure.

T. *Weekend Hospital Admittance*

Charges for Room and Board incurred in connection with a Hospital admittance on Friday, Saturday, or Sunday, unless significant medical treatment is given on those days. Significant medical treatment includes any treatment not normally connected with Room and Board or general nursing services.

U. *Dental*

Charges incurred for treatment on or to the teeth, the nerves or roots of the teeth, gingival tissue or a molar process and any other dental, orthodontic or oral surgical charges, unless expressly included in a benefit of this Plan.

V. *Missed Appointments*

Charges for failure to keep an appointment.

W. *Completion of Claim Forms*

Charges incurred for completion of insurance or benefit payment claim forms.

X. *Over-the-Counter Products*

Charges for all over-the-counter products, even though prescribed by a Physician, Physician's Assistant, or Nurse Practitioner unless specifically stated as a Covered Expense elsewhere in the Plan.

Y. *Sexual Transformations, Implants*

Charges for treatment for sex transformations or gender reassignments and treatment for inorganic sexual dysfunction or inadequacy that includes implants and related hormone treatment. Charges for 1) individual psychotherapy; 2) group therapy; 3) psychological testing by a Psychologist; and/or 4) electroshock therapy for the treatment of a Mental Illness or

Disorder, excluding sexual transformations or gender reassignments, are not subject to this exclusion and will be considered as Covered Expenses under the Behavioral Care Benefit, if any.

Z.     *Elective Abortions*

Charges for elective abortions.

AA.    *Orthoptics; Visual Training*

Charges for Orthoptics or Visual Training.

BB.    *Surrogate Pregnancy*

Charges incurred for actual or attempted impregnation or fertilization by any means involving a surrogate donor or surrogate recipient. Charges incurred involving a surrogate Pregnancy.

CC.    *Correctional Institutions*

Charges resulting from, or in connection with, a Covered Person while the Covered Person is confined in a penal or correctional institution.

DD.    *Free School-Provided Special Education Services*

Charges for services provided for physically and/or mentally impaired individuals where a school is required to provide those services free of charge (e.g., special education).

EE.    *Fees and Taxes*

Charges for sales tax, processing fees, fees for the attainment of medical records, and the like.

FF.    *Nicotine Abuse*

Charges for the treatment of nicotine abuse.

GG.    *Experimental; Investigational*

Charges for services or supplies which are Experimental and Investigational in nature.

NOTE:     These exclusions will not apply to the extent they would violate the Americans With Disabilities Act.

## ELIGIBILITY AND PARTICIPATION

## SCHEDULE FOR ELIGIBILITY AND PARTICIPATION

### PARTICIPANT ELIGIBILITY REQUIREMENTS

A.     Is currently employed by the Employer in Active Full-Time Employment for thirty (30) or more hours per week; and

B.     Has completed forty (40) working days in Active Full-Time Employment for the Employer.

### PARTICIPANT EFFECTIVE DATE

Participation in the Plan will start for new applicants on the first day following the date they meet the Participant Eligibility Requirements, as stated above and; meet the requirements described in the Participant Enrollment section, below.

### EMPLOYER-PROVIDED EXTENSIONS OF PARTICIPATION

**NOTE:** An Employer-provided extension of participation (including a Family & Medical Leave Act of 1993 ("FMLA") extension of participation) will be in addition to the length of a Consolidated Omnibus Budget Reconciliation Act of 1985, as amended ("COBRA") extension of participation.

Medical Leave Extension of Participation ..................................................... Ninety (90) days

Other Approved Leave of Absence Extension of Participation .................... Thirty (30) days

Lay-off Extension of Participation............................................................Through the end of the month in which the lay-off began

Additional information regarding Extensions of Participation is provided on page 35.

**ANNUAL OPEN ENROLLMENT PERIOD**................................................................In December

Additional information regarding the Annual Open Enrollment Period is provided on page 33.

**REINSTATEMENT - TERMINATION OF EMPLOYMENT**............................................... Not Available

**REINSTATEMENT - OTHER THAN TERMINATION OF EMPLOYMENT** ..................................................................................Within fifteen (15) months

**RETIREE COVERAGE** ................................................................................ Not Available

# INITIAL REQUIREMENTS

## PARTICIPANT ELIGIBILITY

A person is eligible for Participant Coverage under the Plan if the person meets all of the Participant eligibility requirements listed on the Schedule for Eligibility and Participation.

## PARTICIPANT ENROLLMENT

A person who is eligible for Participant Coverage on the effective date of this Plan is a Covered Person as of the effective date of the Plan. For every other person, Participant Coverage begins on the first day following the date on which the person meets all of the following requirements (contingent on the person's ability to be Actively At Work on the date coverage is to begin):

A.   Is eligible for Participant Coverage.

B.   Has made written application for Participant Coverage on a form acceptable to the Plan Administrator, on or before the first date on which coverage could begin.

If application for Participant coverage is made after the first date on which coverage could begin, but within thirty (30) days after that date, coverage will be retroactive to the first date on which coverage could have begun.

If application for Participant coverage is not made within thirty (30) days after the date coverage could have begun, the applicant must wait until the Annual Open Enrollment Period unless the applicant has special enrollment rights to enroll during a Special Enrollment Period. An applicant has special enrollment rights to enroll during a Special Enrollment Period in the following circumstances:

A.   If the applicant declined coverage when initially eligible because the applicant had other group or individual health coverage, and the other coverage was subsequently lost because:

   1.   The other coverage was COBRA and it has been exhausted;

   2.   The applicant became ineligible (i.e., as a result of a legal separation, reduction in hours of employment, or Change in Family Status); or

   3.   Employer contributions for the coverage have been terminated.

   Proof that the other coverage was lost must be provided to the Plan Administrator upon request.

   An individual who lost other coverage due to nonpayment of the required contribution or for cause (e.g., filing fraudulent claims) shall not have special enrollment rights to enroll during a Special Enrollment Period. An individual who voluntarily terminates other coverage shall not be considered to have special enrollment rights.

B.    The applicant has acquired a new Dependent by marriage, birth, adoption, or placement for adoption. In this situation, special enrollment rights will be available to the Employee, the Employee's spouse, and any child who became a Dependent due to the marriage, birth, adoption, or placement for adoption

An applicant with special enrollment rights must make application for Participant Coverage during the Special Enrollment Period which is during the first thirty (30) days after the marriage, birth, adoption, placement for adoption or loss of other coverage (whichever is applicable). Participant Coverage shall be effective as of the date of the marriage, birth, adoption, placement for adoption or loss of other coverage. The Pre-Existing Condition limitation will apply to an applicant with special enrollment rights. An applicant with special enrollment rights who fails to make application for Participant Coverage during the first thirty (30) days after the marriage, birth, adoption, placement for adoption or loss of other coverage (whichever is applicable) must wait until the next Annual Open Enrollment Period or until special enrollment rights again apply, whichever occurs first.

All Participant Coverage under the Plan shall begin at 12:01 a.m. local time, on the date on which coverage is to begin, provided that the person eligible for coverage is able to be Actively At Work on that date. If the person is not Actively At Work on the date on which coverage is to begin, but was able to be Actively At Work at 12:01 a.m. local time (had work begun at that time), the person's coverage shall still be effective on that date. If an eligible person is not able to be Actively At Work at any time on the date on which coverage was to be effective, coverage shall begin at 12:01 a.m. local time on the first succeeding date that the person is able to be Actively At Work.

### DEPENDENT ELIGIBILITY

A person is eligible for Dependent Coverage under the Plan when all of the following requirements are met:

A.    The person is a Dependent.

B.    The Participant on whom the person is dependent is eligible for Participant Coverage.

### DEPENDENT ENROLLMENT

A person who is eligible for Dependent Coverage on the effective date of this Plan is a Covered Person as of the effective date of this Plan. For every other person, Dependent Coverage begins when all of the following requirements are met:

A.    The person is eligible for Dependent Coverage; and

B.    The Participant on whom the person is dependent is a Covered Person; and

C.    The Participant makes a written application for Dependent Coverage on a form acceptable to the Plan Administrator on or before the first date that coverage could begin. (This requirement does not apply to newly acquired Dependents by marriage, birth, or court order or decree (e.g., adoption or

during the placement of the Dependent for adoption).  For these Dependents, see the next paragraph below.)

Notwithstanding the immediately preceding paragraph, the following special rules apply to newly acquired Dependents by marriage, birth, or court order or decree (e.g., adoption or during the placement of the Dependent for adoption):

1.   A Participant's spouse may be enrolled as a Dependent as of the date of marriage if written application for Dependent Coverage for the spouse is made within thirty (30) days of the date of marriage.

2.   A Participant's Newborn will be covered from the moment of birth for Injury or Illness, including the necessary care or treatment of medically diagnosed congenital defects, birth abnormalities or prematurity, if written application for Dependent Coverage for the child is made within thirty (30) days of the child's date of birth.  The provision shall not apply to, nor in any way affect, the maternity provisions of this Plan, if any, applicable to the mother.

3.   If a Dependent is acquired other than at the time of the Dependent's birth due to marriage, or a court order or decree, that Dependent may be enrolled as a Dependent as of the date of the marriage, court order or decree, if written application for Dependent Coverage for the new Dependent is made within thirty (30) days of the court order, decree, or marriage.  Dependent Coverage for a child to be placed with a Participant through adoption is effective as of the date the child is placed in the Participant's care, if written application for Dependent Coverage for the child is made within thirty (30) days of the child's placement.  The Pre-Existing Condition limitation shall not apply to children who are being placed for adoption with a Participant.

D.   If application for Dependent Coverage is not made within thirty (30) days after the date coverage could have begun, the applicant must wait until the Annual Open Enrollment Period unless the applicant has special enrollment rights to enroll during a Special Enrollment Period.  An applicant has special enrollment rights to enroll during a Special Enrollment Period in the following circumstances:

1.   If the applicant declined coverage when initially eligible because the applicant had other individual or group health coverage, and the other coverage was subsequently lost because:

a.   The other coverage was COBRA and it has been exhausted;

b.   The applicant became ineligible (i.e., as a result of a legal separation, reduction in hours of employment, or Change in Family Status); or

    c.    Employer contributions for the coverage have been terminated.

Proof that the other coverage was lost must be provided to the Plan Administrator upon request.

An individual who lost other coverage due to nonpayment of the required contribution or for cause (e.g., filing fraudulent claims) shall not have special enrollment rights to enroll during a Special Enrollment Period. An individual who voluntarily terminates other coverage shall not be considered to have special enrollment rights.

2.    The applicant has acquired a new Dependent by marriage, birth, adoption, or placement for adoption. In this situation, special enrollment rights will be available to the Employee, the Employee's spouse, and any child who becomes a Dependent due to the marriage, birth, adoption, or placement for adoption.

An applicant with special enrollment rights must make application for Dependent Coverage during the Special Enrollment Period which is during the first thirty (30) days after the marriage, birth, adoption, placement for adoption or loss of other coverage (whichever is applicable). Dependent Coverage shall be effective as of the date of the marriage, birth, adoption, placement for adoption or loss of other coverage (for the new Dependent and all other eligible individuals enrolling as a result of the new Dependent). The Pre-Existing Condition limitation will apply to an applicant with special enrollment rights. An applicant with special enrollment rights who fails to make application for Dependent Coverage during the first thirty (30) days after the marriage, birth, adoption, placement for adoption or loss of other coverage (whichever is applicable) must wait until the next Annual Open Enrollment Period or until special enrollment rights again apply, whichever occurs first; and

E.    The person is not confined in a Hospital. (This requirement does not apply to a Newborn.) If the person was confined in a Hospital at the time the person would have otherwise become covered by this Plan, this requirement is satisfied the first day following the day on which the person receives a final discharge from a Hospital and is not confined to a Hospital for any part of the day. This requirement will no longer apply if and when twelve (12) consecutive months have elapsed since Dependent Coverage for the person under this Plan or a predecessor health plan sponsored by the Employer would have begun except for this requirement.

### COURT OR STATE INITIATED QUALIFIED MEDICAL CHILD SUPPORT ORDERS

If an Employee participating in the Plan is required to provide medical care to a child pursuant to a Qualified Medical Child Support Order ("QMCSO") initiated by a court or state administrative agency, the following rules apply:

A.    The Plan Administrator must receive notice of the order and must determine, in accordance with established procedures, that the order constitutes a

QMCSO. If the Plan Administrator determines that the order constitutes a QMCSO, the remaining provisions in this section shall then apply.

B. The child may be enrolled in the Plan without regard to any enrollment season restrictions (e.g., an Annual Open Enrollment Period, if available). Further, if the Employee fails to enroll the child, the child may, in accordance with applicable law, be enrolled by the state administrative agency initiating the QMCSO or by the non-covered parent. Further, the Plan Administrator cannot refuse to enroll the child because the child was born out of wedlock, was not claimed as a dependent on the Employee's federal income tax return, or does not reside with the Employee.

