UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
DES MOINES, IOWA
02 OCT 30 PM 2: 16

SOUTHERN DISTRICT OF IA

**JUDGMENT BY DEFAULT IN CIVIL CASE**
CASE NO.:4:02-cv-40121

Arment, et al.,

       **Plaintiff**

v

Kiowa Corporation,
       **Defendants,**

    Judgment by Default is entered in favor of each plaintiff listed in exhibit "A" attached to this Judgment for the total amount shown for each plaintiff, and against Kiowa Corporation.

OCT 30 2002
**Date**

_James Rosenbaum_
**Clerk**

_D. Dance_
**(By) Deputy Clerk**



| NAME | MEDICAL BILL | VACATION OWED | BONUS |
|---|---|---|---|
| Sharon Arment | $2,221.68 | | |
| Jose Luis Avalos | | | |
| Judy Backoff | | $2,932.80* | $439.92** |
| Walter Bell | | $2,932.80* | $439.92** |
| Bouasy Bouaphaphan | | $2,932.80* | $439.92** |
| Judy Briney | | | |
| David Charlier | | $2,932.80* | $439.92** |
| Dean Childs | | | |
| John Cole | | $2,932.80* | |
| Aaron Cooper | | $2,932.80* | |
| Rick Coyle | | $2,932.80* | $439.92** |
| Angela Curtis | | $2,932.80* | |
| Ronda Davis | | $2,932.80* | |
| Chris Eggleston | | | |
| Sherry Eggleston | $3,128.01 | $2,932.80* | |
| Brian Ewalt | | $2,932.80* | |
| Fred Fitch | | $2,932.80* | $439.92** |
| Colby Fontinel | $425.85 | $2,932.80* | |
| Zaidee Forbes | | $2,932.80* | |
| Betty Fuller | $165.00 | $2,932.80* | |
| Dale Gallentine | $538.00 | $2,932.80* | $439.92** |
| Michael Gallentine | | $2,932.80* | |
| Aida Galvez | | $2,932.80* | |
| Steve Ganthier | | $2,932.80* | |
| Edwin Gay | | $2,932.80* | $439.92** |
| Jose Gomez | | | |



EXHIBIT A

| NAME | MEDICAL BILL | VACATION OWED | BONUS |
|---|---|---|---|
| Marsha Haney | $2,477.66 | $2,932.80* | |
| Harlan Hawkins | $570.93 | $2,932.80* | |
| Susan Heil | | $2,932.80* | |
| Kary Heinrichs | $445.15 | | |
| Dean Hennick | $1,290.00 | $2,932.80* | $439.92** |
| Jon Holden | | | |
| Scott Holm | | $2,932.80* | $439.92** |
| Jon Hutchinson | | | |
| Raylene Jimenez | | | |
| Gerald Jones | | $2,932.80* | $439.92** |
| Jacqueline Karsjen | | $2,932.80* | $439.92** |
| Michael Karsjen | | $2,932.80* | |
| Sherry Kesl | | $2,932.80* | |
| Dean Kriegel | | | |
| Adam Levis | | $2,932.80* | |
| Bruce Levis | $120.00 | $2,932.80* | |
| Jeff Lewis | | $2,932.80* | |
| Jeffrey Long | | $2,932.80* | |
| William Lynch | | $2,932.80* | $439.92** |
| Crissy Mancillaz | | $2,932.80* | |
| Brad Metcalf | | | |
| Adam Miller | $824.75 | | |
| Phyllis Miller | | $2,932.80* | $439.92** |
| Raymond Miller | $1,815.65 | $2,932.80* | $439.92** |
| Robert Miller | $8,132.97 | | |
| George Mohrfeld, Jr. | $1,938.00 | $2,932.80* | $439.92** |

| NAME | MEDICAL BILL | VACATION OWED | BONUS |
| --- | --- | --- | --- |
| Marilyn Mooney | $862.00 | $2,932.80* | $439.92** |
| Sandra K. Nodland | $147.50 | | |
| Josh Overstake | | | |
| Robert Prather | $14,620.98 | $2,932.80* | $439.92** |
| Janet Priske | | | |
| Donald Pritchett | | $2,932.80* | |
| Donny Pritchett | | $2,932.80* | |
| Kenneth Pritchett | | $2,932.80* | $439.92** |
| Larry Pritchett | | $2,932.80* | |
| Dan Propst | | | $439.92** |
| James Proffitt | | | |
| Roger Reeves | | $2,932.80* | $439.92** |
| Martha Rhodes | $2,459.04 | $2,932.80* | $439.92** |
| Denise Ribby | | $2,932.80* | $439.92** |
| Jason Rice | | $2,932.80* | |
| Michael Richeson | | | |
| Don Roughton | | $2,932.80* | $439.92** |
| John Schatzman | | $2,932.80* | $439.92** |
| Gloria Scovill | $1,949.00 | $2,932.80* | |
| Khamsouk Senethavysouk | | $2,932.80* | $439.92** |
| Gary Shook | | $2,932.80* | $439.92** |
| Sieck, Larry | $209.15 | | |
| Steven Simpson | | $2,932.80* | |
| Harlan Siemens | | $2,932.80* | $439.92** |
| Mary Sinibaldi | $8,291.42 | $2,932.80* | $439.92** |

| NAME | MEDICAL BILL | VACATION OWED | BONUS |
|---|---|---|---|
| Timothy Skinner | $167.00 | | |
| Ted Smith, Sr. | | | |
| John Sotyn | | $2,932.80* | $439.92** |
| David Starns | $285.00 | $2,932.80* | |
| Gregory Stasch | | | |
| Donald State | | $2,932.80* | |
| Mary Stewart | $1,685.50 | $2,932.80* | $439.92** |
| Michael Stewart | | $2,932.80* | $439.92** |
| Nick Stonewall | | | |
| Randy Stonewall | | $2,932.80* | |
| Jim Sullivan | $310.00 | $2,932.80* | |
| Roberta Tice | | $2,932.80* | |
| Janey Paxton Vandekamp | | $2,932.80* | |
| Nathan Walton | $1,645.75 | $2,932.80* | $439.92** |
| Bill Warren | | $2,932.80* | $439.92** |
| Lana Weatherly | | $2,932.80* | $439.92** |
| James West | | $2,932.80* | $439.92** |
| Kenny White | | $2,932.80* | $439.92** |
| Craig Wolken | | $2,932.80* | |
| Ron Yoemans | | $2,932.80* | |
| Craig Ziemke | $5,319.00 | $2,932.80* | |

* Maximum amount of vacation pay an individual could potentially be entitled to under the Collective Bargaining Agreement would equal 160 hours at the maximum rate of $18.33 an hour.

** Maximum amount of bonus pay an individual could potentially be entitled to under the Collective Bargaini Agreement was 24 hours per year times the maximum pay of $18.33 an hour.