C. The Employee must pay any required contributions for the child's coverage on the same basis as if the Employee elected Dependent Coverage for the child under the Plan. If the Employee fails to elect the necessary compensation reduction contributions for the child's coverage on a before-tax basis under any Section 125 plan maintained by the Employer, the Employer may withhold the required contributions from the Employee's paychecks on an after-tax basis to the extent permitted by applicable law.

D. If the Employee is not the custodial parent, the Plan Administrator shall provide whatever information is needed to the custodial parent for the child to obtain benefits.

E. If the Employee is not the custodial parent, the Plan Administrator shall permit the custodial parent to submit claims on behalf of the child without the approval of the Employee.

F. If the Employee is not the custodial parent, the Plan Administrator may make benefit payments to the custodial parent or the state administrative agency initiating the QMCSO, in addition to any other parties to which payment may be made as provided by the Plan.

G. The child's coverage under the Plan may not be terminated unless required contributions for coverage have not been timely paid; there is written evidence that the QMCSO is no longer in effect; there is written evidence that the child is or will be enrolled in comparable health coverage that takes effect not later than the effective date of termination; or the Employer has eliminated Dependent Coverage for all participating Employees.

## SWITCHING COVERAGE STATUS

If a Dependent is eligible to be enrolled as a Participant, enrollment may be effective on the date of the enrollment. If a Participant is eligible to be enrolled as a Dependent, enrollment may be effective on the date of the enrollment without regard to the enrollment requirement regarding Hospital confinement. Similarly, if a Covered Person switches from an extension of participation to regular participation, or vice versa, the Hospital confinement requirement does not apply.

Any switches in coverage status do not interrupt participation in the Plan and do not change a Covered Person's effective date of coverage (as used in the Pre-Existing Condition definition).

## PARTICIPANT CONTRIBUTION

As a matter of policy, the Employer may require a contribution from Participants in order to maintain Employee participation and/or the participation of any Dependents in the Plan.

## ANNUAL OPEN ENROLLMENT PERIOD

The Plan will offer an Annual Open Enrollment Period during the month of December each year for eligible Employees and their dependents to elect coverage under this Plan. For those Employees and their dependent(s) who are eligible to enroll during the Annual Open Enrollment Period, their effective date of coverage would be January 1 following the Annual Open Enrollment Period. An Employee and his or her dependents who join during the Annual Open Enrollment Period will be subject to the Pre-Existing Conditions provision.

## MEDICARE

Generally, if a Covered Person is also entitled to Medicare and the Medicare entitlement is because of Total Disability or End Stage Renal Disease (ESRD), this Plan will be the primary plan and Medicare will pay secondary - at least for a certain period of time. If the Medicare entitlement is because the Participant or the Participant's Dependent spouse attains age sixty-five (65), Medicare will be the primary plan and this Plan will pay secondary if the Participant has terminated employment (i.e., is on COBRA or is receiving retiree coverage, if available). On the other hand, if the Participant continues in Active Employment after attaining age sixty-five (65), this Plan will be the primary plan and Medicare will pay secondary unless the Participant declines primary coverage under this Plan. If a Participant has a Dependent spouse who attains age sixty-five (65), these same coordination of benefits rules apply to the spouse. In other words, whether Medicare or the Plan pays primary depends upon the Participant's employment status.

These rules are prescribed by federal law; if the applicable laws or regulations are changed, the Plan is automatically amended to conform to such laws or regulations. See the Plan Administrator for details.

## TERMINATION OF COVERAGE

### *PARTICIPANT TERMINATION*

Participant Coverage terminates immediately upon the earliest of the following dates, except as provided in the Extension of Participation provisions:

A.   Through the end of the month in which the Participant's employment terminates; or

B.   Date on which the Participant goes on a leave of absence or layoff or is Actively At Work in employment by the Employer for less than the number of hours per week required to be initially eligible for coverage on a regular basis. However, a reduction in hours due to a family or medical leave as defined by the FMLA shall not cause health coverage to end to the extent required by the FMLA; or

C.   Date on which the Participant ceases to be in a classification (if any) shown in the Schedule for Eligibility and Participation for Participant Coverage; or

D.   Date on which the Participant fails to timely make any required contribution for coverage; or

E.   Date on which the Plan is terminated; or with respect to any benefits of the Plan, the date of termination of such benefit; or

F.   Date on which the Plan Administrator terminates the Participant's coverage for cause, which includes a termination for fraud or misrepresentation in an application for enrollment or a claim for benefits; or

G.   Effective date of the Participant's notice of voluntary withdrawal; or

H.   Date of the Participant's death.

## REINSTATEMENT - TERMINATION OF EMPLOYMENT

Reinstatement is not available under this Plan when coverage is terminated due to termination of employment. A Participant whose coverage terminates due to termination of employment and who resumes Active Full-Time Employment with the Employer is considered a new Employee for purposes of determining when coverage begins.

## REINSTATEMENT - OTHER THAN TERMINATION OF EMPLOYMENT

A Participant whose coverage terminates for reasons other than termination of employment and who resumes Active Full-Time Employment with the Employer within the time period, if any, allowed for Reinstatement in the Schedule for Eligibility and Participation, may be eligible for reinstatement of Participant Coverage under the Plan on the date on which the Participant returns to Active Full-Time Employment. The Participant is not considered a new Employee for purposes of coverage under the Plan, but will resume the prior status that the Participant had attained before the termination of coverage. If the Participant resumes Active Full-Time Employment after a longer period of time than is allowed for Reinstatement in the Schedule for Eligibility and Participation, the Participant is considered a new Employee for purposes of determining when coverage begins.

## REINSTATEMENT - ACTIVE MILITARY SERVICE

A veteran's right and entitlement to reinstatement on returning from military training or service shall be governed by the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), and any other applicable laws or regulations.

## DEPENDENT TERMINATION

Dependent Coverage terminates immediately upon the earliest of the following dates, except as provided in the Extension of Participation provisions:

A.  Date on which the Dependent ceases to be a Dependent; or

B.  Date of termination of the Participant's coverage under the Plan; or

C.  Date on which the Participant fails to timely make any required contributions for Dependent Coverage; or

D.  Date on which the Plan Administrator terminates the Dependent's coverage for cause, which includes a termination for fraud or misrepresentation in an application for enrollment or a claim for benefits; or

E.  Date on which the Dependent begins Participant Coverage under the Plan; or

F.  Date on which the Plan or a benefit of the Plan is terminated; or

G.  Effective Date of the Dependent's notice of voluntary withdrawal; or

H.  Date of the Dependent's death.

## EXTENSIONS OF PARTICIPATION

A Participant may have participation extended under Employer-provided extensions specified in the Schedule For Eligibility And Participation, under the FMLA, or under COBRA. Any Employer-provided extension of participation will apply before a COBRA extension of participation and will be in addition to the length of a COBRA extension of participation.

Notwithstanding any of the following provisions concerning extensions of participation, coverage for the Participant or the Participant's Dependent may be immediately reduced or terminated by amendment to the Plan or termination of the Plan. If an event causing the Participant's or the Dependent's coverage to terminate also causes another extension of participation, a new extension period will begin for the Participant or the Participant's Dependent on the date of such event.

The coverage provided under an Employer-provided extension of participation shall be identical to the coverage provided to the Participant and any eligible Dependents on the day immediately preceding the beginning of the Employer-provided extension of participation, both in the type and cost of the coverage provided.

## EMPLOYER-PROVIDED EXTENSIONS OF PARTICIPATION

*Medical Leave Extension.* Participation for a Participant and any eligible Dependents continues if the Participant suffers from illness or injury and has been granted a medical leave by the Employer under policies determined on a uniform, nondiscriminatory basis that precludes individual selection. This extension of participation begins on the date on which the Participant's approved medical leave begins. However, if the Participant's medical leave of absence constitutes an FMLA leave, the extension of participation shall begin on the date on which the FMLA leave expires. The extension terminates upon the expiration of the time period stated in the Schedule for Eligibility and Participation or the expiration of the approved medical leave, whichever occurs first.

*Approved Leave of Absence Extension.* Participation for a Participant and any eligible Dependents continues if the Participant is granted an approved leave of absence (other than a medical leave described in the above paragraph) by the Employer under policies determined on a uniform, nondiscriminatory basis that precludes individual selection. This extension of participation begins on the date on which the Participant's approved leave of absence begins. However, if the Participant's approved leave of absence constitutes an FMLA leave, the extension of participation shall begin on the date on which the FMLA leave expires. The extension terminates upon the expiration of the time period stated in the Schedule for Eligibility and Participation or the expiration of the approved leave of absence, whichever occurs first.

*Lay-Off Extension.* Participation for a Participant and any eligible Dependent continues if the Participant is laid-off by the Employer. This extension of participation begins when the Participant is laid-off by the Employer. The extension terminates at the end of the time period stated in the Schedule for Eligibility and Participation or the expiration of the lay-off, whichever occurs first.

## FAMILY & MEDICAL LEAVE ACT OF 1993 (FMLA)

The FMLA provisions of the Plan apply during any Calendar Year when the Employer employs fifty (50) or more Employees (including part-time Employees) each working day during twenty (20) or more calendar weeks in the current or preceding Calendar Year. Further, the FMLA provisions apply only to eligible Participants (i.e., Participants who have been employed by the Employer for at least twelve (12) months and who have worked at least 1,250 hours in the twelve (12) month period immediately preceding the taking of the FMLA leave). A Participant on leave under the FMLA may continue coverage during the leave on the same basis and at the same Participant contribution as if the Participant had continued in Active Employment continuously for the duration of the leave. The maximum period of an FMLA leave is twelve (12) weeks per twelve (12) month period (as that twelve (12) month period is defined by the Employer). Other provisions regarding an FMLA leave are set forth in the FMLA and the Employer's policy regarding the FMLA. If the Participant fails to return from the FMLA leave for any reason other than the continuation, recurrence, or onset of a "serious health condition" as defined in the FMLA or other circumstance considered by the Plan Administrator as beyond the control of the Participant, the Employer may recover any Employer contribution paid to maintain coverage for the Participant during the leave. If a Participant fails to pay any required contribution for coverage during the FMLA leave within thirty (30) days of the due date for the contribution, coverage shall be suspended upon fifteen (15) days advance written notification of the non-payment, subject to the right to reinstatement of coverage upon return to work from FMLA leave with

no waiting period, Pre-Existing Condition exclusion or other limitation normally applicable to a new Participant in the Plan.

## COBRA EXTENSIONS OF PARTICIPATION

During any Calendar Year following a Calendar Year in which the Employer had employed twenty (20) or more Employees (including part-time Employees who are counted as a fraction of a full-time Employee) during at least fifty percent (50%) of the business days in the year, each person who is a Qualified Beneficiary shall have the right to elect to continue coverage under this Plan upon the occurrence of a Qualifying Event. Such extended coverage under the Plan is referred to as "Continuation Coverage."

    A.    <u>Qualifying Event.</u>

Any of the following shall be considered a "Qualifying Event" if the event causes a loss of coverage under the Plan:

1. Death of a Participant; or

2. Termination (other than by reason of gross misconduct) of the Participant's employment or reduction of hours of the Participant's employment below any minimum required for participation in the Plan; or

3. Divorce or legal separation of a Participant from the Participant's spouse; or

4. A Participant becoming entitled to receive Medicare benefits under Title XVIII of the Social Security Act; or

5. A Dependent child of a Participant ceasing to be a Dependent under the terms of the Plan (e.g., upon attainment of the age of majority).

6. Notwithstanding anything in 2., above, a leave under the FMLA shall not constitute a Qualifying Event until the last day of the FMLA leave.

    B.    <u>Qualified Beneficiary</u>

A "Qualified Beneficiary" is any person who, on the day before the occurrence of a Qualifying Event, is covered by the Plan as a Participant or a Dependent. In addition, a child born to or placed for adoption with a Participant after the Qualifying Event but before the end of the COBRA continuation period is a Qualified Beneficiary. However, the COBRA continuation period for such a newborn or newly adopted child shall be measured from the date of the initial Qualifying Event, rather than on the subsequent date of birth or adoption or placement for adoption.

An Employee can be a Qualified Beneficiary only if the Qualifying Event consists of termination of employment (for any reason other than gross misconduct) or reduction of hours of the Participant's employment.

Except as otherwise provided above, an individual is not a Qualified Beneficiary if, as of the day before the Qualifying Event, he or she is covered under the Plan by reason of the election of Continuation Coverage by another person and is not already a Qualified Beneficiary by reason of a prior Qualifying Event. Furthermore, an individual who fails to elect Continuation Coverage within the election period provided in Subsection F. below, shall not be considered a Qualified Beneficiary.

C.     _Type of Coverage_

Continuation Coverage means the group health coverage that is provided to similarly situated nonQualified Beneficiaries. Generally, this means the same health coverage provided to the Qualified Beneficiary immediately before the Qualifying Event. Alternatively, the Qualified Beneficiary may initially elect to purchase one (1) or more of the available medical, prescription drug, dental and vision coverages which are provided by the Employer pursuant to any separate group health plans and/or which may be separately elected pursuant to the Employer's Section 125 plan (if any). However, each coverage is initially available only if the Qualified Beneficiary was receiving the coverage immediately before the Qualifying Event. Any change in the Plan or in enrollment opportunities affecting similarly situated Active Employees, including, without limitation, a change in benefits under the Plan or any change in the Applicable Premium (See D. below), shall also apply to a Qualified Beneficiary. Continuation Coverage does not apply to group-term life insurance or short-term or long-term disability coverage, if available.

D.     _Cost of Continuation Coverage_

The Employer is not responsible to contribute to the cost of Continuation Coverage. A Qualified Beneficiary who elects to continue coverage under the Plan shall be responsible for payment of the full cost of that coverage plus any additional amounts permitted by law ("Applicable Premium"). A disabled Qualified Beneficiary who elects extended coverage under Subsection G(3) below shall be required to pay 150% of the full cost of coverage for each additional month of coverage after the initial eighteen (18) month period. The 150% cost amount shall also apply to the disabled Qualified Beneficiary's family members enrolled in Continuation Coverage, as long as the disabled Qualified Beneficiary is in the COBRA coverage group.

E.     _Notice Requirements_

1.     _Initial Notice_. When an Employee becomes covered under this Plan, the Employer shall notify the Employee (and the Employee's covered spouse, if any) in writing of the right to COBRA Continuation Coverage.

2.     _Notice of Qualifying Event from the Employer_. The Employer has thirty (30) days to notify the Plan Administrator of a Qualifying Event resulting from death, termination or reduction in hours, or the Employee's entitlement to Medicare, on the date of its occurrence.

3. *Notice of Qualifying Event from Qualified Beneficiary*. If a Qualifying Event results from divorce, legal separation or a child losing Dependent status under the terms of the Plan, the Participant or other Qualified Beneficiary must notify the Plan Administrator within sixty (60) days of the occurrence of the event. **Failure to notify the Plan Administrator of these events within this time period will result in forfeiture of Continuation Coverage.**

4. *Election Notice*. Within fourteen (14) days of receiving notice of the occurrence of a Qualifying Event, or a longer period as may be allowed by statute or regulation or as may be required to correct a COBRA failure, the Plan Administrator shall furnish each Qualified Beneficiary with written notice of the right to elect Continuation Coverage ("Election Notice").

In all cases, notice provided to the spouse of a Participant is considered notice to all other Qualified Beneficiaries living with the spouse.

F. *Election Period*

A Qualified Beneficiary shall have sixty (60) days from the date the Election Notice is mailed or hand delivered to the Qualified Beneficiary or, if later, from the date of the Qualifying Event or the date coverage terminates (e.g., due to an Employer-provided extension of participation), to return a signed election form to the Plan Administrator electing to continue benefits under the Plan. Failure to mail or otherwise return the signed election form to the Plan Administrator within the sixty-day (60-day) period shall be considered a refusal of the coverage.

G. *Duration of Continuation Coverage*

1. *General Rule*. For a Qualifying Event caused by an Employee's termination or reduction in hours of employment, Continuation Coverage may extend for eighteen (18) months from the date of the Qualifying Event. For all other Qualifying Events, Continuation Coverage may extend for thirty-six (36) months from the date of the Qualifying Event.

2. *Multiple Qualifying Events*. If, during an eighteen-month (18-mo.) continuation period, another Qualifying Event occurs, coverage may be extended for up to thirty-six (36) months from the date of the original Qualifying Event.

3. *Special Rule For Disability*. In the case of a Qualified Beneficiary who is determined to be disabled at any time during the first sixty (60) days of Continuation Coverage, the maximum period of coverage for the disabled Qualified Beneficiary and the Qualified Beneficiaries who are his or her Dependents may be extended for an additional eleven (11) months (twenty-nine (29) months total from the date of the Qualifying Event). **However, the Qualified Beneficiary must provide notice to the**

Plan Administrator before the end of the initial eighteen (18) month continuation period and within sixty (60) days of a determination of disability under Title II (Old Age, Survivors and Disability Insurance) or Title XVI (Supplemental Security Income) of the Social Security Act or the Qualified Beneficiary will be eligible for only eighteen (18) months of coverage, rather than twenty-nine (29) months. The Qualified Beneficiary must also notify the Plan Administrator within thirty (30) days of any final determination that the Qualified Beneficiary is no longer disabled. The extended continuation coverage for disability will terminate on the first day of the first month that begins more than thirty (30) days after the date of the final determination that the Qualified Beneficiary is no longer disabled or, if earlier, on the date the Continuation Coverage for the Qualified Beneficiary would otherwise terminate.

4.   *Special Rule for Medicare Entitlement.* If a covered Employee or former Employee becomes entitled to Medicare during an eighteen (18) month Continuation Coverage period, the maximum period of coverage for Qualified Beneficiaries other than the Participant shall be extended to thirty-six (36) months from the date of the original Qualifying Event.

If a Participant becomes entitled to Medicare before experiencing a Qualifying Event that is a reduction in hours or termination of employment, the maximum continuation period for the Qualified Beneficiaries who are the Participant's Dependents shall end on the later of thirty-six (36) months after the date of the Participant's Medicare entitlement, or eighteen (18) months (twenty-nine (29) months if there is a disability extension) after the date of the reduction in hours or termination of employment.

H.   *Termination of Continuation Coverage*

Notwithstanding any other provision in this Plan, Continuation Coverage shall automatically terminate when any of the following occur:

1.   The Employer no longer offers group health coverage to any of its Employees;

2.   The Applicable Premium for Continuation Coverage is not paid within thirty (30) days of the due date provided by the Employer (forty-five (45) days for initial payment);

3.   If after the date of the election of Continuation Coverage, a Qualified Beneficiary becomes covered (either as an employee or otherwise) under another group health plan that does not contain any exclusion or limitation with respect to any Pre-Existing Condition of the Qualified Beneficiary, other than a limitation or exclusion which does not apply to the Qualified Beneficiary or is satisfied by the Qualified Beneficiary due to the Health Insurance Portability and Accountability Act;

4.   If _after_ the date of the election of Continuation Coverage, a Qualified Beneficiary becomes entitled to receive benefits under Title XVIII of the Social Security Act (Part A or Part B of Medicare); or

5.   A Qualified Beneficiary's coverage is terminated for cause on the same basis that the Plan terminates the coverage of similarly situated nonQualified Beneficiaries (e.g., for fraud or misrepresentation in a claim for benefits).

## CERTIFICATES OF CREDITABLE COVERAGE

The Plan will issue a Certificate of Creditable Coverage in the following circumstances:

A.   When an individual is a Qualified Beneficiary entitled to elect COBRA Continuation Coverage, a Certificate of Creditable Coverage will automatically be provided no later than when a notice is required to be provided for a Qualifying Event under COBRA.

B.   When an individual loses coverage under the Plan and is not a Qualified Beneficiary entitled to elect COBRA Continuation Coverage, a Certificate of Creditable Coverage will automatically be provided within a reasonable time after coverage ceases.

C.   When an individual is a Qualified Beneficiary and has elected COBRA Continuation Coverage, a Certificate of Creditable Coverage will automatically be provided within a reasonable time after the cessation of COBRA Continuation Coverage or, if applicable, after the expiration of any grace period for the payment of COBRA premiums.

D.   A Certificate of Creditable Coverage will be provided upon the request of, or on behalf of, an individual at any time within twenty-four (24) months after the individual loses coverage under the Plan.

## PRE-EXISTING CONDITIONS

Claims resulting from Pre-Existing Conditions are excluded from coverage under the Plan. However, the Pre-Existing Conditions limitation will no longer apply after the six (6) month period beginning on the individual's Enrollment Date. The six (6) month period will be reduced by the individual's days of prior Creditable Coverage. After the expiration of the six (6) month period, reduced by the individual's days of prior Creditable Coverage, any eligible charges incurred will be considered to be Covered Expenses.

**NOTE:**     Prescription drugs are not subject to the Pre-Existing Conditions limitation. However, the Plan's coverage of a prescription drug which is used to treat a Covered Person's Pre-Existing Condition shall not be construed to confer coverage upon any other medical claim related to that same Pre-Existing Condition.

*EXCEPTION TO THE PRE-EXISTING CONDITION*

The exclusion of coverage due to the above Pre-Existing Condition provision of this Plan shall be modified to the following extent for those persons covered on the effective date of this Plan and covered on the immediately preceding day under an Employer-maintained group health plan that this Plan replaced, whether the replaced plan was written by an insurer or under a similar but not insured plan:

A.   If the Covered Person incurs an expense that would be covered under this Plan, except for the Pre-Existing Conditions provision, and the expense would have been covered under the replaced plan, had that plan been continued in force rather than replaced by this Plan, this Plan will pay the lesser of the amount thus payable for these expenses under:

   1.   The replaced plan, or

   2.   This Plan, disregarding the Pre-Existing Conditions provisions.

B.   In no event shall the total amount payable under this exception exceed the maximum amounts payable under this Plan if the Pre-Existing Conditions provision was not present.

C.   No item of expense incurred before the Participant's effective date of coverage under this Plan shall be payable under this Plan.

D.   In no event shall the term "this Plan" be construed to include the plan replaced.

---

## GENERAL PROVISIONS

## COORDINATION OF BENEFITS

The Coordination of Benefits provision is intended to prevent the payment of benefits which exceed expenses. It applies when the Participant or any Dependent who is covered by this Plan is also covered by any other plan or plans. When more than one coverage exists, one plan normally pays its benefits in full and the other plans pay a reduced benefit. This Plan will always pay either its benefits in full or a reduced amount which, when added to the benefits payable by the other plan or plans, will not exceed 100% of allowable expenses. Only the amount paid by this Plan will be charged against the Plan maximums.

The Coordination of Benefits provision applies whether or not a claim is filed under the other plan or plans. If another plan provides benefits in the form of service rather than cash, the reasonable value of the service rendered shall be deemed the benefit paid.

The Plan Administrator and Claim Administrator may release to, and obtain from, any other insurer, plan or party, any information that it deems necessary for the purposes of this section. A Covered Person shall cooperate in obtaining information and shall furnish all information necessary to implement this provision.

*DEFINITIONS - OTHER PLANS*

The term "plan," as used in this section to refer to a plan other than this Plan, means any plan, policy or coverage providing benefits or services for or by reason of health, medical or dental care or treatment, policy or coverage, and benefits or services are provided by:

A.  Group insurance or any other arrangement for coverage for Covered Persons in a group, whether on an insured or uninsured basis, including, but not limited to:

    1.  Hospital indemnity benefits; and

    2.  Hospital reimbursement-type plans which permit the Covered Person to elect indemnity at the time of claims; or

B.  Hospital or medical service organizations on a group basis, group practice and other group pre-payment plans; or

C.  Hospital or medical service organizations on an individual basis having a provision similar in effect to this provision; or

D.  A licensed Health Maintenance Organization (HMO); or

E.  Any coverage for a student that is sponsored by, or provided through, a school or other educational institution; or

F.  Any coverage under a Government program, and any coverage required or provided by any statute; or

G.  Group automobile insurance; or

H.  Individual automobile insurance coverage on an automobile leased or owned by the Employer; or

I.  Any plans or policies funded in whole or in part or by an employer, or deductions made by an employer from a person's compensation or retirement benefits; or

J.  Labor management trusteed, union welfare, employer organization or employee benefit organization plans.

## COORDINATION WITH OTHER COVERAGE FOR INJURIES ARISING OUT OF AUTOMOBILE ACCIDENTS

Notwithstanding the Payment Priorities rules set forth below, the following special coordination rule applies regarding automobile insurance.  If a Covered Person has automobile insurance (including, but not limited to no-fault) which provides health benefits, the automobile insurance shall be the primary plan and this Plan shall be the secondary plan for purposes of paying benefits.  This Plan shall pay benefits on a secondary basis as described above.

## PAYMENT PRIORITIES

Each plan makes its claim payment in the following order, if Medicare is not involved:

A.      A plan that contains no provision for Coordination of Benefits, or states that its coverage is primary, or does not have the same rules of priority as those listed below, pays before all other plans, including this Plan, and this Plan shall have only secondary liability.

B.      The plan covering the claimant as an employee (or named insured).

C.      If the claimant is a Dependent child, the plan of the parent whose birthday falls first (omitting year of birth) in the Calendar Year pays first. (This is known as the "birthday rule.")   However, if the Dependent child's parents are divorced or never married and are not living together, payment shall be made as follows:

   1.      If a court order or decree places primary financial responsibility for health care expenses on one of the parents, that parent's plan shall pay first. The plan of the other parent shall pay second and the plan of the spouse of the custodial parent shall pay third.

   2.      If there is no court order or decree determining primary financial responsibility for health care expenses, the plan of the custodial parent shall pay first, the plan of the spouse of the custodial parent shall pay second and the plan of the non-custodial parent shall pay third.

   3.      If the court order or decree places financial responsibility for health care expenses at fifty percent ( 50%) for each parent or if there is no court order or decree determining primary financial responsibility for health care expenses, and joint custody is established at fifty percent (50%) for each parent, the birthday rule shall apply.

For purposes of this paragraph C., a parent's "plan" shall include any plan under which the parent has coverage (either as an employee or as a dependent spouse or otherwise).

D.      Participants eligible for Medicaid shall be subject to the following provisions with respect to a State Medicaid program:

   1.      Payment of benefits with respect to a Participant under the Plan shall be made in accordance with any assignment of rights made by or on behalf of the Participant under a State plan for medical assistance approved under Title XIX of the Social Security Act ("Medicaid").

   2.      The fact that an individual is eligible for or receives Medicaid assistance will not be taken into account in enrollment as a Participant or in determining or making benefit payments under this Plan.

3.      To the extent payment has been made under Medicaid in any case in which the Plan has a legal liability for such payment, then payment under this Plan will be made in accordance with any State law which provides that the State has acquired the rights with respect to a Participant for such payment.

E.      If the order set out in A., B., C. or D. above does not apply in a particular case, the plan that has covered the claimant for the longest period of time will pay first. To determine the length of time a person has been covered under a plan, two or more plans maintained by the same employer shall be treated as one plan if the claimant was eligible under the successor plan within twenty-four (24) hours after the prior plan ended.

F.      Notwithstanding the above order of payment, a plan that covers a claimant as an active employee, or dependent of an active employee, will pay before a plan that covers a claimant under a COBRA extension of participation (except to the extent that the plan covering the claimant as an active employee or a dependent of an active employee excludes payment under a Pre-Existing Condition exclusion or limitation). Further, if a plan covers a claimant as an active employee or a dependent of an active employee and another plan covers that same claimant as a laid-off, terminated or retired employee or a dependent of such an employee, the plan covering the claimant as an active employee or a dependent of an active employee will pay first.

The Employer has the right:

A.      To obtain from or share information with an insurance company or other organization regarding Coordination of Benefits, without the claimant's consent.

B.      To require that the claimant provide the Employer with information regarding other plans in which the claimant may participate or be eligible to participate so that this provision may be implemented. A Participant's intentional nondisclosure under this provision shall constitute a misrepresentation in a claim for benefits for purposes of the Termination of Coverage section.

C.      To pay the amount due under this Plan to an insurer or other organization if necessary, in the Employer's opinion, to satisfy the terms of this provision.

### FACILITY OF PAYMENT

Whenever a Covered Person or provider to whom payments are directed becomes mentally, physically, or legally incapable of receiving or acknowledging receipt of such payments, neither the Employer nor the Trustee, if any, shall be under any obligation to see that a legal representative is appointed or to make payments to such legal representative if appointed. A determination of payment made in good faith shall be conclusive on all persons. The Plan Administrator, the Employer and Trustee, if any, shall not be liable to any person as the result of a payment made and shall be fully discharged from all future liability

with respect to a payment made. Payments may be made in any one or more of the following ways, as determined by the Plan Administrator in its sole discretion:

A.      Directly to the Covered Person or provider;

B.      To the legal representative of the Covered Person or provider;

C.      To a Close Relative or other relative by blood or marriage of the Covered Person or provider;

D.      To a person with whom the Covered Person or provider resides; or

E.      By expending the amount directly for the exclusive benefit of the Covered Person or provider.

## COORDINATION WITH MEDICARE

The Plan must provide benefits in accordance with the programs established by Title I of Public Law 89-98, as amended, entitled "Health Insurance for the Aged Act," and which includes parts A and B of Subchapter XVIII of the Social Security Act, as amended, and any other applicable federal laws or regulations.  If the applicable laws or regulations are changed, the Plan is automatically amended to conform to such laws or regulations, including allowing the Plan to become secondary to Medicare.

Generally, if a Covered Person is also entitled to Medicare and the Medicare entitlement is because of Total Disability or End Stage Renal Disease (ESRD), this Plan will be the primary plan and Medicare will pay secondary - at least for a certain period of time.  If the Medicare entitlement is because the Participant or the Participant's Dependent spouse attains age sixty-five (65), Medicare will be the primary plan and this Plan will pay secondary if the Participant has terminated employment (i.e., is on COBRA or is receiving retiree coverage, if available).  On the other hand, if the Participant continues in Active Employment after attaining age sixty-five (65), this Plan will be the primary plan and Medicare will pay secondary unless the Participant declines primary coverage under this Plan.  If a Participant has a Dependent spouse who attains age sixty-five (65), these same coordination of benefits rules apply to the spouse.  In other words, whether Medicare or the Plan pays primary depends upon the Participant's employment status.

As stated above, these rules are prescribed by federal law; if the applicable laws or regulations are changed, the Plan is automatically amended to conform to such laws or regulations.  See the Plan Administrator for details.

In determining benefits payable under Medicare, it will be assumed that the Covered Person is enrolled and insured for all Medicare benefits to which the Covered Person is eligible.  This includes all of the benefits for which the Covered Person must pay.

## PLAN REIMBURSEMENT AND SUBROGATION RIGHTS

This Plan may withhold payment of benefits when a party other than the Covered Person or the Plan may be liable for expenses until such liability is legally determined.

This Plan has the right of reimbursement to fully recover 100% on the payments in first priority made by the Plan to or on behalf of a Covered Person from the Covered Person or from a third party if the following conditions are satisfied:

    A.    The Plan pays any benefits to on behalf of the Covered Person; and

    B.    The Covered Person has a right to claim or a right to recover damages from any person or organization for causing the need for the benefits paid by the Plan. The Plan's right of full recovery may be from any source, including, but not limited to, the third-party, any liability or other insurance covering the third party, the insured's own uninsured motorist insurance, underinsured motorist coverage, any medical payments, no-fault, or school insurances which are paid or payable.

If the two (2) conditions described above are satisfied, the Plan shall have a lien and first priority on 100% of the proceeds of any recovery the Covered Person receives or is entitled to receive from the person or organization, whether by judgment, settlement, or otherwise. The Plan's lien applies even if the damages recovered are not for the same charges or types of losses and damages as those for which the benefits were paid by the Plan.

The only limitation on the Plan's right to recover under subrogation is that the Plan's lien may not exceed 100% on the amount of the benefits paid by the Plan. The Plan will not pay attorney fees or costs associated with the Covered Person's claim or lawsuit without the express written pre-authorization from the Plan Administrator.

If the Covered Person does not bring an action against a person or organization which caused the need for the benefits paid by the Plan within a reasonable period of time after the claim arises, the Plan shall have the right of subrogation to bring an action against the person or organization.

The Covered Person shall do whatever is necessary and shall cooperate fully to secure the reimbursement and subrogation rights of the Plan described in this section. This includes assigning the Covered Person's rights against any person or organization to the Plan and executing any other legal documents that might be required by the Plan.

The Covered Person shall give the Plan Administrator written notice of any claim against a third party within ninety (90) days after the claim arises. A Covered Person shall not compromise or settle any claim against a third party without the prior written consent of the Plan Administrator.

### PROVISIONAL PAYMENT OF DISPUTED CLAIM

In the event of a conflict between the coordination of benefits provisions of this Plan and any other plan, the Plan Administrator may take such action as it considers reasonably necessary to avoid hardship caused by a delay in payment of the disputed claim, including payment of such claim with reservation of the Plan's right to reimbursement by the other plan in accordance with the Reimbursement (Subrogation) provisions of this Plan.

## CLAIMS PROCEDURE

### NOTICE AND PROOF OF CLAIM

Written notice of Injury or Illness upon which a claim may be based should be given to the Plan Administrator within thirty (30) days of the date on which the first loss occurred for which benefits arising out of such Injury or Illness may be claimed, or as soon as reasonably possible. The written notice must identify the Covered Person and the nature of the Injury or Illness. **Failure to provide notice within twelve (12) months following the end of the Plan Year during which the first loss occurred for which benefits arising out of such Injury or Illness may be claimed shall invalidate the claim.** However, this time limit shall not apply where the reason for the delay was the failure of a third party provider to supply evidence necessary to provide the notice, or due to some other circumstance outside the Covered Person's control.

The Plan Administrator, upon receiving the notice required by the Plan, will provide the claimant with any forms necessary for filing a proof of loss. If the necessary forms are not provided within fifteen (15) days after the Plan Administrator receives such notice, the claimant shall be deemed to have complied with the requirements of the Plan regarding proof of loss upon submitting, within the time fixed in the Plan for filing proofs of loss, written proof covering the occurrence, character and extent of the loss for which claim is made.

However, when a Covered Person's coverage terminates for any reason, written proof of a claim must be given to the Plan Administrator within ninety (90) days of the date of termination of coverage, if the Plan remains in force. Upon termination of the Plan, final claims must be received within thirty (30) days of termination.

### EXAMINATION

The Plan Administrator shall have the right and opportunity to have the Covered Person examined whose Injury or Illness is the basis of a claim under this Plan whenever and as often as reasonably required during pendency of claim under this Plan. The Plan Administrator shall also have the right and opportunity to have an autopsy performed in case of death where it is not forbidden by law.

### INITIAL DECISION

The Plan Administrator shall approve, partially approve, or deny a claim within ninety (90) days of its submission. If special circumstances require more than ninety (90) days, the Plan Administrator shall notify the Participant of such special circumstances and shall have up to an additional ninety (90) days to complete its review. If a claim is denied (in whole or in part), the Plan Administrator shall provide the Covered Person with a written notice containing: (1) the reasons for the denial, including reference to the Plan provisions upon which the denial is based; (2) a description of additional information which would permit payment of the claim; and (3) an explanation of the claim review procedures of the Plan.

### APPEAL OF DENIAL

A Covered Person may have the denial reviewed by the Plan Administrator by written application to the Plan Administrator within sixty (60) days following denial of the claim. The

Covered Person may review pertinent documents related to the determination, and submit issues and comments in writing to the Plan Administrator for a final review and decision.

### FINAL DECISION

The Plan Administrator shall make a decision on the request for review within sixty (60) days of the date of application, unless special circumstances require an additional sixty (60) day extension. Within this period, the Plan Administrator shall notify the Covered Person of its decision, the reasons for it, and provisions of the Plan which form the basis of the decision. In conducting its review, the Plan Administrator may request pertinent documents from the Covered Person. The decisions of the Plan Administrator shall be final and binding.

### LEGAL PROCEEDINGS

No action at law or in equity shall be brought by a Covered Person to recover a claim on the Plan prior to the exhaustion of remedies provided under the Claim Procedure provisions of the Plan, nor shall such action be brought at all, unless brought by the last day of the second Calendar Year after the Calendar Year in which the claim arose (e.g., was incurred).

## PLAN ADMINISTRATOR

The Plan Administrator is charged with the administration of the Plan. The Plan Administrator shall have the discretionary authority to decide all questions of eligibility for participation and eligibility for benefit payments and to determine the amount and manner of payment of benefits. The Plan Administrator shall exercise its discretion in a uniform and consistent manner, based upon the objective criteria set forth in the Plan. Further, the Plan Administrator shall have the discretionary authority to construe and interpret the terms of the Plan, including the right to remedy possible ambiguities, inconsistencies or omissions. The Plan Administrator may delegate all or a portion of its duties under the Plan to one or more authorized officers, an administrative committee, and/or the Claim Administrator (as stated in the Administration Agreement between the Employer and the Claim Administrator).

## AMENDMENTS AND TERMINATION

The Employer reserves the right to amend or terminate this Plan at any time, in compliance with the following provisions.

Subject to any applicable collective bargaining agreement, the Employer shall have the right to amend this Plan at any time, in whole or in part, to take effect retroactively or otherwise. Amendment shall be by action of the Board of Directors or other similar governing body of the Employer or by the written approval of an officer or administrative committee to whom the Board of Directors or other similar governing body has delegated the authority to amend the Plan. No amendment may retroactively reduce claims for any Covered Expenses that were incurred prior to the amendment unless necessary to conform the Plan to the requirements of ERISA, the Code, regulations issued under those statutes, and any other applicable laws or regulations.

Subject to any applicable collective bargaining agreement, the Employer reserves the right at any time to terminate the Plan by action of the Board of Directors or other similar governing body of the Employer.

MISCELLANEOUS

### FREE CHOICE OF PHYSICIAN

The Covered Person shall have free choice of any legally qualified Physician or surgeon.

### WORKER'S COMPENSATION NOT AFFECTED

This Plan is not in lieu of, and does not affect, any requirement for coverage by Worker's Compensation Insurance.

### CONFORMITY WITH LAW

If any provision of this Plan is contrary to any law or regulation to which it is subject, that provision is deemed amended to conform to such law or regulation.

### THE OMNIBUS BUDGET RECONCILIATION ACT OF 1993 ("OBRA 1993")

The Plan must provide benefits in accordance with the programs established by Public Law 103-66 (August 10, 1993) entitled "The Omnibus Budget Reconciliation Act of 1993" ("OBRA 1993") and any other applicable federal laws or regulations.  If the applicable laws or regulations are changed, the Plan is automatically amended to conform to such laws or regulations.

### FAILURE TO ENFORCE

Failure to enforce any provision of this Plan does not constitute a waiver or otherwise affect the Plan Administrator's right to enforce such a provision at any other time, nor will such failure affect the right to enforce any other provision.

### STATEMENTS

In the absence of fraud, all statements made by a Covered Person will be deemed representations and not warranties.  No such representations will void the Plan benefits.  No such representations may be used in defense to a claim under the Plan, unless a copy of the instrument containing such representations is or has been furnished to the Covered Person.

### NO ORAL MODIFICATIONS

The terms of the Plan may not be modified by any oral statements made by the Employer or any of its directors, officers, Employees, agents or authorized representatives including, but not limited to, the Claim Administrator.

## NO VESTING

There is no vested right to current or future benefits under this Plan. A Covered Person's right to benefits is limited to any Plan assets and to Covered Charges Incurred and submitted within the time limits set forth in the Claims Procedure provision and incurred and submitted before the earliest of: An amendment to the Plan that limits or terminates such benefits; termination of the Plan; or termination of coverage or participation.

## NON-ASSIGNABILITY

The benefits payable under the Plan to a Covered Person are specific to the Covered Person and may be received only by the Covered Person. No benefits of the Plan shall be assigned to any person, corporation, entity or party except for assignment to the federal government in accordance with back-up withholding laws or except as provided in accordance with any assignment of rights as required by a State Medicaid program and in accordance with any State law which provides that the State has acquired the rights to payment with respect to a Covered Person. Any other attempted assignment shall be void. However, the Plan reserves the right to make payment of benefits, in its sole discretion, directly to a provider of services or the Covered Person. The Plan reserves the right, in its sole discretion, to refuse to honor the assignment of any claim to any person, corporation, entity or party. This section shall not be interpreted to prevent direct billing for Covered Charges by a provider to the Plan Administrator.

## NO EMPLOYMENT RIGHTS

The establishment and maintenance of this Plan shall not be construed as conferring any legal rights on any Employee to be continued in the employ of the Employer, nor shall this Plan interfere in any way with the right of the Employer to discharge any Employee.

## COVERED PERSONS' RIGHTS

Except as may be required by law, the establishment of this Plan and the Trust, if any, shall not be construed as giving any Participant or Dependent any equity or other interest in the assets, business or affairs of the Employer, or the right to question or complain about any action taken by its officers, directors or stockholders, or about any policy adopted or followed by the Employer, or the right to examine any of the books and records of the Employer. The rights of all Participants and Dependents shall be limited to their right to receive payment of their benefits from the Plan when the same become due and payable in accordance with the terms of the Plan.

## ACTS OF PROVIDERS

Nothing contained in this Plan shall confer upon a Covered Person any claim, right or cause of action, either at law or in equity, against this Plan for the acts of any provider (e.g. Hospital, Physician, nurse, pharmacist, etc.) from which the Covered Person receives services or care while covered under this Plan.

*RECOVERY OF OVERPAYMENT*

If the Plan pays benefits which should not have been paid under the Plan or pays benefits in excess of what should have been paid under the Plan, the Plan Administrator shall have the right to recover such payment or excess from any individual, insurance company or other third-party payor, provider, or any other organization to or for whom the payment was made. Recovery may be in the form of an offset against future amounts owed under the Plan, by a lump sum refund payment, or by any other method as the Plan Administrator, in its sole discretion, may require.

## DEFINITIONS

Certain words and phrases used in this Plan are listed below, along with the definition or explanation of the manner in which the term is used for the purposes of this Plan. Where these terms are used elsewhere in the Plan with the meanings assigned to them below, the terms usually will be capitalized, and where these terms are used with their common, nontechnical meanings, the terms usually will not be capitalized (except when necessary for proper grammar).

### ACCIDENT; ACCIDENTAL

The term "Accident" or "Accidental" means a bodily Injury sustained independently of all other causes that is sudden, direct and unforeseen, and is exact as to time and place. Lifting, bending, stooping, simple exertion, etc., are not, in themselves, Accidental events.

### ACTIVE EMPLOYEE; ACTIVE EMPLOYMENT

The term "Active Employee" or "Active Employment" means the Participant is Actively at Work.

### ACTIVELY AT WORK

The term "Actively at Work" means the active expenditure of time and energy in the service of the Employer. A Participant shall be deemed Actively At Work on each day of a regular paid vacation and on a regular non-working day on which the Participant is not Totally Disabled, if the Participant was Actively At Work on the last preceding regular working day.

### ADDICTIONS TREATMENT (ALCOHOLISM, DRUG ABUSE OR SUBSTANCE ABUSE)

The term "Addictions Treatment" means the diagnosis, care and treatment of alcoholism, drug abuse or substance abuse (the taking of alcohol or other drugs or substances at dosages that place a Covered Person's welfare at risk, and causes the Covered Person to endanger the public welfare).

### ANNUAL OPEN ENROLLMENT PERIOD

The term "Annual Open Enrollment Period" means the period during the year for making elections under the Plan. The beginning and ending dates of each Annual Open Enrollment Period shall be determined by Employer and communicated to Participants.

## BEHAVIORAL CARE

The term "Behavioral Care," also known as psychoanalytic care or psychiatric care, means treatment for a Mental Illness or Disorder, a Functional Nervous Disorder, or for Addictions Treatment.

## BIRTHING CENTER

The term "Birthing Center" means a facility that meets all of the following criteria:

A. Is licensed as a Birthing Center by the jurisdiction that it is in.

B. Is set-up, equipped and run solely as a setting for prenatal care, delivery and immediate postpartum care.

C. Charges fees for the services and supplies that it provides.

D. Is under the direction of at least one M.D. or D.O. specializing in obstetrics and gynecology.

E. Has an M.D. or D.O. present at all births and during the immediate postpartum period.

F. Extends staff privileges to Physicians who have privileges to provide obstetrical and gynecological care in an area Hospital.

G. Has a minimum of two (2) beds or two (2) birthing rooms for patients in labor and during delivery.

H. Provides, in the delivery and recovery room, full-time skilled nursing services under the direction of Registered Nurses (R.N.'s).

I. Has diagnostic x-ray and laboratory equipment necessary to perform tests on the mother and the Newborn.

J. Has equipment and supplies necessary to perform surgery, including episiotomy and repair of perineal tear, and to administer a local anesthetic.

K. Has equipment and trained personnel necessary to deal with medical emergencies and able to provide immediate support measures to sustain life:

1. for complications arising during labor; or

2. for Newborns with abnormalities that impair function or threaten life.

L. Has an admission policy for accepting only patients with low-risk Pregnancies.

M. Has a written agreement with an area Hospital for immediate transfer in case of emergency; displays written procedures for such a transfer and ensures that the staff is aware of these procedures.

N.    Provides an ongoing quality assurance program with reviews by M.D.'s or D.O.'s other than those who own or direct or are employed by the Birthing Center.

O.    Keeps written and comprehensive medical records on each patient admitted to, and each infant born at, the Birthing Center.

### CALENDAR YEAR

The term "Calendar Year" means a period of time beginning with January first and ending on the following December thirty-first.

### CERTIFIED REGISTERED NURSE ANESTHETIST

The term "Certified Registered Nurse Anesthetist" means an individual who has received specialized nurse-anesthetist training, is authorized to use the designation of "C.R.N.A.", and is duly licensed by the state or regulatory agency responsible for licensing in the State in which the individual performs nurse-anesthetist services.

### CHANGE IN FAMILY STATUS

The term "Change in Family Status" means the following:

A.    The Employee has married or divorced;

B.    The Employee's spouse or child has died;

C.    The Employee has a new child by birth or adoption;

D.    The Employee's spouse begins or terminates employment;

E.    The Employee or Employee's spouse employment status is changed from full-time to part-time or vice versa;

F.    The Employee or Employee's spouse takes an unpaid leave of absence; or

G.    The Employee or Employee's spouse has a significant change in health coverage as a result of the Employee's spouse's employment.

### CLAIM ADMINISTRATOR

The term "Claim Administrator" means the person or firm, if any, retained by the Plan Administrator to handle the processing, payment and settlement of benefit claims and other duties specified in a written administration agreement.   If there is no Claim Administrator (including circumstances due to the termination or expiration of the Administration Agreement with the initial Claim Administrator), or if the term is used in connection with a duty not expressly assumed by the Claim Administrator in a signed writing, the term shall mean the Plan Administrator.

*CLOSE RELATIVE*

The term "Close Relative" means the spouse, parent, brother, sister, child, or in-laws of a Covered Person.

*COBRA*

The term "COBRA" means the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended (see Section 4980B of the Code and Sections 601 et seq. of ERISA).

*CODE*

The term "Code" means the Internal Revenue Code of 1986, as amended.

*CONVALESCENT NURSING FACILITY*

The term "Convalescent Nursing Facility" means an institution, or a distinct part of an institution, that is operated pursuant to law and meets all of the following conditions:

A.  It is licensed to provide, and is engaged in providing, for persons convalescing from Injury or Illness on an Inpatient basis, professional nursing services rendered by a Registered Nurse or by a Licensed Practical Nurse under the direction of a Registered Nurse, and physical restoration services to assist patients to reach a degree of bodily functioning to permit self-care in essential daily living activities; and

B.  Its services are provided for compensation from its patients and under the full-time supervision of a Physician or Registered Nurse; and

C.  It maintains a complete medical record on each patient; and

D.  It has an effective utilization review plan; and

E.  It is not, other than incidentally, a place for rest, the aged, drug addicts, alcoholics, persons with mental retardation, custodial or educational care, or care of mental disorders.

This term shall also apply to expenses incurred in an institution referring to itself as a skilled nursing facility, extended care facility, convalescent nursing home, or any other similar nomenclature.

*CONVALESCENT PERIOD*

The term "Convalescent Period" means a period of time beginning with the date of confinement by the Covered Person to a Convalescent Nursing Facility. The confinement must meet both of the following conditions:

A.  The confinement must have been for a period of not less than three (3) consecutive days.

B. The convalescent confinement must begin within fourteen (14) days after the Covered Person is discharged from a Hospital, and both the Hospital and convalescent confinements must have been for the care and treatment of the same Illness or Injury; or, the convalescent confinement must be as an alternative to hospitalization. The Plan Administrator may require that a Physician certify whether the convalescent care is rendered as an alternative to hospitalization.

A Convalescent Period will terminate when the Covered Person has been free of confinement for a period of ninety (90) consecutive days in any and all institutions providing hospital or nursing care. A new Convalescent Period shall not begin until a previous Convalescent Period has terminated.

A Convalescent Period may be extended if approved as Medically Necessary by the Utilization Review Firm.

## COSMETIC PROCEDURE

The term "Cosmetic Procedure" means any procedure that is directed at improving the patient's appearance and does not meaningfully promote the proper function of the body or prevent or treat Illness, Injury, or disease.

## COVERED EXPENSES

The term "Covered Expenses" means expenses incurred by a Covered Person for any Medically Necessary treatments, services, or supplies that are not specifically excluded from coverage elsewhere in this Plan. Covered Expenses are incurred on the date that any Medically Necessary treatments, services, or supplies are provided to a Covered Person.

## COVERED PERSON

The term "Covered Person" means any person meeting the eligibility requirements for coverage as specified in this Plan and who is properly enrolled in the Plan. This term includes Participants and their eligible Dependents.

## CREDITABLE COVERAGE

The term "Creditable Coverage" means coverage of an individual under a group health plan, a group or individual health insurance policy, an HMO, Medicare, Medicaid, a public health plan or any other health plan as set forth in Section 401 of HIPAA (Section 9801(c) of the Code) and federal regulations issued pursuant to HIPAA. The Plan will recognize the number of days of an individual's Creditable Coverage using the standard method prescribed by HIPAA and accompanying federal regulations. Thus, all days during which an individual can demonstrate that the individual had one or more types of Creditable Coverage will be counted. However, any days of Creditable Coverage that occurred before a significant break in coverage of at least sixty-three (63) consecutive days will not be counted. Any waiting period for coverage will not be considered Creditable Coverage but will toll the sixty-three (63)-consecutive-day period for determining if a significant break in coverage has occurred, to the extent required by HIPAA and accompanying federal regulations.

An individual has the right to request a certificate of Creditable Coverage from a prior group health plan or health insurance issuer. The Plan will assist the individual in obtaining such a certificate of Creditable Coverage, if necessary, upon the individual's request.

## CUSTODIAL CARE

The term "Custodial Care" means that type of care or service, wherever furnished and by whatever name called, that is designed primarily to assist a Covered Person, whether or not Totally Disabled, in the activities of daily living. Activities include, but are not limited to: bathing, dressing, feeding, preparation of special diets, assistance in walking or in getting in and out of bed, and supervision over medication that can normally be self-administered.

## DEDUCTIBLE

The term "Deductible" means a specified dollar amount of Covered Expenses that must be incurred during a year before any other Covered Expenses can be considered for payment at the percentages stated in the Schedule of Benefits and in this Plan.

## DEPENDENT

The term "Dependent" means:

A. The Participant's legal spouse who is a resident of the same country in which the Participant resides. The spouse must have met all of the requirements of a valid marriage contract in the State of marriage of the parties.

B. A child who meets all of the following conditions:

　　1. a. Is the Participant's natural child, the Participant's legally adopted child, or a child who is being placed for adoption with the Participant; or

　　　b. Is a step-child of the Participant or a child who has been placed under the legal guardianship of the Participant and could be considered a "dependent" of the Participant for tax exemption purposes under Section 152 of the Code; or

　　　c. Is a child to whom the Participant is obligated to provide medical care coverage under an order or judgment of a court of competent jurisdiction and could be considered a "dependent" of the Participant for tax exemption purposes under Section 152 of the Code; and

　　2. Is a resident of the same country in which the Participant resides; and

　　3. Is unmarried; and

　　4. Is less than nineteen (19) years of age. This requirement is waived if the child is at least nineteen (19) years of age but less than twenty-five (25) years of age, and is a Full-Time Student. The age requirement above is also waived for any child who is developmentally disabled or who has a physical handicap(s) prior to age nineteen (19), who is

incapable of self-sustaining employment and who could be considered a "dependent" of the Participant for tax exemption purposes under Section 152 of the Code. Proof of incapacity must be furnished to the Plan Administrator upon request and the Plan Administrator may request additional proof from time to time.

C.   Notwithstanding the above, the term "Dependent" also includes a child for whom the Participant is obligated to provide medical care under a QMCSO.

**NOTE:   If more than one parent is an Employee of the Employer, children will be covered under this Plan as Dependents of only one parent.**

The term "Dependent" excludes these situations:

A.   A spouse or former spouse who is legally separated or divorced from the Participant, pursuant to a valid separation or divorce in the State granting the separation or divorce; or

B.   Any person on active military duty; or

C.   Any person who is covered under this Plan as an individual Participant; or

D.   Any person who would otherwise qualify as a Dependent but who is not properly enrolled in the Plan.

## DEPENDENT COVERAGE

The term "Dependent Coverage" means coverage under the Plan for benefits payable as a consequence of an Illness or Injury of a Dependent.

## DURABLE MEDICAL EQUIPMENT

The term "Durable Medical Equipment" means equipment that is:

A.   Able to withstand repeated use; and

B.   Primarily and customarily used to serve a medical purpose; and

C.   Not generally useful for a person in the absence of Illness or Injury.

## EMPLOYEE

The term "Employee" means a common law employee of the Employer. An independent contractor is not an Employee. Further, a leased employee is not an Employee. If an independent contractor or a leased employee is subsequently characterized as a common law employee of the Employer, the person shall not be eligible to participate in the Plan for any time period before the date on which the determination is made that the person is a common law employee of the Employer.

## EMPLOYER

The term "Employer" means *KIOWA CORPORATION.*

## ENROLLMENT DATE

The term "Enrollment Date" means the first day of an individual's coverage under the Plan or, if there is a waiting period, the first day of the waiting period (typically, the date employment begins).

## ERISA

The term "ERISA" refers to the Employee Retirement Income Security Act of 1974, as amended, Section 3(1), 29 U.S. §1002(1).

## EXPERIMENTAL; INVESTIGATIONAL

The term "Experimental" or "Investigational" means a drug, device, medical treatment, or procedure:

A.      Which cannot be lawfully marketed without approval of the U.S. Food and Drug Administration ("FDA"), and for which approval for marketing was not given at the time the drug, device, treatment, or procedure is furnished; or

B.      Or patient informed consent document utilized with the drug, device, treatment, or procedure, was reviewed and approved by the treating facility's Institutional Review Board or other body serving a similar function, or if federal law requires such review or approval; or

C.      Shown by Reliable Evidence to be:

1.      The subject of ongoing Phase I or Phase II clinical trials, or

2.      The research, experimental, study, or investigational arm of ongoing Phase III clinical trials, or

3.      Otherwise under study to determine its maximum tolerated dose, its toxicity, its safety, its efficacy, or its efficacy as compared with a standard means of treatment or diagnosis; or

D.      For which Reliable Evidence shows that the prevailing opinion among experts regarding the drug, device, treatment, or procedure is that further studies or clinical trials are necessary to determine its maximum tolerated dose, its toxicity, its safety, its efficacy, or its efficacy as compared with a standard means of treatment or diagnosis.

Reliable Evidence shall mean only published reports or articles in authoritative medical and scientific literature; the written protocol(s) used by the treating facility or the protocol(s) of another facility studying substantially the same drug, device, treatment, or procedure, or the written informed consent used by the treating facility or by another facility studying substantially the same drug, device, treatment, or procedure.

## FAMILY

The term "Family" means a Participant and any Dependent(s).

## FAMILY & MEDICAL LEAVE ACT OF 1993 (FMLA)

The term "Family & Medical Leave Act of 1993 (FMLA)" means Public Law 103-3, (February 5, 1993), 107 Stat. 6 (29 U.S.C. 2601 et seq.) entitled "The Family and Medical Leave Act of 1993."

## FULL-TIME EMPLOYMENT

The term "Full-Time Employment" means a basis by which a Participant is employed and is compensated for services by the Employer for at least the number of hours per week stated in the eligibility requirements of the Schedule for Eligibility and Participation. The work may occur either at the usual place of business of the Employer or at a location to which the business of the Employer requires the Participant to travel.

## FULL-TIME STUDENT

The term "Full-Time Student" means a Participant's Dependent child who is enrolled in and regularly attends a secondary school, college or university accredited by the State where it is located, for the minimum number of credit hours required by that secondary school, college or university in order to maintain full-time student status.

## HIPAA

The term "HIPAA" means the Health Insurance Portability and Accountability Act of 1996, as amended (Public Law 104-191).

## HOME HEALTH CARE AGENCY

The term "Home Health Care Agency" means a public or private agency or organization that specializes in providing medical care and treatment in the home. This type of provider must meet all of the following conditions:

A.   It is primarily engaged in providing skilled nursing services and other therapeutic services and is duly licensed, if such licensing is required, by the appropriate licensing authority.

B.   It has policies established by a professional group associated with the agency or organization. This professional group must include at least one (1) Physician and at least one (1) Registered Nurse to govern the services provided and it must provide for full-time supervision of such services by a Physician or Registered Nurse.

C.   It maintains a complete medical record on each individual.

D.   It has a full-time administrator.

## HOSPICE

The term "Hospice" means a health care program providing a coordinated set of services rendered at home, in Outpatient settings or in institutional settings for Covered Persons suffering from a condition that has a terminal prognosis.   A Hospice must have an interdisciplinary group of personnel which includes at least one (1) Physician and one (1) Registered Nurse, and it must maintain central clinical records on all patients.  A Hospice must meet the standards of the National Hospice Organization (NHO) and applicable State licensing requirements.

## HOSPICE BENEFIT PERIOD

The term "Hospice Benefit Period" means a specified amount of time during which the Covered Person undergoes treatment by a Hospice.  This time period begins on the date the attending Physician of a Covered Person certifies a diagnosis of terminally ill, and the Covered Person is accepted into a Hospice program.  The earliest that the period shall end is six (6) months from this date or at the death of the Covered Person.  A new Hospice Benefit Period may begin if the attending Physician certifies that the patient is still terminally ill.  However, additional proof may be required by the Plan Administrator before such a new Hospice Benefit Period can begin.

## HOSPITAL

The term "Hospital" means an institution which meets all of the following conditions:

A.      It is primarily engaged in providing medical care and treatment to Ill and Injured persons on an Inpatient basis at the patient's expense; and

B.      It is constituted, licensed, and operated in accordance with the laws which pertain to hospitals of the jurisdiction in which it is located; and

C.      It maintains on its premises all of the facilities necessary to provide for the diagnosis and medical and surgical treatment of an Illness or an Injury, unless it is a Behavioral Care, Addictions Treatment or rehabilitation hospital; and

D.      Treatment is provided for compensation by or under the supervision of Physicians, with continuous twenty-four (24) hour nursing services by Registered Nurses; and

E.      It qualifies as a hospital, a Behavioral Care hospital, or a tuberculosis hospital and is accredited by the Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) or the American Osteopathic Association (AOA); and

F.      It is not, other than incidentally, a nursing home or a place for rest, the aged, drug addicts, or alcoholics.

## ILLNESS

The term "Illness" means a bodily disorder, disease, physical sickness, mental infirmity, Functional Nervous Disorder or Pregnancy of a Covered Person.  A recurrent Illness will be

considered one (1) Illness. Concurrent Illnesses will be considered one (1) Illness unless the concurrent Illnesses are totally unrelated. All disorders existing simultaneously that are due to the same or related causes shall be considered one Illness.

## IN-NETWORK PROVIDERS

The term "In-Network Providers" means a group of Physicians, Hospitals and other medical providers who have agreed to provide health care at discounted fees in accordance with the "Utilization of In-Network Providers Benefit."

## INJURY

The term "Injury" means a localized, abnormal condition of the body, internal or external, traumatically induced.

## INPATIENT

The term "Inpatient" refers to the classification of a Covered Person when that Person is admitted to a Hospital, Hospice, or Convalescent Nursing Facility for treatment, and charges are made for Room and Board to the Covered Person as a result of such treatment.

## INTENSIVE CARE UNIT

The term "Intensive Care Unit" means a section, ward, or wing within the Hospital which is separated from other facilities and:

A. Is operated exclusively for the purpose of providing professional medical treatment for patients who have a critical Illness or Injury; and

B. Has special supplies and equipment necessary for such medical treatment available on a standby basis for immediate use; and

C. Provides constant observation and treatment by Registered Nurses or other highly trained Hospital personnel.

## LICENSED PRACTICAL NURSE

The term "Licensed Practical Nurse" means an individual who is trained in basic nursing techniques and direct patient care, who practices under the supervision of a Registered Nurse, is authorized to use the designation of "L.P.N.," and is duly licensed by the State or the regulatory agency in the State in which the individual performs these nursing services.

## LIFETIME

The term "Lifetime," means the time a person is actually a Covered Person in this Plan, including any amendment or restatement of this Plan. The term "Lifetime" is not intended to suggest benefits before the effective date of an individual or after the termination of an individual or after the termination of the Plan.

*MEDICALLY NECESSARY*

The term "Medically Necessary" means a service, medicine, or supply which satisfies the requirements described in this Section.

    A.    *Requirements.*  A service, medicine or supply is Medically Necessary if it satisfies <u>all</u> of the following requirements:

        1.    It must be Usual and Customary for the diagnosis and treatment of an Illness or Injury;

        2.    It must be legal;

        3.    It must be ordered by a Physician or Physician's Assistant. However, the fact that a service, medicine or supply is ordered by a Physician or Physician's Assistant does not mean that the service, medicine or supply is Medically Necessary;

        4.    It must be commonly and customarily recognized throughout the Physician's profession as appropriate in treating the diagnosed Illness or Injury; and

        5.    It must be provided at an appropriate level of care to treat the diagnosed Illness or Injury.

    B.    *Exclusions.*  Services, medicines or supplies which are <u>not</u> Medically Necessary shall include, but shall not be limited to, the following:

        1.    Procedures which are of unproven value, or of questionable current usefulness;

        2.    Procedures which tend to be repetitive when performed in combination with other procedures;

        3.    Diagnostic procedures which are unlikely to provide a Physician with additional information when they are used repeatedly;

        4.    Procedures which are not ordered by a Physician or Physician's Assistant or which are not documented in the patient's medical records; or

        5.    Services, medicines and supplies furnished for the personal comfort or convenience of the patient.

A determination that a service, medicine or supply is not Medically Necessary may apply to all or a portion of the service, medicine or supply.  The final determination as to whether a service, medicine or supply is Medically Necessary shall be made by the Plan Administrator, in its sole discretion.

## MEDICARE

The term "Medicare" means the programs established by Title I of Public Law 89-98, as amended, entitled "Health Insurance for the Aged Act," and which includes parts A and B of Subchapter XVIII of the Social Security Act as amended from time to time.

## MENTAL ILLNESS OR DISORDER AND FUNCTIONAL NERVOUS DISORDER

The term "Mental Illness or Disorder and Functional Nervous Disorder" means mental, psychoneurotic or personality disorders.

## MOTOR VEHICLE

The term "Motor Vehicle" means a car or other vehicle including a trailer, operated or designed for operation upon a public highway by power other than muscular power which has more than two (2) wheels. Motor Vehicle does not include a motorcycle, a moped, or any "off-road vehicle" (ORV) or "all-terrain vehicle" (ATV).

## NEWBORN

The term "Newborn" means an infant from the date of the infant's birth until the initial Hospital discharge or until the infant is fourteen (14) days old, whichever occurs first.

## NURSE PRACTITIONER; NURSE CLINICIAN; CLINICAL NURSE SPECIALIST

The terms "Nurse Practitioner," "Nurse Clinician" and "Clinical Nurse Specialist" mean a Registered Nurse who has been trained in an accredited program and is certified by an appropriate board to perform certain of a Physician's duties, who is acting within the scope of his or her license, and who is under the supervision of a licensed Physician. The term "Nurse Practitioner" shall include Nurse Clinicians and Clinical Nurse Specialists whenever that term is used in the Plan.

Services provided by a Nurse Practitioner, Nurse Clinician, or Clinical Nurse Specialist will be considered to be Covered Expenses under the Plan, based on all Plan provisions, limitations and requirements.

## NURSE-MIDWIFE

The term "Nurse-Midwife" means a person who is certified or licensed and insured in accordance with the laws of the state in which care and delivery occurs, and who is acting within the scope of his or her license while providing services.

## OBESITY

The term "Obesity" means the physical state in which excess fat is stored at various sites in the body or an increase in body weight beyond the limitations of skeletal and physical requirements. A body weight that is twenty percent (20%) over the average weight given in standard height/weight tables is indicative of Obesity.

Morbid Obesity is indicated by a body weight that is one-hundred percent (100%) over the average weight given in standard tables.

## OCCUPATIONAL THERAPY

The term "Occupational Therapy" means the use of purposeful activity with individuals who are limited by physical injury or illness to assist in their rehabilitation and to restore normal function after an injury or illness. The practice encompasses evaluation, treatment, and consultation. Psychosocial dysfunction, developmental or learning disabilities, socioeconomic differences, and the aging process are excluded from this definition.

## THE OMNIBUS BUDGET RECONCILIATION ACT OF 1993 ("OBRA 1993")

The Omnibus Budget Reconciliation Act of 1993 ("OBRA 1993") means Public Law 103-66 (August 10, 1993).

## ORTHOPTICS; VISUAL TRAINING

The terms "Orthoptics" and "Visual Training" mean the science of correcting defects in a person's simultaneous use of both eyes (binocular vision) through administration of visual training aid and/or eye muscle exercises.

## ORTHOTIC/PROSTHETIC APPLIANCE

The term "Orthotic Appliance" means an external device intended to correct any defect in form or function of the human body, including Prosthetic appliances.

## OUTPATIENT

The term "Outpatient" refers to the classification of a Covered Person when that Covered Person receives medical care, treatment, services or supplies at a clinic, a Physician's office, a Hospital if not a registered bed patient at that Hospital, an Outpatient Behavioral Care Facility or an Outpatient Addictions Treatment Facility.

## OUTPATIENT ADDICTIONS TREATMENT FACILITY

The term "Outpatient Addictions Treatment Facility" means an institution which:  (1) provides a program for diagnosis, evaluation, and effective treatment of alcoholism, drug abuse or substance abuse; (2) provides detoxification services necessary to its effective treatment program; (3) provides infirmary-level medical services or arrangements at a Hospital in the area for any other medical services that may be required; (4) is at all times supervised by a staff of Physicians; (5) provides at all times skilled nursing care by licensed nurses who are directed by a full-time Registered Nurse; (6) prepares and maintains a written plan of treatment for each patient based on medical, psychological and social needs that is supervised by a Physician; and (7) meets licensing standards.

## OUTPATIENT BEHAVIORAL CARE FACILITY

The term "Outpatient Behavioral Care Facility" means an administratively distinct governmental, public, private or independent unit or a part of such unit that provides Outpatient Behavioral Care services, and which provides for a psychiatrist who has regularly scheduled hours in the facility, and who assumes the overall responsibility for coordinating the care of all patients.

## PARTICIPANT

The term "Participant" means a person who is directly employed and compensated for services by the Employer, who meets the other eligibility requirements and who is properly enrolled in the Plan.

## PARTICIPANT COVERAGE

The term "Participant Coverage" means coverage included under this Plan providing benefits payable as a consequence of an Injury or Illness of a Participant.

## PHYSICAL THERAPY

The term "Physical Therapy" means the treatment of disorders with physical agents and methods under the supervision of a licensed physical therapist, including, but not limited to, massage, manipulation, therapeutic exercises, cold, heat (including shortwave, microwave, and ultrasonic diathermy), hydrotherapy, electric stimulation, and light to assist in rehabilitating individuals and in restoring normal function after an Illness or Injury. Also called physiotherapy.

## PHYSICIAN

The term "Physician" means a legally licensed medical or dental doctor or surgeon, chiropractor, osteopath, podiatrist, optometrist, perfusionist, certified consulting Psychologist or limited licensed Psychologist, to the extent that they, within the scope of their licenses, are permitted to perform services provided in this Plan. The term Physician may include a Physician's Assistant or Nurse Practitioner, but shall not include the Covered Person or any Close Relative of the Covered Person.

## PHYSICIAN'S ASSISTANT

The term "Physician's Assistant" means one who has been trained in an accredited program and is certified by an appropriate board to perform certain of a Physician's duties, who is acting within the scope of his or her license, and who is under the supervision of a licensed Physician.

Services provided by a Physician's Assistant will be considered to be Covered Expenses under the Plan, based on all Plan provisions, limitations and requirements.

## PLAN

The term "Plan" means, without qualification, this Plan document and any documents incorporated by agreement between the Plan Administrator and the Claim Administrator.

## PLAN ADMINISTRATOR

The term "Plan Administrator" means the Employer, which is responsible for the day-to-day functions and management of the Plan. The Plan Administrator may employ persons or firms to process claims and perform other Plan-connected services.

## PLAN YEAR

The term "Plan Year" means a period of time beginning February first and ending on the following January thirty-first.

## PRE-EXISTING CONDITION

The term "Pre-Existing Condition" means a physical or mental condition for which medical advice, diagnosis, care, or treatment was recommended or received within the six (6) month period ending on the individual's Enrollment Date. For this purpose, medical advice, diagnosis, care, or treatment is taken into account only if it is recommended by, or received from, an individual licensed or similarly authorized to provide such services under applicable state law and operating within the scope of practice authorized by applicable state law. An example of "recommended" medical advice, diagnosis, care, or treatment is when an individual is treated for a medical condition and as part of the treatment, the individual's Physician recommends that a follow-up examination be given. If the recommendation occurs within the six (6) month period ending on the individual's Enrollment Date, the condition is a Pre-Existing Condition.

Prescription drugs are not subject to the Pre-Existing Conditions limitation. However, the Plan's coverage of a prescription drug which is used to treat a Covered Person's Pre-Existing Condition shall not be construed to confer coverage upon any other medical claim related to that same Pre-Existing Condition.

A Covered Person shall not be subject to any Pre-Existing Conditions limitation in connection with a Pregnancy. Further, a Newborn who begins Dependent Coverage at birth or a child who is being placed for adoption with a Participant in accordance with OBRA 1993 or HIPAA is not subject to any Pre-Existing Condition limitation if the Newborn or the child being placed for adoption with the Participant is enrolled in a timely manner.

## PREGNANCY

The term "Pregnancy" means that physical state which results in childbirth, abortion, or miscarriage, and any medical complications arising out of or resulting from that state.

## PSYCHOLOGIST

The term "Psychologist" means an individual holding the degree of Ph.D. and acting within the scope of applicable licenses.

## QUALIFIED MEDICAL CHILD SUPPORT ORDER ("QMCSO")

The term "Qualified Medical Child Support Order ("QMCSO")" means an order pursuant to OBRA 1993 and applicable state law which requires the Plan to provide health coverage to a participating Employee's child. A QMCSO may either be obtained under state domestic relations law or may be initiated by a court or state administrative agency pursuant to applicable state law. The Plan Administrator shall develop procedures to determine whether an order submitted to the Plan constitutes a QMCSO pursuant to OBRA 1993 and applicable state law.

## REGISTERED NURSE

The term "Registered Nurse" means an individual who has received specialized nursing training, is authorized to use the designation of "R.N.," and is duly licensed by the state or regulatory agency responsible for licensing in the State in which the individual performs nursing services.

## ROOM AND BOARD

The term "Room and Board" refers to all charges, by whatever name called, that are made by a Hospital, Hospice, or Convalescent Nursing Facility as a condition of occupancy. Charges do not include the professional service of Physicians, nor intensive nursing care, by whatever name called.

## ROUTINE

The term "Routine" means services provided to healthy individuals for the purpose of promoting health and preventing Illness or Injury, including evaluation and management of individuals when these services are performed in the absence of patient complaints.

## SEMI-PRIVATE

The term "Semi-Private" refers to a class of accommodations in a Hospital or Convalescent Nursing Facility in which at least two (2) patients' beds are available per room.

## SPECIAL ENROLLMENT PERIOD

The term "Special Enrollment Period" means the period for an individual with special enrollment rights to make enrollment elections under the Plan. The circumstances under which an individual has special enrollment rights are described in the Participant Enrollment and Dependent Enrollment sections and are prescribed by HIPAA and federal regulations issued pursuant to HIPAA.

## SPEECH THERAPY

The term "Speech Therapy" means the treatment of disorders of articulation, language, and voice under the supervision of a licensed speech therapist, including, but not limited to, evaluation of motor-speech skills, expressive and receptive language skills, writing and reading skills, cognitive functioning, social interaction skills, and the development of speech, listening, and conversation skills.

## TOTAL DISABILITY; TOTALLY DISABLED

The term "Total Disability" or "Totally Disabled" means a physical state of a Covered Person resulting from an Illness or Injury which wholly prevents:

    A.     A Participant from engaging in any and every business or occupation, and from performing any and all work for compensation or profit; or

    B.     A Dependent from performing the normal functions and activities of a person of like age and gender in good health.

## *USUAL AND CUSTOMARY*

The term "Usual and Customary" refers to the designation of a charge as being the usual charge made by a Physician or other provider of services, and supplies, medications, or equipment that do not exceed the general level of charges made by other providers rendering or furnishing such care or treatment within the same area. The term "area" in this definition means a county or other area as is necessary to obtain a representative cross section of such charges. Due consideration will be given to the nature and severity of the condition being treated and any medical complications or unusual circumstances that require additional time, skill or expertise.

## *UTILIZATION REVIEW FIRM*

The term "Utilization Review Firm" means the entity providing mandatory Hospital admission certification and other utilization review services in connection with the Plan.

## YOUR RIGHTS UNDER ERISA

Covered Persons under this Plan are protected under the Employee Retirement Income Security Act of 1974, as amended (ERISA). ERISA gives Covered Persons the right to:

A.   Examine, at the Plan Administrator's office, the Plan document, insurance contracts, and all materials which have been filed with the U.S. Department of Labor. No charge may be made for this.

B.   Obtain copies of all documents and other Plan information from the Plan Administrator. Requests must be in writing and a reasonable fee for copies may be charged.

ERISA also imposes certain duties on those persons who are responsible for the operation of the Plan. The legal term for such a person is "fiduciary". A fiduciary must act in the best interests of the Plan members and must exercise prudence in the performance of fiduciary duties. If the fiduciary violates this requirement, the fiduciary may be removed from fiduciary duties and made to repay any losses that the fiduciary has caused to the Plan.

Participants may not be discriminated against or fired to keep them from obtaining these benefits or for exercising their rights under ERISA.

If a claim for a Plan benefit is denied in whole or in part, a Covered Person must receive a written explanation of the reason for the denial. Covered Persons have the right to have the Plan Administrator review and reconsider the claim.

Under ERISA, there are steps that Covered Persons can take to enforce the above rights. For instance, if the Covered Person requests materials from the Plan and does not receive them within thirty (30) days, suit may be filed in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay up to one-hundred dollars a day until the Covered Person receives the materials, unless the materials were not sent because of reasons beyond the Plan Administrator's control. If a claim for benefits is denied or ignored, in whole or in part, suit may be filed in a state or federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if Covered Persons are discriminated against for asserting their rights, they may seek assistance from the U.S. Department of Labor, or they may file suit in a federal court. The court will decide who should pay court costs and legal fees. If the Covered Person is successful, the court may order the person who was sued to pay these costs and fees. If the Covered Person loses, the court may order the Covered Person to pay these costs and fees, for example, if it finds the claim is frivolous.

Ask the Plan Administrator, the Employer or ASR if you have any questions about your rights, or contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue NW, Washington, D.C. 20210.

## RULES OF CONSTRUCTION

This Plan shall be construed in accordance with ERISA; the Code, and, where not preempted, the laws of the State of Michigan

The use of the singular includes the plural where applicable and vice versa. The headings do not limit or extend the provisions of the Plan. Capitalized terms, except where capitalized solely for grammar, have the meaning provided in the Plan. If a provision is unenforceable in a legal proceeding, the provision shall be severed solely for purposes of that proceeding and the remaining provisions of the Plan shall remain in full force.

************************************************************************************

*Kiowa Corporation* has caused this Plan to be effective as of 12:01 a.m. local time, November 1, 2000.

KIOWA CORPORATION

By _____
       Authorized Representative

_____
       Witness

_____
       Date

Copyright © 2000  All Rights Reserved
ASR Corporation

ATTACHMENT D

# B E N E F I T S

# P R O G R A M   S U M M A R Y

## KIOWA CORPORATION

### Group Number:  G-679

KIOWA CORPORATION HAS ESTABLISHED A PROGRAM

OF BENEFITS AND PROVISIONS CONSTITUTING AN

"EMPLOYEE BENEFITS PLAN"

UNDER THE EMPLOYEE RETIREMENT INCOME SECURITY ACT

OF 1974, AS AMENDED (ERISA)

NOTE:

THIS BROCHURE REPRESENTS ONLY A SUMMARY OF YOUR GROUP HEALTH BENEFITS PLAN AS IT APPLIES TO ALL ELIGIBLE EMPLOYEES AND DEPENDENTS.  THIS BROCHURE IS NOT THE PLAN DOCUMENT OR THE SUMMARY PLAN DESCRIPTION FOR ERISA PURPOSES AND SHALL NOT BE RELIED UPON TO ESTABLISH OR DETERMINE ELIGIBILITY, BENEFITS, PROCEDURES, OR THE CONTENT OR VALIDITY OF ANY SECTION OR PROVISION OF THE HEALTH BENEFITS PLAN.  PLEASE REFER TO THE HEALTH BENEFITS PLAN DOCUMENT FOR SPECIFIC INFORMATION REGARDING PLAN PROVISIONS.

## HOW TO FILE A MEDICAL CLAIM

Please submit itemized copies of any bills that have been incurred to our Claim Administrator, ADMINISTRATIO SYSTEMS RESEARCH CORPORATION INTERNATIONAL (ASR). ASR's address is:

P.O. Box 6392
Grand Rapids, Michigan  49516-6392
(616) 957-1751, or (800) 968-2449

If the claim is for an Injury, additional information will be required in order to proceed with processing. Whe submitting the initial bills, please attach a written statement detailing how, when, and where the Injury wc received. Failure to provide this information may delay the timely processing of the claim.

## CLAIMS HANDLING

Complete and proper claims for benefits made by Covered Persons will be promptly processed but in th event there are delays in processing claims, Covered Persons shall have no greater rights to interest or oth remedies against the Claim Administrator than as otherwise afforded by law.

All information will be reviewed promptly. The Plan Administrator or ASR may request missing or addition data if needed. The Plan Administrator or ASR reserves the right to require an original claim form or billir statement.

In order for any bill to be considered, the bill must be complete. Make sure that the bill shows the patien full name, the date that services were rendered or purchases made, the diagnosis, the type of care or supp received, and the cost per item.

Generally, the provider of service (Hospital, Physician, laboratory, etc.) will be automatically reimbursed unle proof of prior payment is submitted when the claim is filed. Once a claim is processed, ASR will, acting c behalf of the Plan, send the Employer or the Covered Person a check for the amount due and/or c "Explanation of Benefits" that is issued to others on behalf of the Covered Person. The Plan reserves the rig to pay the approved portion directly to the Covered Person. ASR will also send the Covered Person c explanation of what each benefit paid and did not pay. Be sure to check for amounts which the Covere Person may be responsible for paying.

Try to keep copies of all bills and to submit expense claims to ASR as soon as each bill is received, even if th Deductible has not yet been met. Please read this booklet before a claim occurs, because certain expens are not covered under the Plan. If you have any questions, be sure to ask the Employer or ASR.

BENEFITS

(Benefits are described and are subject to the terms and conditions set forth in the pages which follow.  In-Network benefits are based on Network-contracted rates.  Out-of-Network benefits are based on Usual and Customary charges.)

SCHEDULE OF MEDICAL BENEFITS

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Deductible | $150 per Covered Person, $300 per Family | $150 per Covered Person, $300 per Family |
| General Benefit Percentage | Plan pays 100% unless specifically stated otherwise | Plan pays 80%/20% unless specifically stated otherwise |
| Out-of-Pocket Maximum | $500* per Covered Person, $1,000* per Family (In-Network and Out-of-Network services combined)<br><br>*Includes Deductible and benefit percentage only.  Does not include co-payments of any type, expenses that constitute a penalty for non compliance, exceed the Usual and Customary charge allowed by the Plan, exceed the limits in the Schedule of Benefits, are subject to the Pre Existing Conditions limitation, or are otherwise excluded under the provisions of the Plan. | $500* per Covered Person, $1,000 per Family (In-Network and Out of-Network services combined) |
| Physician Services | | |
| Office Visits and Consulting Specialist Visits | 90%/10%/, Deductible waived | 80%/20% after Deductible |
| Allergy Testing, Injections and Serum | 90%/10%, Deductible waived | 80%/20% after Deductible |
| Office Surgical Procedures | 90%/10%, Deductible waived | 80%/20% after Deductible |
| Diagnostic X-rays and Labwork | 90%/10%, Deductible waived | 80%/20% after Deductible |
| Chemotherapy | 90%/10%, after Deductible | 80%/20% after Deductible; |
| Physical, Speech, and Occupational Therapies | 90%/10%, after Deductible | 80%/20% after Deductible; |
| Chiropractic Care | 90%/10%, Deductible waived. X-rays = 100%; Deductible waived. Other Services = 90%/10% after Deductible.  $500 max paid per Covered Person per year (in-Network and Out-of-Network services combined) | 80%/20% after Deductible;  $500 max paid per Covered Person per year for all chiropractic care |

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Routine Preventive Care | 90%/10%, Deductible waived | 80%/20% after Deductible |
| Maximum Benefit Paid Per Covered Person Per Year For All Routine Preventive Care | $250 (In-Network and Out-of-Network services combined) | $250 (In-Network and Out-of-Network services combined) |
| Emergency Medical Care | | |
| Immediate Care Centers | 90%/10%, after Deductible | 80%/20% after Deductible |
| Physician's Office | 90%/10%, Deductible waived | 80%/20% after Deductible |
| Hospital Emergency Room -Facility Fee | 90%/10% after Deductible | 80%/20% after Deductible |
| -Physician Fee | 90%/10% after Deductible | 80%/20% after Deductible treated at an Out-of-Network facility |
| Ambulance Transportation | 90%/10% after Deductible | 80%/20% after Deductible delivered to an Out-of-Network facility |
| Inpatient Hospital Services | Precertification required; $250 penalty for noncompliance | Precertification required; $250 penalty for noncompliance |
| Semi-Private and ICU/CCU Rooms | 90%/10% after Deductible | 80%/20% after Deductible |
| Surgery and Related Services | 90%/10% after Deductible | 80%/20% after Deductible |
| Miscellaneous Services | 90%/10% after Deductible | 80%/20% after Deductible |
| Outpatient Services | | |
| Surgery and Related Services | 90%/10% after Deductible | 80%/20% after Deductible |
| Diagnostic X-rays and Labwork | 90%/10% Deductible waived | 80%/20% after Deductible |
| Chemotherapy | 90%/10% after Deductible | 80%/20% after Deductible; |
| Radiation Therapy | 90%/10% after Deductible | 80%/20% after Deductible; |
| Hemodialysis | 90%/10% after Deductible | 80%/20% after Deductible; |
| Physical, Speech, and Occupational Therapies | 90%/10% after Deductible | 80%/20% after Deductible; |
| Behavioral Care Services (includes Mental/Nervous and Addictions Treatment) | | |
| Benefits Accumulate Toward the Out-of-Pocket Maximum | No; benefits will always be paid at the Behavioral Care percentage | No; benefits will always be paid at the Behavioral Care percentage |

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Behavioral Care Services cont. | | |
| Inpatient and Partial Hospitalization Care | 90%/10% after Deductible;30 treatment days per Covered Person, per year (In-Net-work and Out-of-Network services combined) | 80%/20%; 30 treatment days p Covered Person, per year (In-Ne work and Out-of-Network servic combined) |
| Outpatient and Intensive Out-patient Care | 90%/10% after Deductible; 30 treatment days per Covered Person, per year (In-Net-work and Out-of-Network services combined) | 80%/20%; 30 treatment days p Covered Person, per year (In-Ne work and Out-of-Network servic combined) |
| Prescription Drugs | Not an "In-Network" or "Out-of-Network" benefit. Prescription drug c through Claimspro: $4 co-payment if a Generic Prescription purchas at a Claimspro "Preferred" pharmacy, $8 co-payment if a Brand Nar Prescription purchased at a Claimspro "Preferred" pharmac Pharmacy Service By Mail Program through PharmaCare: $4 c payment for Generic Prescription, $8 co-payment for Name Bra Prescription.  Generic drugs will be dispensed unless the prescribi Physician requests "Dispense as Written" ("DAW") or a generic equival is not available. | |
| Miscellaneous | | |
| Home Health Care | 90%/10% after Deductible; | 80%/20% after Deductible; |
| Convalescent Care | 90%/10% after Deductible; | 80%/20% after Deductible |
| Hospice Care | 90%/10% after Deductible; | 80%/20% after Deductible |
| Durable Medical Equipment | 90%/10% after Deductible | 80%/20% after Deductible; |
| Prosthetics & Orthotics | 90%/10% after Deductible | 80%/20% after Deductible; |
| Infertility | Not Covered | Not Covered |
| Eye Care | Medical conditions & diseases are paid the same as any other Illness | Medical conditions & diseases a paid the same as any other Illne |
| Transplants | Benefits are paid the same as for any other surgery, contingent upon prior approval of health plan | Benefits are paid the same as f any other surgery, continge upon prior approval of heal plan |

| BENEFITS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Miscellaneous, cont. | | |
| Temporomandibular Joint Dysfunction | Covered; $500 Lifetime max paid per Covered Person for charges not related to surgery (In-Network and Out-of-Network services combined); the Plan will also allow charges related to surgery if all other means of generally accepted treatment have been exhausted | Covered; $500 Lifetime max pc per Covered Person for charg not related to surgery (In-Netwc and Out-of-Network servic combined); the Plan will al: allow charges related to surgery all other means of genera accepted treatment have be: exhausted |
| Lifetime Max Paid Per Covered Person For All Covered Medical Expenses | $2,000,000 (In-Network and Out-of-Network services combined) | $2,000,000 (In-Network and O of-Network services combined) |

## UTILIZATION OF IN-NETWORK PROVIDERS

The Plan has entered into an agreement with a network of Physicians, Hospitals and other medi providers ("n-Network Providers" who have agreed to provide health care at discounted fees. For Cove Persons who use In-Network Providers, this option works in tandem with the traditional coverage under Plan by giving those Covered Persons the opportunity to reduce their out-of-pocket expenses. Cove Persons will be given the names of Physicians, Hospitals and other medical providers available in their a who have agreed to be In-Network Providers. If a Covered Person chooses to be treated by an Network Provider, payment of charges for eligible benefits under the Plan will be made at t corresponding percentage stated in the Schedule of Benefits and will be subject to the co-paymer stated in the Schedule of Benefits. The In-Network co-payment will not apply toward the Comprehens Medical Out-of-Pocket Maximum.

Medical treatment is solely a decision between Covered Persons and their Physicians. While the Plan n provide different levels of benefits depending on the Covered Person's choice of provider, neither the F Administrator nor the Claim Administrator endorse one licensed medical provider over another. Increa: benefit levels applicable to In-Network Providers are based solely upon negotiated fees or discount:

## UTILIZATION REVIEW PROGRAM

*MANDATORY HOSPITAL ADMISSION CERTIFICATION*

If a Covered Person is scheduled for an Inpatient Hospital confinement, or is admitted to a Hospital on a "observation" basis, that Hospital stay must be reviewed.

A COVERED PERSON <u>MUST</u> CALL HHS, INC., THE UTILIZATION REVIEW FIRM, <u>PRIOR</u> TO A NON-EMERGENCY HOSPITAL ADMISSION OR WITHIN FORTY-EIGHT (48) HOURS FOLLOWING AN EMERGENCY ADMISSION TO THE HOSPITAL:

CALL HHS, INC. AT (616) 956-9440 OR 1-800-634-2712 TO CONDUCT THE "HOSPITAL ADMISSION CERTIFICATION."

In case of a medical emergency, the Covered Person or a member of the Covered Person's family mus telephone within <u>forty-eight (48) hours</u> following admission to the Hospital.

*PENALTY FOR NON-COMPLIANCE*

If a Covered Person fails to comply with either of these mandatory Plan provisions, the Covered Person not the Plan, must pay the penalty for non-compliance specified below or, if less, the amount of Covered Expenses resulting from the Hospital confinement, procedure or treatment.

Penalty for non-compliance: $250.00

The payment of this penalty for non-compliance will <u>not</u> be applied toward the satisfaction of the Deductible and benefit percentage maximum amount.

Completion of the mandatory certification requirements does not guarantee payment.  Payment i subject to the Plan Administrator's determination of eligibility and coverage.

Certification decisions made by the Utilization Review Firm may be reviewed by the Utilization Review Firm The appeals process used by the Utilization Review Firm may differ from the appeals process outlined i the Plan. The Utilization Review Firm should be contacted <u>immediately</u> upon receiving notification of a decision on which an appeal will be filed so that all appeals requirements and deadlines may be communicated.